AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00036 |
| | ) Assigned to: Judge Robin M. Meriweather |
| THOMAS ROBERTSON and | ) Assign Date: 1/12/2021 |
| JACOB FRACKER | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Vincent Veloz, USCP
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/12/2021

_____
Judge's signature

City and state: Washington, DC       Robin M. Meriweather, United States Magistrate Judge
Printed name and title