AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
*Plaintiff* )
v. ) Case No.   1:21-cr-00034-CRC-1
Thomas Robertson )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Robertson .

Date:  02/01/2021

Mark Rollins /s/
*Attorney's signature*

Mark Rollins; 453638
*Printed name and bar number*

419 7th Street, NW.
Suite 405
Washington, DC 20004

*Address*

Mark@rollinsandchan.com
*E-mail address*

(202) 455-5610
*Telephone number*

*FAX number*