## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 1:21-cr-00034-CRC |
| | : | |
| THOMAS ROBERTSON | : | |
| | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO REVOKE RELEASE ORDER

The United States submits this supplemental brief to bring to the Court's attention additional information that may be relevant to the pending motion to revoke the Defendant's conditions of release. Law enforcement continues to review the items seized from the home of Defendant Thomas Robertson on June 29, 2021. This review uncovered the blue, silver and brown items identified by evidence tag 35, depicted below. They are visually consistent with M228 fuzes that have not been fired, and are pending further investigation to confirm whether they are inert. M228 fuzes are federally regulated explosives.



        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By:   */s/Elizabeth Aloi*
        ELIZABETH ALOI
        Assistant United States Attorney
        NY Bar No. 4457651
        U.S. Attorney's Office, District of Columbia
        555 Fourth Street, N.W.
        Washington, DC  20530
        Phone: (202) 695-0610
        Elizabeth.aloi@usdoj.gov

        */s/ Risa Berkower*
        RISA BERKOWER
        Assistant United States Attorney
        NY Bar No. 4536538
        U.S. Attorney's Office, District of Columbia
        555 Fourth Street, N.W.
        Washington, DC  20530
        Phone: (202) 803-1576
        Risa.berkower@usdoj.gov