IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**United States**

**v.**

**Thomas Robertson**

CASE NO: 1:21-mj-00034-CRC

### DEFENSE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OPPOSITION MOTION TO REVOKE RELEASE ORDER

The Defense submits this supplemental brief to respond to the Government's supplemental brief. The M228 Fuzes shown identified in their motion is a practice grenade fuze. It is used to simulate a grenade. Furthermore, this was used as a training device but is not a real grenade. There is a hole at the bottom and the top. Under information and belief, the light blue color and the whole at the bottom let the person know it is not real1.

The Defense also submits the affidavit of Hunter Robertson (*See attached*) regarding the possession of the M4 rifle recovered from his home.

Finally, Mr. Robertson is amenable to house arrest or GPS monitoring. He has never missed a check in appointment with his pretrial services officer and followed all the rules of his pretrial services officer. He turned himself when his pretrial services officer requested him to do so.

---

1 htttps://www.youtube.com/watch?v=ujv1DcZD40I

        Respectfully submitted
        Rollins and Chan Law Firm


        By: /s/ Mark Rollins
        DC Bar Number: 453638
        419 7th Street, NW
        Suite 405
        Washington, DC 20004
        202-455-5610
        Mark@rollinsandchan.com