IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States<br><br>v.<br><br>Thomas Robertson | CASE NO: 1:21-mj-00036-RMM-1 |

## AFFIDAVIT OF HUNTER ROBERTSON

I, Hunter Robertson, attest and state the following occurred on June 29, 2021. On or about June 28, 2021, I had arrived at my father's house.  My father informed me that he would be gone away from the property on June 29, 2021.  I took my AR-15 gun into his house and put it on his bed because I was retrieving ammunition from his safe, which is in his bedroom.  The gun recovered from my father's house was my gun. (Identified below)



Doc ID: 7fa7981f9f5818822949be9b8eddece1fe58fdb6

I also state that I am a licensed gun owner and have a permit to carry this weapon.

I HEREBY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE ABOVE STATEMENT IS TRUE AND CORRECT

*Hunter Robertson*  07 / 14 / 2021

Hunter Robertson

Doc ID: 7fa7981f9f5818822949be9b8eddece1fe58fdb6



Audit Trail

| | |
|---|---|
| **TITLE** | gun affidavit.pdf |
| **FILE NAME** | gun%20affidavit.pdf |
| **DOCUMENT ID** | 7fa7981f9f5818822949be9b8eddece1fe58fdb6 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT**  **07 / 14 / 2021**  Sent for signature to Hunter Robertson
16:56:47 UTC  (hunter.r1057@gmail.com) from mark@rollinsandchan.com
IP: 98.218.235.169

**VIEWED**  **07 / 14 / 2021**  Viewed by Hunter Robertson (hunter.r1057@gmail.com)
17:00:48 UTC  IP: 97.73.100.31

**SIGNED**  **07 / 14 / 2021**  Signed by Hunter Robertson (hunter.r1057@gmail.com)
17:03:40 UTC  IP: 97.73.100.31

**COMPLETED**  **07 / 14 / 2021**  The document has been completed.
17:03:40 UTC

Powered by HELLOSIGN