UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 1:21-cr-00034-CRC |
| : | |
| THOMAS ROBERTSON : | |
| : | |
| : | |
| Defendant. : | |

## UNITED STATES' SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO REVOKE RELEASE ORDER

The United States submits this second supplemental brief to bring to the Court's attention additional information that is highly relevant to the pending motion to revoke the Defendant's conditions of release. As noted in our previous filing, ECF No. 34, law enforcement continues to review the items seized from the home of Defendant Thomas Robertson on June 29, 2021. Attached is an FBI laboratory report received by the undersigned this morning concluding that the Defendant possessed components that could be used to readily assemble an improvised explosive device (IED), despite being ordered not to possess a firearm, destructive device, or other dangerous weapon.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/Elizabeth Aloi
ELIZABETH ALOI
Assistant United States Attorney
NY Bar No. 4457651
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.

Washington, DC  20530
Phone: (202) 695-0610
Elizabeth.aloi@usdoj.gov

*/s/  Risa Berkower*
RISA BERKOWER
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.
Washington, DC  20530
Phone: (202) 803-1576
Risa.berkower@usdoj.gov