IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-cr-34 (CRC) |
| v.           ) | |
| ) | |
| THOMAS ROBERSTON AND  ) | |
| JACOB FRACKER,     ) | |
| ) | |
| Defendant.   ) | |

### CONSENT MOTION TO CONTINUE AND
### TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves this Court to continue the status hearing currently scheduled for August 3, 2021, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from August 3, 2021, until the date of the next status hearing in this case, to be determined by the Court.  In support, the Government states as follows:

1. The parties are discussing potential resolution of this case short of trial.  The United States has presented each Defendant with a plea offer that expires on August 11, 2021.

2. Counsel for both Defendants consent to a continuance until after August 11, 2021, so that the plea offers can be presented to and considered by each of their clients.  The undersigned has conferred with Defense counsel, and proposes the morning of August 16, 17, or 18, as possible dates for the rescheduled status hearing, if such dates are amenable to the Court.

3. The Government further moves, with the consent of the Defendants, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from August 3, 2021, until the date of the next status hearing in this case, to be determined by the Court. This additional period is necessary to allow the government to prepare discovery and for the parties

to engage in discussions regarding possible resolutions of the case. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the Defendant in a speedy trial.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     /s/ Elizabeth Aloi
ELIZABETH ALOI
Assistant United States Attorney
NY Bar No. 4457651
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.
Washington, DC  20530
Phone: (202) 695-0610
Elizabeth.aloi@usdoj.gov

/s/ Risa Berkower
RISA BERKOWER
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.
Washington, DC  20530
Phone: (202) 803-1576
Risa.berkower@usdoj.gov