AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| UNITED STATES | ) |
| *Plaintiff* | ) |
| v. | ) |
| THOMAS ROBERTSON | ) |
| *Defendant* | ) |

Case No.    1:21-cr-00034-CRC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Robertson                                                                           .

Date:        1/20/2022

s/Camille Wagner
*Attorney's signature*

Camille Wagner (1659390)
*Printed name and bar number*

419 7th St NW #405,
Washington, DC 20004

*Address*

camille@rollinsandchan.com
*E-mail address*

202-630-8812
*Telephone number*

*FAX number*

**Print**        **Save As...**                                  **Reset**