UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| THOMAS ROBERTSON and | : | Crim. No. 21-cr-00034 (CRC) |
| | : | |
| JACOB FRACKER, | : | |
| | : | |
| Defendants. | : | |

**Government Exhibits**

| PHYSICAL EVIDENCE AND RELATED MATERIALS ||||||
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | | *Date* |
| 1 | Wooden Stick | | | | N/A |
| 2 | Photo of Wooden Stick with Backpack | | | | January 19, 2021 |
| **100 SERIES – SOCIAL MEDIA** ||||||
| *No.* | *Description* | *Witness* | *Admitted?* | | *Date* |
| 100 | Robertson's Facebook Account | | | | Multiple |
| 100A | "A legitimate republic stands on four boxes…" (page 78 of Robertson's Facebook Account) | | | | November 7, 2021 |

| | | | | |
|---|---|---|---|---|
| 100B | "Not at all. Civility has Left me…" (page 1587 of Robertson's Facebook Account) | | | December 19, 2021 |
| 100C | "CNN and Let are just mad because we actually attacked the government…" (pages 1596 and 1597 of Robertson's Facebook Account) | | | January 8, 2021 |
| 101 | Fracker's Facebook Account | | | Multiple |
| 101A | "Don't share these. Just thought you should know there's hitters out here trying to make a fucking difference at any cost." (page 199 of Fracker's Facebook Account) | | | January 7, 2021 |
| 101B | "…[T]hings are gonna get spicy." (page 1665 of Fracker's Facebook Account) | | | January 6, 2021 |
| 101C | Video from Fracker's Facebook Account | | | January 6, 2021 |
| 101D | "Don't worry boys, we holding it down." (pages 462 through 473 of Fracker's Facebook Account) | | | Multiple |
| 101E | "Lol to anyone who's possible concerned about the picture of me going around…" (page 96 of | | | January 10, 2021 |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| | Fracker's Facebook Account) | | | |
| 102 | Robertson's AR-15.Com Account | | | Multiple |
| 102A | "Capitol Steps from when we…not Antifa. Stormed it." (AR-15, Post Data Archived, Row 101) | | | January 6, 2021, and January 7, 2021 |
| 102B | Photo from "Stormed it" AR-15 Post | | | January 6, 2021, and January 7, 2021 |
| 103 | Selfie-Styled Photo in front of John Stark Statute | | | January 6, 2021 |
| 104 | Twitter Video available at https://twitter.com/phoenixonwheels/status/1478171707047174144 | | | January 6, 2021 |

**200 SERIES – BODY WORN CAMERA VIDEO FOOTAGE**

| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
|---|---|---|---|---|
| 200 | MPD Officer Wilhoit Body Worn (BWC) Camera Video Footage | | | January 6, 2021 |
| 200A | Wilhoit BWC Screenshot (14:03:59) | | | January 6, 2021 |
| 200B | Wilhoit BWC Screenshot (14:04:01) | | | January 6, 2021 |

| | | | | |
|---|---|---|---|---|
| 200C | Wilhoit BWC Screenshot (14:04:02) | | | January 6, 2021 |
| 200D | Wilhoit BWC Screenshot (14:04:03) | | | January 6, 2021 |
| 201 | MPD Officer Hodges Body Worn Camera (BWC) Video Footage | | | January 6, 2021 |
| 201A | Hodges BWC Screenshot (14:03:26) | | | January 6, 2021 |
| 201B | Hodges BWC Screenshot (14:03:55) | | | January 6, 2021 |
| 201C | Hodges BWC Screenshot (14:03:56) | | | January 6, 2021 |
| 201D | Hodges BWC Screenshot (14:03:57) | | | January 6, 2021 |
| 201E | Hodges BWC Screenshot (14:03:57) | | | January 6, 2021 |
| 202 | MPD Officer Duckett Body Worn Camera (BWC) Video Footage | | | January 6, 2021 |
| 202A | Duckett BWC Screenshot (14:03:29) | | | January 6, 2021 |
| 202B | Duckett BWC Screenshot (14:03:37) | | | January 6, 2021 |

