UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**THOMAS ROBERTSON,**<br><br>Defendant. | Case No. 21-cr-34 (CRC) |

## ORDER

    To ensure the proceedings in this matter are conducted in a fair and orderly manner, it is hereby ORDERED that: The original exhibits admitted in evidence and published to the jury will not be available to the public for copying or inspection during trial. The admitting party shall make available to the media at the end of the trial day a copy of any admitted exhibit that has been published to the jury and not restricted by the Court for dissemination. The government may make exhibits available using the "drop box" technical solution described in Standing Order 21-28, In re: Media Access to Video Exhibits.

**SO ORDERED.**

Dated: April 1, 2022

 

_____
CHRISTOPHER R. COOPER
United States District Judge