## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                          |     |                          |
| ------------------------ | --- | ------------------------ |
| **UNITED STATES OF AMERICA** | :   |                          |
|                          | :   | **Case No.: 21-cr-34 (CRC)** |
|                          | :   |                          |
| **v.**                   | :   |                          |
|                          | :   |                          |
| **THOMAS ROBERTSON,**    | :   |                          |
|                          | :   |                          |
| **Defendant.**           | :   |                          |
|                          | :   |                          |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Thomas Robertson, with the concurrence of his attorneys, agree and stipulate to the following:

### *Stipulations Relating to Exhibits*

1.      Government Exhibits 400, 401, 402, 402A, 403, 403A, 404, 405, 405A, 406, 406A, 407A, 408, 409, 410, 411, 412, 412A, 413 and 414 are derived from the United States Capitol Police Closed Circuit video monitoring system The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds.  The video equipment timestamps each recording with the date and time at which the footage is captured.   The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is

what it purports to be.

2. On January 6, 2021, much of the proceedings taking place on the Senate, and House, floor were contemporaneously recorded by the Senate Recording Studio. The Senate Recording Studio's purpose is to serve the Senate. The Broadcast Studio is comprised of Senate TV, Hearing Rooms, and a Studio function. Senate TV is comprised of eight cameras which record activity occurring on the Senate floor. This footage is also broadcast through the Cable-Satellite Public Affairs Network (CSPAN). The Senate Studio can also capture contemporaneous footage of the House of Representative proceedings when there are Joint sessions of Congress, that is used for broadcast. Exhibits 505A through 505F, 506A through 506G, and 507 are true and authentic copies of footage captured by the Senate Recording Studio, including that broadcast on CSPAN.

3. Government Exhibits 100, 100A through 100S, 101, 101A through 101G, and 103 are authentic copies of business records from Facebook, Inc. Government Exhibits 100 and 100A are from Defendant Robertson's Facebook Account. Government Exhibits 101 and 101A through 101G are from Jacob Fracker's Facebook Account.

4. Government Exhibits 102, 102A, and 102B, are authentic copies of business records from AR-15.com. Government Exhibits 102, 102A, and 102B are from Defendant Robertson's AR-15.com account.

5. Government Exhibits 200, 201 and 202 are authentic copies of video footage from the body worn camera of Metropolitan Police Officers from Civil Disturbance Unit 42 on January 6, 2021. Government Exhibits 200A through 200D, 201A through 201E, and 202A through 202E are still shots taken from Government Exhibits 200, 201, and 202, respectively. Exhibit 200 is from Officer Carlton Wilhoit's body worn camera. Exhibit 201 is from Officer Daniel Hodges body worn camera, and Exhibit 202 is from Officer Noah Duckett's body worn camera.

6.     Government Exhibits 304, 304A and 307 are authentic copies of business records from to Town of Rocky Mount, Virginia.

7.     Government Exhibit 306 is an authentic copy of a business records from Truist Financial Corporation.  It contains accurate banks statements from Defendant Robertson's BB & T bank account.

8.     Government Exhibits 307, and 307A through 307C are authentic copies of information found on a Samsung Phone seized from Defendant Robertson on June 19, 2021, pursuant to a lawfully executed search warrant.

9.     Government Exhibits 311, 312 and 313 are authentic copies of business records from Safeway, Inc.

10.     Government Exhibits 314, 314A, 314B and 315 are authentic copies of information found on a Samsung Phone seized from Defendant Robertson on or about January 19, 2021, pursuant to a lawfully executed search warrant.

11.      Government Exhibits 605A and 605B are authentic copies of audio files from Metropolitan Police Department Radio transmissions on January 6, 2021. Exhibit 606 is an accurate transcript of these, and related, audio files.

12.     Government Exhibits 607 through 617 are authentic photographs of items observed at Defendant Robertson's residence on January 19, 2021.

Respectfully submitted,

For the Government:                              For the Defendant:

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

*/s/Elizabeth Aloi*
Elizabeth Aloi
Assistant United States Attorney
DC. Bar. No. 1015864
Risa Berkower
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Phone: 202-803-1576
risa.berkower@usdoj.gov
elizabeth.aloi@usdoj.gov

*/s/Mark Rollins*
Mark Rollins
DC Bar Number: 453638
Counsel for Thomas Robertson
Camille Wagner
DC Bar Number: 1659390
Counsel for Thomas Robertson
419 7TH Street, NW
Suite 405
Washington, DC 20004
Telephone No. 202-455-5610
Direct No: 202-455-5002
mark@rollinsandchan.com
camille@rollinsandchan.com