CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

THOMAS ROBERTSON

Civil/Criminal No.: 21-CR-34-1 (CRC)

## NOTE FROM JURY

PDF STILLS OF BODY CAMERAS ARE PIXELATED ON THE LAPTOP PROVIDED

200 SERIES STILLS FOR EXAMPLE
202 SERIES STILLS FOR EXAMPLE

Date: 4/8/2022
Time: 3:05 PM

FOREPERSON