CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

THOMAS ROBERTSON

Civil/Criminal No.: 21-CR-34-1 (CRC)

## NOTE FROM JURY

IN THE FINAL SENTENCE OF THE FULL PARAGRAPH PRIOR TO STIPULATIONS ON PAGE 21 OF JURY INSTRUCTIONS

DOES "IN THAT MANNER" REFER TO INTENDING TO TO CAUSE BODILY INJURY OR DOES "IN THAT MANNER" REFER TO CARRYING AN OBJECT CAPABLE OF CAUSING BODILY INJURY?

Date: 4/8/2022

Time: 4:10 PM

FOREPERSON