UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS ROBERTSON,<br><br>Defendant. | Case No. 21-cr-34 (CRC) |

### RESPONSE TO JURY NOTE OF APRIL 8TH AT 4:10 PM

The indictment charges the defendant with carrying a deadly or dangerous weapon, i.e., a large wooden stick. In order for you to find that the stick is a deadly or dangerous weapon, you must find that (1) it is capable of causing serious bodily injury, and (2) the defendant carried it with the intent to use it in a manner capable of causing serious injury. The defendant need not have actually used the stick in that manner.

_____
CHRISTOPHER R. COOPER
United States District Judge