CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

THOMAS ROBERTSON

Civil/Criminal No.: __21-CR-34-1 (CRC)__

## NOTE FROM JURY

THERE IS INCONSISTENT USE OF "RESTRICTED BUILDING" AND "~~NECOUS~~ RESTRICTED BUILDING OR GROUNDS" IN RELATION TO COUNT 4 IN JURY INSTRUCTIONS

JUST TO CONFIRM, COUNT 4 REFERS TO BOTH "RESTRICTED BUILDING OR GROUNDS" AS REFLECTED ON VERDICT FORM, CORRECT?

Date: 4/11/2022

Time: 2:03 PM