**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 21-cr-34 (CRC) |
| **THOMAS ROBERTSON,** | |
| Defendant. | |

### RESPONSE TO JURY NOTE OF APRIL 11TH AT 2:03 PM

Count 4 refers to "restricted building or grounds," as reflected on the verdict form.

CHRISTOPHER R. COOPER
United States District Judge