CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

THOMAS ROBERTSON

Civil/Criminal No.: 21-CR-34-1 (CRC)

## NOTE FROM JURY

WE HAVE A VERDICT

Date: 4/11/2022

Time: 5:24 PM

FOREPERSON