UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS ROBERTSON,<br><br>Defendant. | Case No. 21-cr-34 (CRC) |

## VERDICT FORM

**Count One:**   Obstruction of an Official Proceeding

\_\_\_\_X_____          _____
Guilty                                            Not Guilty


**Count Two:**   Obstructing Officers During a Civil Disorder

\_\_\_\_X_____          _____
Guilty                                            Not Guilty


**Count Three:** Entering or Remaining in a Restricted Building or Grounds with a Dangerous Weapon

\_\_\_\_X_____          _____
Guilty                                            Not Guilty

If you find the defendant not guilty of Count Three, then proceed to Count Three (a).  If you find the defendant guilty of Count Three, then skip Count Three (a) and proceed to Count Four.

**Count Three (a):**   Entering or Remaining in a Restricted Building or Grounds


_____          _____
Guilty                                            Not Guilty

**Count Four:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous Weapon

__X__
Guilty

_____
Not Guilty

If you find the defendant not guilty of Count Four, then proceed to Count Four (a).  If you find the defendant guilty of Count Four, then skip Count Four (a) and proceed to Count Five.

**Count Four (a):**   Entering or Remaining in a Restricted Building or Grounds

_____
Guilty

_____
Not Guilty

**Count Five:**   Disorderly Conduct in a Capitol Building

__X__
Guilty

_____
Not Guilty

**Count Six:**   Obstruction of an Official Proceeding .

__X__
Guilty

_____
Not Guilty

Date: April 11, 2022

Signature of Foreperson  // /