| | | | | |
|---|---|---|---|---|
| 202C | Duckett BWC Screenshot (14:03:59) | | | January 6, 2021 |
| 202D | Duckett BWC Screenshot (14:04:02) | | | January 6, 2021 |
| 202E | Duckett BWC Screenshot (14:04:03) | | | January 6, 2021 |
| **300 SERIES – DOCUMENTS AND RECORDS** | | | | |
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
| 300 | Mayor Bowser Curfew Order (Mayor's Order 2021-002) | | | January 6, 2021 |
| 301 | Vice President Harris Notification Email Chain | | | January 5, 2021 |
| 302 | Head of State Notification Emails | | | January 5, 2021 |
| 303 | United States Secret Service Agency Head of State Worksheet | | | January 6, 2021 |
| 304 | Robertson Personnel Records from Rocky Mount Police Department (Selections) | | | Multiple |
| 305 | Fracker Personnel Records from Rocky Mount Police Department (Selections) | | | Multiple |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 306 | Robertson's BB&T Bank Statements | | | January 12, 2021, through May 12, 2021 |
| 307 | Content from Thomas Robertson's cell phone | | | Multiple |
| 308 | Jail Calls | | | Multiple |
| **400 SERIES – OFFICIAL U.S.C.P. VIDEO FOOTAGE** | | | | |
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
| 400 | United States Capitol Police USCH Video Crypt North | | | January 6, 2021 |
| 401 | United States Capitol Police USCH Video Crypt South | | | January 6, 2021 |
| 402 | United States Capitol Police USCH Senate Wing Door near S139 1-06_14h12min | | | January 6, 2021 |
| 403 | United States Capitol Police USCH Senate Wing Door near S139 1-06_14h36min | | | January 6, 2021 |
| 404 | Compilation video of riot footage from United States Capitol Police surveillance system | | | January 6, 2021 |

| | 500 SERIES – LEGAL AND CONGRESSIONAL RECORDS | | | |
|---|---|---|---|---|
| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ |
| 500 | U.S. Constitution – 12th Amd. | | | N/A |
| 501.15 | 3 U.S. Code § 15 | | | N/A |
| 501.16 | 3 U.S. Code § 16 | | | N/A |
| 501.17 | 3 U.S. Code § 17 | | | N/A |
| 501.18 | 3 U.S. Code § 18 | | | N/A |
| 502 | Congressional Record – Senate | | | January 6, 2021 |
| 503 | Congressional Record – House | | | January 6, 2021 |
| 504 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | | | January 3, 2021 |
| 505A through 505F | Screenshots from Senate Chamber Video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm | | | January 6, 2021 |
| 506A through 506G | Screenshots from House Chamber Video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | | | January 6, 2021 |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 507 | Video Montage – including Congressional Record (vol. 167, No. 4) at S13, S14, S18, H75, H76, H84, H85 and video footage from House and Senate Chamber videos | | | January 6, 2021 |
| 508 | Declaration of Diego Torres | | | |
| **600 SERIES – OTHER** | | | | |
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
| 600A | Master Photo of U.S. Capitol – Interior Floor Plan | | | N/A |
| 600B | Master Photo of U.S. Capitol -Exterior | | | N/A |
| 601 | U.S. Capitol photo | | | N/A |
| 601A | U.S. Capitol photo with perimeter | | | January 6, 2021 |
| 601B | U.S. Capitol photo with signs | | | January 6, 2021 |
| 601C | Sign on rack | | | January 6, 2021 |
| 601D | Sign | | | January 6, 2021 |
| 602 | U.S. Capitol diagram | | | N/A |

| | | | | |
|---|---|---|---|---|
| 603 | 3D Model of U.S. Capitol | | | N/A |
| 603A | 3D Model of U.S. Capitol (Facing West) | | | N/A |
| 604 | Photo from Lower West Terrace | | | January 6, 2021 |
| 605 | MPD Radio Runs | | | January 6, 2021 |
| 606 | MPD Radio Run Transcripts | | | January 6, 2021 |

### 700 SERIES – CERTIFICATIONS

| *Admitted?* | *Description* | *Witness* | *Admitted?* | *Date* |
|---|---|---|---|---|
| 701 | AR-15 Records Certification of Authenticity | | | March 3, 2022 |
| 702 | Facebook Certificate of Authenticity (Fracker's Account) | | | January 15, 2021 |
| 703 | Facebook Certificate of Authenticity (Robertson's Account) | | | January 15, 2021 |
| 704 | Rocky Mount Police Department Records Certificate of Authenticity | | | January 19, 2021 |
| 705 | Truist Certificate of Authenticity (Robertson BB&T Bank Records) | | | August 2, 2021 |

| | 800 SERIES –MASTER EXHIBIT | | | |
|---|---|---|---|---|
| *Admitted?* | *Description* | *Witness* | *Admitted?* | *Date* |
| 800 | Master Exhibit | | | N/A |
| | **900 SERIES – ADDITIONAL VIDEO FOOTAGE** | | | |
| *Admitted?* | *Description* | *Witness* | *Admitted?* | *Date* |
| 900 | CDU-42 Near Scaffolding | | | January 6, 2021 |
| 901 | "Insurgence" YouTube video | | | January 6, 2021 |
| | **1000 SERIES – STIPULATIONS** | | | |
| *Admitted?* | *Description* | *Witness* | *Admitted?* | *Date* |
| 1000 | N/A | | | N/A |