```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2
      - - - - - - - - - - - - - - - x
3     THE UNITED STATES OF AMERICA,
                                        Criminal Action No.
4                  Plaintiff,          1:21-cr-00034-CRC
                                        Wednesday, April 6, 2022
5     vs.                               9:16 a.m.

6     THOMAS ROBERTSON,                 *MORNING SESSION*

7
                   Defendant.
8     - - - - - - - - - - - - - - - x

9     _____

10                  TRANSCRIPT OF JURY TRIAL
          HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                 UNITED STATES DISTRICT JUDGE
      _____
12
      APPEARANCES:
13
      For the United States:      ELIZABETH ANN ALOI, ESQ.
14                                RISA BERKOWER, ESQ.
                                  UNITED STATES ATTORNEY'S OFFICE
15                                555 4th Street, NW
                                  Washington, DC 20530
16                                (202) 252-6782

17
      For Defendant Robertson:    MARK M ROLLINS, ESQ.
18                                CAMILLE WAGNER, ESQ.
                                  ROLLINS & CHAN
19                                419 Seventh Street, NW
                                  Washington, DC 20004
20                                (202) 455-5610

21    Court Reporter:             Lisa A. Moreira, RDR, CRR
                                  Official Court Reporter
22                                U.S. Courthouse, Room 6718
                                  333 Constitution Avenue, NW
23                                Washington, DC  20001
                                  202-354-3187
24

25
```

1                              I N D E X

2
     WITNESS                                                   PAGE
3
     LIEUTENANT WILLIAM HACKERMAN
4        (By Ms. Aloi)...................................... 484
         (By Mr. Rollins).................................. 534
5        (By Ms. Aloi)...................................... 546

6    SPECIAL AGENT LYNNE WITT
         (By Ms. Berkower)................................. 549
7        (By Mr. Rollins).................................. 568
         (By Ms. Berkower)................................. 551
8
     SPECIAL AGENT CHAD POTTER
9        (By Ms. Aloi)...................................... 562
         (By Mr. Rollins).................................. 572
10       (By Ms. Aloi)...................................... 575

11   MPD OFFICER NOAH DUCKETT
         (By Ms. Berkower)................................. 576
12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              P R O C E E D I N G S
 2          THE COURT:  All right.  Good morning, everybody.
 3   Everyone have a good night?
 4          JURY IN UNISON:  Yes.
 5          THE COURT:  Good.  I'm told we're still working on
 6   the temperature.  This will require a GSA call, I
 7   understand, which is above my pay grade.
 8          All right.  Ms. Aloi, Ms. Berkower, are we ready
 9   to continue?
10          MS. ALOI:  Yes.  The government calls Lieutenant
11   William Hackerman.
12          THE COURT:  Step right up, sir.  Right here.  And
13   please remain -- come on up.  Don't be shy.  And raise your
14   right hand and be sworn in by the courtroom deputy.
15          (Witness sworn)
16          THE COURT:  Welcome, sir.  You should feel free to
17   remove your mask, if you're comfortable doing so.
18          THE WITNESS:  Thank you.
19          THE COURT:  Ms. Aloi.
20              LIEUTENANT WILLIAM HACKERMAN
21                  DIRECT EXAMINATION
22   BY MS. ALOI:
23   Q.  Good morning, Lieutenant.  Could you please state and
24   spell your name for the record.
25   A.   William Hackerman, W-I-L-L-I-A-M, H-A-C-K-E-R-M-A-N.
```

1   Q.  Lieutenant Hackerman, where do you work?

2   A.  I work for -- I work MPD Sixth District.

3   Q.  What does "MPD" stand for?

4   A.  Metropolitan Police Department.

5   Q.  And is your current assignment the Sixth District?

6   A.  Yes.

7   Q.  Before you were a police officer, did you serve in the

8   military?

9   A.  Yes.

10  Q.  Where did you serve?

11  A.  I served out of Camp Lejeune, North Carolina, for the

12  United States Marine Corps.

13  Q.  Have you seen active combat duty?

14  A.  Yes.

15  Q.  And how long have you been a police officer?

16  A.  13 and a half years.

17  Q.  As a police officer, do you get some basic training?

18  A.  Yes.

19  Q.  What type of training do you get?

20  A.  All kinds of training.  It prepares us for patrol

21  activities.  Let's see, like stuff pertaining to the law.

22  We get stuff pertaining to large scale events.

23  Q.  In that training, do you -- are you familiar with a term

24  called "situational awareness"?

25  A.  Yes.

1    Q.  What does it mean?

2    A.  It means just aware of your surroundings, what's going

3    on around you.

4    Q.  Is that something you learned about in your training?

5    A.  Yes.

6    Q.  What types of things are you trained to look for?

7    A.  Mostly things that are -- the best way to explain it

8    would be, if you see something normal going on, it's -- the

9    abnormal is what you're looking for.  Something that just

10   doesn't seem right.

11          And sometimes it's not always just observance.  It

12   can also be like -- you can kind of -- we use it kind of you

13   can feel something is just off about a situation, you get

14   that gut feeling.

15   Q.  Okay.  Now that we know a little bit about your

16   background, I'd like to turn to the events of January 6,

17   2021.  Were you on duty on January 6, 2021?

18   A.  Yes, I was.

19   Q.  Were you assigned a specific platoon?

20   A.  Yes.

21   Q.  What was it?

22   A.  I was part of -- I was the platoon leader for CDU 42.

23   Q.  And is that different than your current role?

24   A.  Yes.

25   Q.  And what is CDU 42?

1    A.  We are a civil disturbance platoon.  They are actually

2    what we call a hard platoon.  They have extra equipment,

3    padding and stuff like that, an outer garment that is flame

4    retardant to stop -- you know, in case fires and stuff like

5    that.

6    Q.  Are they involved in rapid response?

7    A.  Yes.

8    Q.  And I think -- what was your role in CDU 42?

9    A.  I was the platoon leader.

10   Q.  And how long have you been in that role on January 6th?

11   A.  That was my second day.

12   Q.  That was your second day.

13             And you just described some gear that you wear.

14   Did you have that gear?

15   A.  I did not.

16   Q.  Why not?

17   A.  Because it was my second day.  I hadn't been issued

18   anything yet.

19   Q.  Okay.

20   A.  You know, everyone has that second day where you get

21   everything.

22   Q.  How many officers are assigned to CDU 42?

23   A.  Typically 28.

24   Q.  Okay.  And the gear that CDU 42 is issued, did the

25   officers have special training in how to use it?

1    A.  Yes.

2    Q.  Now, turning to January 6th, as a lieutenant with CDU

3    42, did you have a police radio on you?

4    A.  Yes, I did.

5    Q.  Did you use it to communicate on that day?

6    A.  Yes.

7    Q.  Who were you communicating with?

8    A.  I would communicate with the JOCC as well as other

9    units, mostly my platoon.

10   Q.  What is the JOCC?

11   A.  The Joint Operation Command Center.

12   Q.  Joint Operation Command Center.  Is that essentially a

13   dispatch or a place where communications run to and from?

14   A.  Yes.

15   Q.  Okay.  And do you use a specific channel when you use

16   your police radio?

17   A.  Yes.  For that day we were using SOD Events 1.

18   Q.  And who else was using SOD Events 1?

19   A.  That would be every unit that was working that detail

20   that day, including the JOCC.

21   Q.  Okay.  So on that day, when you were on the radio, can

22   you hear everyone else's transmissions?

23   A.  Yes.

24   Q.  And can they hear your transmissions?

25   A.  Yes.

```
 1              MS. ALOI:  I now want to show the parties and the
 2    Court, but not the jury, what has been marked as Exhibits
 3    605A and 605B, if you can just pull up the mainframe.
 4    Q.  Have you seen Exhibit 605A and 605B before?
 5    A.  Yes.
 6    Q.  Are they excerpts from the radio on January 6th?
 7    A.  Yes.
 8              MS. ALOI:  For today's purposes, I'd like to use
 9    excerpts that have been identified as 605B, 1 through 4, and
10    605A, 5 through 8.  I understand there are no objections.
11              Are there?
12              MS. WAGNER:  No objection.
13              THE COURT:  So moved.  Ms. Aloi, could you just
14    specify the exhibit numbers one more time.
15              MS. ALOI:  Yes, Your Honor.  It's 605B, Clips 1
16    through 4, and 605A, Clips 5 through 8.  These have been
17    pre-excerpted from the larger clips that --
18              THE COURT:  Thank you.
19              MS. ALOI:  -- the lieutenant has reviewed.
20    BY MS. ALOI:
21    Q.  Lieutenant Hackerman, have you heard the clips that I
22    just mentioned before?
23    A.  Yes.
24    Q.  Are they consistent with what you heard on January 6th?
25    A.  Yes.
```

1   Q.  Now, on the radio clips, how is your unit referred to?

2   A.  CDU 42, and sometimes you'll hear a short abbreviated --

3   they will say 42.

4   Q.  Okay.  And when you speak on the radio, do you also

5   identify yourself as 42?

6   A.  Yes.

7   Q.  So when you hear 42 on the radio, is it used to

8   identify -- to get your attention and also to identify your

9   response?

10  A.  Yes.

11  Q.  Okay.  We'll turn back to those radio clips in a few

12  moments, but now I want to talk a little bit about body-worn

13  camera.

14          Was Officer Noah Duckett with CDU 42 on January

15  6th?

16  A.  Yes.

17  Q.  Was Officer Carlton Wilhoit with CDU 42 on January 6th?

18  A.  Yes.

19  Q.  Was Officer Daniel Hodges with CDU 42 on January 6th?

20  A.  Yes.

21  Q.  Lieutenant Hackerman, what is body-worn camera?

22  A.  It's the device we use to record our interactions with

23  citizens or any time we come across an event or incident.

24  Q.  And is this a camera that police officers wear?

25  A.  Yes.

1    Q.  Would you please show the jury where the camera is

2    usually mounted.

3    A.  Particularly on our chest.

4    Q.  Okay.  Were Officers Duckett, Hodge, and Wilhoit wearing

5    body-worn cameras on January 6th?

6    A.  Yes.

7    Q.  Were you also wearing body-worn camera on January 6th?

8    A.  Yes.

9            MS. ALOI:  I now want to show the Court and the

10   parties, but not the jury, what's been marked as Exhibits

11   200, 201, and 202.

12           Ms. Dunn-Gordon, if you can just pull up an

13   excerpt from those.

14   Q.  Lieutenant Hackerman, have you seen these exhibits

15   before?

16   A.  Yes.

17   Q.  Is Exhibit 200 Officer Wilhoit's body-worn camera from

18   January 6th?

19   A.  Yes.

20   Q.  Is Exhibit 201 Officer Hodges's body-worn camera from

21   January 6th?

22   A.  Yes.

23   Q.  Is Exhibit 202 Officer Duckett's body-worn camera from

24   January 6th?

25   A.  Yes.

1    Q.  Were you with these officers?

2    A.  Yes.

3    Q.  Did you walk up to the Capitol and align with them?

4    A.  Yes.

5    Q.  Have you reviewed these videos?  Are they consistent

6    with what you observed on January 6th?

7    A.  Yes.

8    Q.  I now want to show you what's been marked as Exhibits

9    200A through 200D, 201A through 201E, and 202A through 202E.

10   Are these screenshots taken from Officer Wilhoit's, Officer

11   Duckett's, and Officer Hodges's body-worn camera?

12   A.  Yes.

13           MS. ALOI:  I now move to admit the body-worn

14   camera and the screenshots.

15           MS. WAGNER:  No objection.

16           MS. ALOI:  Thank you.

17           THE COURT:  Okay.  So moved.  So 200A through D,

18   201A through E, and 2027A through E.

19           MS. ALOI:  Yes, Your Honor, as well as the actual

20   camera footage, which is Exhibits 200, 201, and 202.

21           THE COURT:  And 200 to 202 are also admitted.

22   BY MS. ALOI:

23   Q.  Okay.  Let's turn back to January 6th.  Where was CDU

24   42's original assignment on January 6th?

25   A.  We were originally on Constitution Avenue.

1    Q.  And what was your assignment?

2    A.  We were just to provide visibility along the route where

3    people were coming in.

4    Q.  And what is visibility?

5    A.  It allows us to stand out there.  People can see the

6    police.  If they have a problem, they can contact us.  If

7    they need directions, something like that.

8    Q.  And what time did you start that day roughly?

9    A.  Roughly I believe it was about 7:00 or 7:30 in the

10   morning.

11   Q.  And at this point what gear were the officers of CDU 42

12   wearing?

13   A.  We call it soft gear, which would be just our regular

14   police uniforms.

15   Q.  Did you observe crowds of people that morning?

16   A.  Yes.

17   Q.  What was the mood of the crowd?

18   A.  That morning, it was very happy.  Very polite.  Just

19   seemed like normal people.

20   Q.  Okay.  I now want to draw your attention to Exhibit

21   605B, Clip 1.

22            MS. ALOI:  And please publish that to the jury.

23            Ms. Dunn-Gordon, if you can please play that clip.

24            (Clip playing)

25   Q.  Lieutenant Hackerman, while you were doing visibility on

1   Constitution, were there also crowds at the Capitol?

2   A.  Yes.

3   Q.  And was the radio we just heard approximately the same

4   time as when you were doing visibility --

5   A.  Yes.

6   Q.  -- based on your understanding of the events?

7   A.  Yes.

8   Q.  How long did CDU 42 do visibility on January 6th?

9   A.  So a few hours.  If you figure -- it had to be at least

10  five hours, somewhere in there.

11  Q.  At some point did the mood of the crowd start to change?

12  A.  Yes.

13  Q.  What are some of the things you observed about the mood

14  change?

15  A.  Body language.

16          Initially, when we were out there, people would

17  get out of your way, if you were walking through or trying

18  to get around.  We would drive our vehicles through.

19          That changed abruptly, and people would stand in

20  your way.  They weren't as happy to see you.  They weren't

21  saying hello.  The mood completely shifted to more of a

22  negative tone.

23  Q.  Could you also tell the mood was changing from the radio

24  transmissions?

25  A.  Yes.

1    Q.  I'd now like to draw your attention to Exhibit 605, Clip

2    2.

3              MS. ALOI:  And if we could please publish that to

4    the jury.

5    Q.  But before we do, do you see words going across with the

6    radio clips?

7    A.  When it's playing.

8    Q.  When it's playing, yes.  Based on your prior review, do

9    you understand that to be a transcript of what is being

10   heard?

11   A.  Yes.

12             (Clip playing)

13   Q.  Lieutenant Hackerman, did you just hear your unit

14   referred to on this radio?

15   A.  Yes.

16   Q.  Was the term "42" used to get your attention?

17   A.  Yes.

18   Q.  Was it also used to respond?

19   A.  Yes.

20   Q.  Did you also hear yourself speaking?

21   A.  I did.

22   Q.  Okay.  Do you remember hearing these transmissions on

23   January 6th?

24   A.  Yes.

25   Q.  Were you getting a new assignment?

1   A.  Yes.

2   Q.  Were you told to harden up for that assignment?

3   A.  Yes.

4   Q.  What does that mean?

5   A.  That means the extra gear that the platoon is given or

6   issued.  They put on the padding and then the outer cover,

7   if they can, if we have time.

8   Q.  Did you understand that this assignment was urgent?

9   A.  Yes.

10  Q.  Could you -- how could you tell that?

11  A.  Just by the radio transmissions.

12  Q.  Okay.  At this point, were you being told to leave your

13  assignment on Constitution Avenue?

14  A.  Yes.

15  Q.  Okay.  So what was your new assignment?

16  A.  It was to respond to the Capitol to assist the 8600,

17  Cruiser 50.

18  Q.  Okay.  And at that point had Cruiser 50 -- is that MPD

19  officers?

20  A.  Yes.

21  Q.  Had they sustained injuries?

22  A.  Yes.  Over there at the Capitol, yes.

23  Q.  All right.  On the Capitol?

24  A.  Yes.

25  Q.  Do you know where on the Capitol based on your

1  understanding of their assignment that day?

2  A.  My understanding is the west entrance.

3  Q.  Okay.  And do you know, was Cruiser 50 there to support

4  the Capitol Police?

5  A.  Yes.

6  Q.  All right.  I now want to draw your attention to

7  Exhibit 605A, Clip 4.

8         MS. ALOI:  And please publish that to the jury,

9  but stop after "chemical grade fireworks."

10        (Clip playing)

11        MS. ALOI:  The Court's indulgence.

12        (Clip playing)

13        MS. ALOI:  Please pause.

14  Q.  Lieutenant Hackerman, what is being reported to the JOCC

15  during these radio transmissions?

16  A.  Their officers are under attack.  They're sustaining

17  injuries, and they are taking projectiles and --

18  Q.  What types of things were causing the attack?

19  A.  Rioters.

20  Q.  On the radio transmission, what did you hear?  Did you

21  hear "PepperBalls"?

22  A.  Yes.

23  Q.  What's a PepperBall?

24  A.  It's a little ball, paintball size, I would say, that

25  holds a -- contains a pepper agent that, when it's deployed,

1    it will explode on contact and release that agent into the

2    air causing, you know, some type of discomfort.

3    Q.   Did you also hear that rocks were being used as weapons?

4    A.   Yes.

5    Q.   What about bottles?

6    A.   Yes.

7    Q.   And while this is going on, what is CDU 42 doing?

8    A.   In part of that, we were gearing up.  Officers were

9    still putting on their response gear.  It does take a little

10   bit amount of time to put that on.  And then for part of

11   that we were driving over.

12   Q.   Okay.

13        MS. ALOI:  Could you please continue playing up to

14   "breach of the Capitol."

15        (Clip playing)

16   Q.   Is this all while you're putting your gear on?

17   A.   (No verbal response)

18   Q.   Lieutenant Hackerman, do these transmissions memorialize

19   your arrival at the Capitol?

20   A.   Yes.

21   Q.   And there was a reference to something called FENS on

22   that transmission.  Can you please explain for the jury what

23   "FENS" is.

24   A.   I think they got it wrong.  It's FEMS, Fire and

25   Emergency Medical Services, D.C. Fire.  They're a fire

1    department.

2    Q.  And are you getting additional details about your

3    assignment during this transmission?

4    A.  Yes.

5    Q.  Now at what point -- at one point were you told to go to

6    Independence Avenue?

7    A.  Yes.

8    Q.  Did you go to Independence Avenue?

9    A.  No.

10   Q.  Where did you go?

11   A.  I went just north of the Capitol on Constitution.

12   Q.  And did you understand you were headed to the west

13   front?

14   A.  Yes.

15   Q.  And did you hear them declare it a riot?

16   A.  Yes.

17   Q.  Had you been activated to assist in a riot before?

18   A.  Yes, but not this -- in my other assignment.

19   Q.  In your other assignment.  So you understand what a riot

20   is?

21   A.  Yes.

22   Q.  Did that change your expectations of what you would find

23   at the Capitol upon your arrival?

24   A.  Yes.

25   Q.  Did it make you think about the numbers of people who

1    might be there?

2    A.   Yes.

3    Q.   What about weapons?

4    A.   Yes.

5    Q.   Did you have officer safety concerns after hearing it

6    was a riot?

7    A.   Yes.

8    Q.   What makes a riot different than another large

9    gathering?

10   A.   A riot essentially is more violence than a protest.  Its

11   it's actively engaging.

12   Q.   Is it a term that MPD uses for a hostile crowd?

13   A.   Yes.

14   Q.   Lieutenant Hackerman, do you remember hearing on the

15   radio transmission that there was a breach of the Capitol?

16   A.   Yes.

17   Q.   Now, on January 6th, are you familiar with the

18   perimeter, like the security fencing?

19   A.   For the most part.

20   Q.   Were the grounds open to the public, generally speaking?

21   A.   I believe some parts were.  Capitol sets it up

22   differently for people to -- they have areas for people to

23   protest sometimes, and then they'll shut off other areas of

24   it.  I wasn't exactly sure what was shut off and what

25   wasn't.

1    Q.  So when you hear that there was a breach of the Capitol,

2    did you know at that point whether that breach was on the

3    building or the grounds?

4    A.  No.

5    Q.  I now want to shift gears a little bit and draw your

6    attention to Exhibit 201, which is the body-worn camera from

7    Officer Hodges.

8              MS. ALOI:  Ms. Dunn-Gordon, could you please pull

9    up starting at minute 5:45 and play until 6:15, which starts

10   at 1:55 p.m. that day.

11             And before you play it.

12   Q.  Do you recall, from the transmission we just heard, what

13   time they declared it a riot?

14   A.  1349 hours.

15   Q.  Are you familiar with military time versus standard

16   time?

17   A.  I'm sorry, 1:49 p.m.

18   Q.  Thank you.  At 1:49 p.m.?

19             MS. ALOI:  Okay.  Ms. Dunn-Gordon, can you please

20   play starting at 5:45.

21             (Video playing)

22             MS. ALOI:  Thank you.

23   Q.  Now, what time is it on -- what time is it right now in

24   actual time, not the camera time?

25   A.  It's going to be 1:56 p.m.

1    Q.  So is this just a few minutes after they declared the

2    riot?

3    A.  Yes.

4    Q.  Okay.  And what do we see here?

5    A.  This is my platoon getting out of the vans doing a last-

6    minute equipment check to get ready to head to the west

7    lawn -- west entrance.

8    Q.  Did some of the officers also take out their batons?

9    A.  Yes.

10   Q.  And do you see what looks -- what do you see in the

11   lower left-hand corner?

12   A.  Bike racks.

13   Q.  Were bike racks used as barriers that day?

14   A.  Yes.

15            MS. ALOI:  Ms. Dunn-Gordon, can you please play

16   from minute 7 and stop at 7:17, which is approximately

17   1:57:22 p.m.

18            (Video playing)

19            MS. ALOI:  Thank you.

20   Q.  Lieutenant Hackerman, what is your platoon doing right

21   now?

22   A.  We are heading to the west front of the Capitol

23   Building.

24   Q.  Do you see signs on the fencing?

25   A.  I do.

```
 1   Q.  What do they say?

 2   A.  My eyes aren't that good anymore.  Could we zoom that

 3   in?

 4            MS. ALOI:  Why don't we rewind it and play it

 5   again.

 6   Q.  And maybe you can see it as it passes by just a few

 7   seconds before.

 8            (Video playing)

 9   Q.  Are you able to see what the sign says now?

10   A.  Not really.  I know it was something to the effect of

11   "access denied" or something to that effect.

12   Q.  Based on your observations that day on January 6th, did

13   you understand that these barriers that the sign is on were

14   marking where the area was closed?

15   A.  Yes.  Actually, it looks like it says "Area Closed."

16   Q.  And is there an officer in front of that sign that has

17   some yellow on their jacket?

18   A.  Yes.

19   Q.  Is there something strapped to the officer's legs?

20   A.  Yes.

21   Q.  What is strapped to the officer's legs?

22   A.  Those bags carry our gas masks.

23   Q.  Do you normally wear gas masks in the course of your

24   duties?

25   A.  No.
```

1          MS. ALOI:  Ms. Dunn-Gordon, could you please now

2     fast forward to minute 8 and play until 8:25.  And this is

3     at 1:58:30 p.m.

4              (Video playing)

5     Q.  Lieutenant Hackerman, is this roughly where you started

6     to observe a crowd at the Capitol on January 6th?

7     A.  Yes.

8     Q.  And was the crowd on the inside or the outside of the

9     barriers that had been set up?

10    A.  They were inside.

11    Q.  And as you approached the crowd, did people start

12    yelling at you?

13    A.  Yes.

14    Q.  Did we hear some of those things on the video?

15    A.  Yes.

16    Q.  What types of things did you hear that day?

17    A.  That we are oath breakers.  We're brothers.  They wanted

18    us to stand with them.  They yelled other things such --

19    derogatory things towards members of my platoon.

20          MS. ALOI:  Let's please fast forward to minute

21    9:20 and play from about 9:20 to 9:25, which is at 1:59:25.

22              (Video playing)

23    Q.  Lieutenant Hackerman, in this -- as your officers were

24    walking towards the Capitol, were they holding onto each

25    other?

1   A.  Yes.

2   Q.  Is that what we observe in this video here?

3   A.  Yes.

4   Q.  Why were they doing that?

5   A.  It's so we don't lose anyone in the crowd.

6   Q.  Is this something law enforcement is trained to do?

7   A.  Yes.

8   Q.  When law enforcement talks about lining up or getting in

9   a line, is this one of the things that's referring to?

10  A.  Yes, when going through a crowd.

11  Q.  Were you worried that day about what would happen if

12  anyone got separated from the group?

13  A.  Yes.

14  Q.  Why were you worried?

15  A.  It's a riot.  People can get seriously hurt when they

16  get pulled into a crowd.

17  Q.  Did any of your officers get injured that day?

18  A.  Yes.

19  Q.  Did any of those injuries happen after they had gotten

20  separated from the group?

21  A.  Yes.

22          MS. ALOI:  Okay.  Let's please keep watching and

23  stop at minute 9:45, which is as 1:59:50 p.m.

24          (Video playing)

25  Q.  Lieutenant Hackerman, did we just observe CDU 42 walking

1     some part of the way towards the Capitol?

2     A.  Yes.

3     Q.  During that time, were there people who did move out of

4     your way?

5     A.  Yes.

6     Q.  Okay.

7          MS. ALOI:  Now, please keep playing and stop at

8     10:15, which is at 2:00:00 p.m.

9          (Video playing)

10    Q.  Lieutenant Hackerman, what did we just observe happening

11    to the officers?

12    A.  As we made our way towards the west entrance, we were

13    trying to get through the crowd.  That's when -- when we got

14    to this point, the crowd actually turned on us, turned

15    around and began attacking us, surrounding us, and actually

16    separating some of my platoon from the rest of the platoon.

17    Q.  And at this point is the platoon's goal to just walk

18    across the grounds?

19    A.  Yes.

20    Q.  And get to where?

21    A.  To the west entrance.

22    Q.  Okay.  And why can't you see clearly what's going on on

23    the camera?

24    A.  Because the officer was in an active fight.

25    Q.  And could you just remind the jury where the cameras are

1    mounted.

2    A.  Right on their chest.

3    Q.  So when there is a fight or some sort of skirmish, do

4    people get too close to the camera to see what's going on --

5    A.  Yes.

6    Q.  -- because of where it is mounted?  Okay.

7            And when that happens, is there a code that law

8    enforcement uses to communicate with each other?

9    A.  Yes.

10   Q.  What is it?

11   A.  We use the code 1033.

12   Q.  Do you recall yelling 1033 around the time of this

13   incident?

14   A.  Yes.

15   Q.  And why do you yell 1033?

16   A.  The officer needs assistance, immediate assistance.

17   It's an emergency.

18   Q.  And who are you speaking to when you yell that?

19   A.  All the other units on the radio channel that we're on

20   in the field.

21   Q.  As well as the people with you?

22   A.  Yes.

23            MS. ALOI:  Ms. Dunn-Gordon, can you please

24   continue playing until 10:50, which is at 2:00 and 55

25   seconds.

1                    (Video playing)

2                    MS. ALOI:  Ms. Dunn-Gordon, can you actually pause

3        it there for a moment.

4        Q.  Lieutenant Hackerman, what is that white object behind

5        the crowd here?

6        A.  That's the scaffolding on the north side of the west

7        entrance.

8                    MS. ALOI:  Okay.  Please continue playing.

9                    (Video playing)

10       Q.  Okay.  So I think you told us a few moments ago that

11       around this point in time you recall some of your officers

12       being surrounded by the crowd; is that right?

13       A.  Yes.

14       Q.  And that some folks had been separated; is that right?

15       A.  Yes.

16       Q.  Did some of the officers who were separated make it to

17       the Capitol?

18       A.  Yes.

19       Q.  I now want to turn your attention to Exhibit 605, Clip

20       5.

21                    MS. ALOI:  And Ms. Dunn-Gordon, if you could

22       please publish that to the jury and play it.

23                    (Clip playing)

24       Q.  Lieutenant Hackerman, whose voice just reported on the

25       radio that "They're surrounded on the inside.  Where do you

1    need us?"

2    A.   That was Sergeant Joe Austin.

3    Q.   Why was your sergeant responding?

4    A.   Because he could hear the radio and trying to get

5    additional units to assist us because at that time I was a

6    little busy.

7    Q.   What were you busy doing?

8    A.   I had to figure out another plan or what the plan is

9    going to be to keep my officers safe and how to get to the

10   west front, as well as I'm checking on my officers and -- as

11   well as myself keeping people back.

12   Q.   At this point were members of your platoon also

13   assisting an injured officer?

14   A.   Yes.

15   Q.   And the scaffolding that we saw in the body-worn camera,

16   is that what they're referring to when you hear on the radio

17   "they breached the scaffold"?

18   A.   Yes.

19   Q.   Okay.

20          MS. ALOI:   Let's please turn back to Exhibit 201,

21   which is Officer Hodges's body-worn camera, and resume

22   playing to minute 11:25.   And I think we had stopped at

23   10:50.

24          (Video playing)

25   Q.   Lieutenant Hackerman, do you hear one of the rioters

1    yelling something about an oath?

2    A.  Yes.

3    Q.  Do you remember hearing that?

4    A.  Yes.

5    Q.  What did it mean to you when you heard that?

6              MR. ROLLINS:  Objection.

7              THE COURT:  Overruled.

8    A.  To me, it means that we swore an oath to the

9    Constitution that I guess he feels we're breaking and not

10   upholding it.

11   Q.  Did it change your focus at all on your mission that

12   day?

13   A.  Yes.

14   Q.  And what is this person wearing?

15   A.  He appears to be wearing a ballistic carrier and, you

16   know, has some type of hard-knuckled gloves on.

17   Q.  Why would somebody wear -- how do you describe it? -- a

18   ballistic barrier?

19   A.  A ballistic carrier.

20   Q.  Carrier.

21   A.  It carries usually ballistic panels.  It can be soft

22   body armor, hard body armor.

23   Q.  Why do people wear gear like that, based on your

24   experience in law enforcement?

25   A.  Usually you're expecting conflict.

1   Q.  And you said he was wearing gloves.  Was it cold outside

2   that day?

3   A.  It was.

4   Q.  Do people wear gloves like that for warmth?

5   A.  I don't -- no.  No.  I would say no.

6   Q.  Why do you say no?

7   A.  Those type of gloves are relatively thin.  And, I mean,

8   he has the fingers cut off them as well so I'm sure he's not

9   experiencing much warmth.

10  Q.  What are those types of gloves used for?

11  A.  Usually -- so they're thinner gloves, which allows you

12  to manipulate weapons or equipment.  Military will use them.

13  So it acts as a protective layer so you don't get a lot of

14  dirt or cuts, if you're going over barriers or anything like

15  that, but it also allows you to have full dexterity of your

16  equipment.

17  Q.  Can you buy this type of gear online?

18  A.  Yes.

19  Q.  Did you hear a lot of comments like the ones this person

20  is making at this point in the day?

21  A.  Yes.

22  Q.  Are people also taking videos and photos?

23  A.  Yes.

24  Q.  You can see -- does he have his camera out?

25  A.  Yes.

1    Q.  Does he have a phone out himself?

2    A.  Yes, he does.

3             MS. ALOI:  Ms. Dunn-Gordon, please continue

4    playing until 11:50, which is at 2:01:55 p.m.

5             (Video playing)

6             MS. ALOI:  Thank you.

7    Q.  Did you hear an officer yelling "make way" on the video?

8    A.  Yes.

9    Q.  What is going on here?

10   A.  What happened was we attempted a second push to get to

11   the west front, and, again, an officer got separated as we

12   tried, and the crowd surrounded us and wouldn't let us go

13   through and began attacking us again, to the point where

14   they were squeezing us like all together.  It actually got

15   difficult to breathe at that part.

16   Q.  Do the officers of CDU 42 have their batons out?

17   A.  Yes.

18   Q.  Are you trained in how to use them?

19   A.  Yes.

20   Q.  Do you learn how to use them offensively?

21   A.  Yes.

22   Q.  Can you also use them defensively?

23   A.  Yes.

24   Q.  Can you tell from the camera what the position we see

25   here is called?

1    A.  It's a tactical position called port arms.

2    Q.  Could you please stand for the jury and show them what

3    port arms is.

4    A.  You hold one hand on your baton up here; the other hand

5    down here.  And it allows you to maneuver both offensively

6    and defensively.

7    Q.  Thank you.

8            And at this point, are the officers of CDU 42

9    using port arms as a means to try to make their way through

10   the crowd?

11   A.  Yes.

12           MS. ALOI:  Ms. Dunn-Gordon, please play until

13   12:10, which is at 2:02:16 p.m.

14           (Video playing)

15   Q.  Lieutenant Hackerman, do you recall the incident that

16   just occurred?

17   A.  Yes.

18   Q.  Is your platoon trying to move forward still?

19   A.  Yes.

20   Q.  And were you yelling while this was happening for the

21   crowd to get back?

22   A.  Yes.

23   Q.  Do you see there space around the officers?

24   A.  Yes.

25   Q.  Does that suggest to you that the crowd, at least, had

1    room to maneuver?

2    A.  Yes.

3           MS. ALOI:  Please continue playing to 13:07 and

4    pause on that frame, which is at 2:03:12.

5           (Video playing)

6           MS. ALOI:  Thank you.

7    Q.  Do you see an American flag in that photo directly

8    behind the shoulder of the man in the brown jacket?

9    A.  Yes.

10   Q.  Is there a person wearing a gas mask directly adjacent

11   to that flag?

12   A.  Yes.

13   Q.  Can you see the outlines of a blue backpack strap?

14   A.  Yes.

15   Q.  Could you please just take your finger and circle it for

16   the jury.

17   A.  (Witness complies)

18   Q.  Now, what time is it?

19   A.  It is exactly 2:03 p.m.

20   Q.  And where were the officers in relation to the man with

21   the blue backpack strap?

22   A.  We would be directly north of him because we were

23   heading south on the west lawn to get to the west entrance.

24   Q.  When you say "north," you just mean is he in front of

25   you?

```
1    A.  Yes, he's in front of us.

2    Q.  Is he standing between the officers and the terrace

3    where you were headed?

4    A.  Yes.

5    Q.  Do you have any specific memory of this person from

6    January 6th?

7    A.  No.

8    Q.  Now, what did we see immediately before this?

9    A.  We saw another skirmish between the crowd and my

10   platoon.

11   Q.  Okay.  And was anybody helping your platoon at that

12   time?

13   A.  No.

14   Q.  Were people moving out of your way?

15   A.  No.

16   Q.  And how far would you estimate that that fight with the

17   rioters or the crowd was from where the man with the blue

18   backpack is standing?

19   A.  From where we are right now --

20   Q.  Uh-huh.

21   A.  -- to there?  Probably maybe five yards.

22   Q.  Okay.

23            MS. ALOI:  Ms. Dunn-Gordon, can you please advance

24   to minute 3:15 and stop.  That's at 2:03:20 p.m.

25            (Video playing)
```

1           MS. ALOI:  Oh, I'm sorry, please pause.

2               (To the witness) Could you please clear the

3     screen.  Thank you.

4               Okay.

5               (Video playing)

6     Q.  Lieutenant Hackerman, do you see a metal rack in that

7     screen?

8     A.  Yes.

9     Q.  Were those the types of racks that were used as

10    barriers?

11    A.  Yes.

12    Q.  Is the mob moving it?

13    A.  Yes.

14    Q.  Is it moving it right adjacent to where we had just

15    observed the man with the blue backpack?

16    A.  Yes.

17           MS. ALOI:  Okay.  Please keep playing and stop at

18    13:32, which is at 2:03:37.

19               (Video playing)

20    Q.  Have you -- has CDU 42 advanced at all in the few

21    seconds we just saw?

22    A.  No.

23    Q.  And now, for the first time, are we seeing haze in the

24    screen?

25    A.  Yes.

1    Q.  Are you familiar with that haze from your time in the

2    military?

3    A.  Yes.

4    Q.  What is it?

5    A.  It's a red smoke grenade, or whatever they used.

6    Q.  Did the MPD deploy it?

7    A.  No.

8    Q.  Did the Capitol Police deploy it?

9    A.  Not that I'm aware.

10   Q.  Does smoke like that come in different colors?

11   A.  Yes.

12   Q.  Does red have any significance to you?

13   A.  Yes.

14   Q.  What is that?

15   A.  It's a -- we use it as a signal or a marker to let

16   people know that it's a danger area or enemies are in the

17   area.

18   Q.  On January 6th did you think the red smoke was meant to

19   identify where your officers were?

20   A.  I believe so.

21   Q.  How did that make you feel?

22   A.  I'll tell you it's an unnerving feeling, kind of like

23   when you get that sense all over you and kind of just like

24   tingle.

25   Q.  Did things get more dangerous for the officers from that

1    point forward?

2    A.  Yes.

3            MS. ALOI:  Okay.  Please play and stop at 13:49,

4    which is at 2:03:54.

5            (Video playing)

6    Q.  Did you hear an officer just say "let's go"?

7    A.  Yes.

8    Q.  Okay.  Do you remember that moment in time?

9    A.  Yes.

10   Q.  Why?

11   A.  Because I gave that order.

12   Q.  Okay.  And what was the order?

13   A.  We've got to move forward.  After that skirmish, I was

14   able to make my way up a little bit to the front, and I

15   could see that we had about 20 yards to go to get to the

16   west front where there was another line set up by Capitol

17   Police.

18   Q.  Okay.

19           MS. ALOI:  And Ms. Dunn-Gordon, I think it hasn't

20   stopped at quite the precise moment.  Would you mind

21   rewinding it and stopping it again within 13:49 but keep

22   your eye out for a stick.

23           (Video playing)

24           MS. ALOI:  I think we want to rewind a bit here.

25           (Video playing)

1          MS. ALOI:  Okay.  We'll stop for a moment.

2    Q.  Do you see the man with the blue backpack here?

3    A.  Yes.

4    Q.  Is he still directly in front of the officers?

5    A.  Yes.

6    Q.  What is he holding in his hand?

7    A.  A stick.

8    Q.  How is he holding the stick?

9    A.  Holding it down in front of him.

10   Q.  Okay.  And I think shortly before this you said you gave

11   your officers a command; is that right?

12   A.  Yes.

13   Q.  Did you shout it?

14   A.  Yes.

15   Q.  And could you please remind the jury what it was.

16   A.  "Let's go."

17   Q.  And you were going forward.

18   A.  Yes.

19   Q.  Is this man with the gas mask directly in the officer's

20   path?

21   A.  Yes.

22          MS. ALOI:  Okay.  Ms. Dunn-Gordon, please continue

23   playing and stop at 13:55, which is at 14:03:59, or 2:03:59.

24          (Video playing)

25   Q.  Lieutenant Hackerman, what did you just see the man with

1    the blue backpack do?

2    A.  It looks like he stood there and didn't get out of our

3    way.

4    Q.  Did he pick up the stick as you were going by?

5    A.  Yes.

6    Q.  Did he block the officer's path?

7    A.  Yes.

8    Q.  And could he have moved out of your way?

9    A.  Yes.

10   Q.  I'm going to go back and look more closely at what we

11   just saw in that interaction, but before we do, what's

12   happening right here with the metal rack?

13   A.  It looks like it's being dismantled.  Yes, it looks like

14   it's being dismantled.

15   Q.  Is there any -- can you point out who was dismantling

16   it?

17   A.  The gentleman here looks like he has a brown jacket on

18   with some type of baseball helmet, white baseball helmet.

19   Q.  What color?  What color is that helmet?

20   A.  White.

21   Q.  Now, are you familiar with what the pieces of the rack

22   were used to do later that day?

23   A.  Yes.

24   Q.  What is it?

25   A.  They used them to assault us, strike us, throw them at

1   us.

2   Q.  And what is the person with the baseball helmet holding

3   in his hand?

4   A.  It looks like he has part of the rack and then some type

5   of tool, possibly a screwdriver to take it apart.

6   Q.  Okay.  Now, let's go back and revisit the moment in

7   which the officers pass the gentleman with the stick.  I

8   want to show you what's been marked as Exhibit 201A.

9           MS. ALOI:  And if we could please pull that up and

10  publish it to the jury.

11  Q.  Now, are these screenshots from Officer Hodges's body-

12  worn camera?

13  A.  Yes.

14  Q.  That's the same body-worn camera that we've been

15  watching?

16  A.  Yes.

17  Q.  And do you see the man in the gas mask and blue backpack

18  in that screenshot?

19  A.  Yes.

20  Q.  And do you also see the rack -- do you see a rack also?

21  A.  I do.

22  Q.  Is it just behind his head?

23  A.  Yes; right off to the left, yes.

24  Q.  Is that the rack that was being dismantled --

25  A.  Yes.

1    Q.  -- and weaponized?

2    A.  Yes.

3    Q.  Can you please circle for the jury the man in the blue

4    backpack and gas mask.

5    A.  (Witness complies)

6    Q.  Okay.  And do you also see the red haze in this?

7    A.  Yes.

8    Q.  Okay.

9             MS. ALOI:  Please advance to Exhibit 201B.

10   Q.  What time is that?

11   A.  This is at 2:03 p.m.

12   Q.  Is this moment after you gave the let's go forward

13   command?

14   A.  Yes.

15   Q.  And do you see the man with the backpack and the gas

16   mask?

17   A.  Yes.

18   Q.  Is he directly in front of the officers trying to get

19   through?

20   A.  Yes.

21   Q.  And what is that metal thing in the foreground?  Is that

22   one of your officers?  What is the big metal thing in the

23   middle of the screen in the foreground?

24   A.  That's our riot baton.

25   Q.  And is it being held by one of your officers?

```
1    A.  Yes.

2    Q.  Is that his arm on the left side of the screen?

3    A.  Yes.

4    Q.  Okay.  And is the person with the backpack and the gas

5    mask holding the stick?

6    A.  Yes.

7    Q.  In front of them?

8    A.  Yes.

9    Q.  Are they holding it in front of them?

10   A.  Yes.

11   Q.  Okay.  Is the person -- is the officer with the baton

12   holding it in port arms?

13   A.  Yes.

14          MS. ALOI:  Could you please advance to the next

15   slide.

16   Q.  Is this just a moment later?

17   A.  Yes.

18   Q.  How is the man in the gas mask holding the stick?

19   A.  It looks like he's brought the stick up and is pretty

20   much at port arms.

21   Q.  And could you just remind the jury, is port arms a way

22   to hold a baton offensively?

23   A.  Yes.

24   Q.  And has he moved in any way or gotten out of the way in

25   any way?
```

```
 1    A.  No.

 2    Q.  Okay.  Does he have room to move?

 3    A.  Yes.

 4    Q.  Can you see it in this photo?

 5    A.  Yes.

 6    Q.  And has he made contact at this point with the officers?

 7    A.  At this point, no.

 8    Q.  I now want to show you what's been marked as Exhibit

 9    201D.

10         MS. ALOI:  And I'd publish it to the jury.

11    Q.  What do you observe in this photo?

12    A.  I observe the man with the gas mask and the blue

13    backpack with the stick holding at what exactly appears to

14    be port arms directly in front of my officer.

15    Q.  Is he blocking your path?

16    A.  Yes.

17    Q.  Is he blocking that officer's path?

18    A.  Yes.

19         MS. ALOI:  And now please let's turn to Exhibit

20    201E.

21    Q.  How close did the man with the backpack get to your

22    officers that day?

23    A.  He's making contact with them.

24         MS. ALOI:  Let's shift gears a bit and turn to

25    Exhibit 105.  Please do not publish it to the jury yet.
```

1          Please pause.

2    Q.  Lieutenant Hackerman, have you seen Exhibit 105 before?

3    A.  Yes.

4    Q.  Is it a slow motion video of the same incident with the

5    man in the gas mask that we just observed on body-worn

6    camera?

7    A.  Yes.

8    Q.  So the same moment but from a slightly different angle?

9    A.  Yes.

10   Q.  And is the video consistent with what you remember on

11   January 6th?

12   A.  Yes.

13   Q.  And what you observed on the body-worn camera?

14   A.  Yes.

15          MS. ALOI:  I move to admit Exhibit 105.

16          MS. WAGNER:  No objection.

17          THE COURT:  So moved.

18   Q.  Now, is this video in slow motion?

19   A.  Yes.

20   Q.  Does that mean it sounds a little bit funny?

21   A.  Yes.

22   Q.  Okay.

23          MS. ALOI:  Ms. Dunn-Gordon, can you please play

24   the video and stop at 0.15 seconds in.

25          (Video playing)

1    Q.  Lieutenant Hackerman, do you see the stick in that view?

2    A.  Yes.

3    Q.  Could you please circle it for the jury to orient them.

4    A.  (Witness complies)

5    Q.  Okay.  Is that a CDU 42 officer right in front of the

6    stick?

7    A.  Yes.

8    Q.  Okay.  Could you please clear the screen.

9            MS. ALOI:  And then, Ms. Dunn-Gordon, please play

10   it and stop at 3:19.

11           (Video playing)

12   Q.  Do you see the man in the blue backpack?

13   A.  Yes.

14   Q.  What just happened?

15   A.  He just stood in front of my officers as we advanced

16   forward making contact with them.

17           MS. ALOI:  Could you please play until 21, .21.

18           (Video playing)

19   Q.  Lieutenant Hackerman, do you see yourself in the frame

20   now?

21   A.  Yes.

22   Q.  Could you please describe yourself.

23   A.  I'm wearing a yellow and black jacket.  It has the gold

24   badge, surgical mask with my face mask down, and you can see

25   my white shirt a little bit, too, under the jacket.

1      Q.   Thank you.

2               MS. ALOI:   Could you please continue playing and

3      stop at around -- just at the end, before it goes to the

4      next -- before it turns off.

5               (Video playing)

6      Q.   Lieutenant Hackerman, do you see the same person who was

7      taking apart the rack in the body-worn camera?

8      A.   Yes.

9      Q.   How can you tell?

10     A.   He has the white baseball hat on and the same jacket.

11     Q.   Okay.   I now want to show you what's been marked as

12     Exhibit 105A.

13              MS. ALOI:   Please do not publish it to the jury

14     yet.

15     Q.   Is Exhibit 105A screenshots from the slow motion video

16     that we saw?

17     A.   Yes.

18              MS. ALOI:   I'd move to admit 105A.

19              MS. WAGNER:   No objection.

20              THE COURT:   So moved.

21              MS. ALOI:   Ms. Dunn-Gordon, could you please

22     publish the exhibit to the jury, and flip through the slides

23     and stop at Slide 10.

24              (Pause)

25     Q.   Lieutenant Hackerman, is that Officer Hodges in the

1    frame?

2    A.  Yes.

3    Q.  Do you see a black rectangle directly underneath him or

4    directly on his chest?

5    A.  Yes.

6    Q.  What is that?

7    A.  That's his body-worn camera.

8    Q.  So that's the camera angle of the video we saw on the

9    body-worn camera --

10   A.  Yes.

11   Q.  -- a few moments ago?

12              And is the person with the stick right in front of

13   him?

14   A.  Yes.

15   Q.  Are they touching yet in this frame?

16   A.  No.

17   Q.  Okay.

18              MS. ALOI:  Please continue going through the

19   slides.  I'll tell you when to stop.

20              (Pause)

21              MS. ALOI:  Please stop there.

22   Q.  Who is the officer who has just come into view in front

23   of the man with the gas mask?

24   A.  That is Officer Wilhoit.

25   Q.  Is the stick -- I'm sorry.  Is the person in the gas

1    mask with the stick blocking Officer Wilhoit's path?

2    A.  Yes.

3          MS. ALOI:  Ms. Dunn-Gordon, could you please do a

4    couple more slides, and then we're going to pause for a

5    moment.

6          (Pause)

7          MS. ALOI:  Okay.  Let's stop there.

8    Q.  I now want to show you what has been admitted as

9    Exhibit 200C.

10         MS. ALOI:  And we can publish that to the jury

11   because it's already been admitted.

12   Q.  Is this a screenshot from Officer Wilhoit's body-worn

13   camera?

14   A.  Yes.

15   Q.  Is it from approximately that same moment in time we

16   just saw?

17   A.  Yes.

18   Q.  And how is the stick in that view being held?

19   A.  It appears to be the port arms again.

20         MS. ALOI:  Ms. Dunn-Gordon, can you please go back

21   to Exhibit 105, Slide 27, roughly Slide 27.  And please

22   continue moving through the rest of the slides.

23         (Pause)

24   Q.  Lieutenant Hackerman, do you see yourself coming into

25   that frame?

```
 1    A.  Yes.
 2                 (Video playing)
 3                 MS. ALOI:  We can stop there.  Thank you.
 4    Q.  Lieutenant Hackerman, at any point in time did you
 5    observe the person with the gas mask and the blue backpack
 6    move out of your way?
 7    A.  No.
 8    Q.  Or help the other officers?
 9    A.  No.
10    Q.  Now, after CDU 42's interaction with the person with the
11    gas mask and stick, did the officers continue trying to make
12    their way to the terrace where the Capitol Police line was?
13    A.  Yes.
14                 MS. ALOI:  Ms. Dunn-Gordon, can you please now
15    turn back to Exhibit 201, the body-worn camera.
16    Q.  I think this is the moment where we saw -- is that the
17    moment where we see the person dismantling the rack?
18    A.  Yes.
19    Q.  So this is right after the incident?
20    A.  Yes.
21    Q.  Okay.
22                 MS. ALOI:  You can play from here, please.
23                 (Video playing)
24    Q.  Lieutenant Hackerman, what is directly behind the
25    officers in this line of view here?
```

1    A.  More officers, and you probably see some people in the

2    background.

3    Q.  What's the building?

4    A.  That's the Capitol Building.

5    Q.  That's the Capitol Building.  And where are you on the

6    Capitol grounds right now?

7    A.  We just got to the west entrance.

8    Q.  Okay.  So is --

9    A.  West terrace.

10   Q.  Is this the moment where you reached the police line?

11   A.  Yes.

12   Q.  What did you think when you got there?

13   A.  Definitely happy to be there.  Really what I thought is

14   I needed to get a head count of all my officers, make sure I

15   had everybody and assess what their injuries were, if they

16   were injured, and what our status was for the events to

17   come.

18   Q.  And as you moved from Point A to Point B here in what we

19   just observed, are the officers yelling "make way"?

20   A.  Yes.

21   Q.  Is it clear what you were doing?

22   A.  Yes.

23   Q.  And let's go back to Exhibit 605A, Clip 6.

24            MS. ALOI:  Please play it for the jury.

25            (Clip playing)

1    Q.  Now, what does it mean to get deconned?

2    A.  It means like wash yourself off of the contaminant

3    you've been exposed to.

4    Q.  Was that you on the radio?

5    A.  Yes.

6    Q.  Why are you saying that you need to get your guys

7    deconned?

8    A.  On our way up to the line and that last push where we

9    made it, we took a lot of -- some type of chemical spray.

10   It was an irritant, I know that.  I would probably say some

11   type of Mace or OC spray.

12   Q.  And to decon, is this something you could do with water?

13   A.  Yes.

14   Q.  From a water bottle?

15   A.  Yes.

16   Q.  I now want to draw your attention to Exhibit 605,

17   Clip 7.

18          (Clip playing)

19   Q.  Now, you were on the west side.

20   A.  Yes.

21   Q.  And did you hear the radio that day?

22   A.  Yes.

23   Q.  Did you learn there had been a breach on the east side?

24   A.  Yes.

25   Q.  Do you know precisely the nature of that breach?

1    A.  No.

2    Q.  Okay.  And what time was that roughly?

3    A.  Did it say 2:13 hours p.m.?

4    Q.  So 2:13?

5    A.  Yes.

6    Q.  All right.  I now want to draw your attention to

7    Exhibit 605A, Clip 8.

8               (Clip playing)

9    Q.  What is the north scaffold?

10   A.  That was what we saw when we were coming in.  You could

11   see it off to our left.  That was the white structure that

12   was in the back.

13   Q.  And did this radio transmission happen shortly after the

14   one that we heard a moment ago that was at 2:13?

15   A.  Yes.

16   Q.  And what did CDU 42 do after the Capitol was breached

17   and the north Capitol was taken by the rioters?

18   A.  We ended up retreating back to form another line inside

19   the Capitol --

20   Q.  Was that --

21   A.  -- and around the top terrace as well.

22   Q.  And around the top terrace?

23   A.  Yes.

24   Q.  Was that a tactical decision?

25   A.  Yes.

1    Q.  What was one of the reasons why that tactical decision

2    had been made?

3    A.  The line had been breached.  We'd been overtaken.  We

4    had too many injuries, and we just couldn't hold the line.

5    There was just too many people coming towards us and

6    advancing.

7    Q.  Were you vastly outnumbered?

8    A.  Yes.

9              MS. ALOI:  Nothing further.

10             THE COURT:  Ladies and gentlemen, feel free to

11   get up and stretch, if you'd like, while we wait for

12   Mr. Rollins.

13             MR. ROLLINS:  May I proceed?

14             THE COURT:  You may.

15                        CROSS-EXAMINATION

16   BY MR. ROLLINS:

17   Q.  Good morning, Officer.

18   A.  Good morning, sir.

19   Q.  When we -- you said that when you see that red smoke

20   that gave you alarm, right?

21   A.  Yes, sir.

22   Q.  And that's because you've been in situations where that

23   means they're basically trying to identify you, right?

24   A.  Yes.

25   Q.  Okay.  And so at that point that you saw the red smoke,

1    it was at that point that you said "let's go" because there

2    was some urgency there?

3    A.  It was within those moments.

4    Q.  Right.  I mean, the red smoke comes, and then you say

5    immediately "let's go."

6    A.  It was around the same time frame, yes.

7    Q.  And at that point you're telling the officers, your

8    fellow officers, to kind of push through that crowd

9    basically at any -- because you're alarmed at that point,

10   right?

11   A.  That, and we were being attacked.

12   Q.  Well, you'd been attacked even prior to the red smoke.

13   I mean, there was almost hand-to-hand combat that some of

14   your officers were having, right?

15   A.  Yes.

16   Q.  But once that red smoke came, you then made sure the

17   officers pushed right through that crowd, and there was no

18   stopping at that point.  I mean, you weren't going to engage

19   with anyone?

20   A.  Can you clarify a little bit on that?

21   Q.  Well, you'd been trying to push through that crowd.  I

22   mean, you were pushing through the crowd for a few minutes.

23   Some of your officers engaged in I can see literally hand-

24   to-hand -- there was combat that you were having with those

25   individuals and then the red smoke coming.

```
 1          And at that point you tell the officers "let's
 2   go."  There was almost like no stopping.  You just went
 3   straight through the crowd at that point?
 4   A.  Yes.
 5   Q.  Okay.
 6          MR. ROLLINS:  And can you pull up Exhibit 201 at
 7   13:51.
 8          (Video playing)
 9          MR. ROLLINS:  Stop it there.  If you'll pull it
10   back just a little bit.
11          (Video playing)
12          MR. ROLLINS:  Okay.  Stop right there.
13   Q.  So what we're looking at -- I think that is 13:51 on
14   Government's Exhibit 201 -- there's an individual -- you
15   have the gentleman with the stick, and then you have an
16   individual right behind him, correct?  Another person with a
17   gas mask.  Another person with a gas mask.
18   A.  Yes.
19   Q.  And then there's an individual right in front of him
20   with a gas mask, correct?
21   A.  Yes.
22   Q.  All right.  So your officers -- I know we watched it
23   at slow speed, fast speed, but your officers -- I mean,
24   this is all one central moment.  We can reflect today, but
25   those officers, especially the one holding the baton, he was
```

1    not -- he didn't engage with the individual with the stick,

2    correct?

3    A.  He did -- what do you mean by "engage"?

4    Q.  Well, in other words, did the individual with the stick

5    come at him, or was he going -- moving forward towards him?

6    A.  The officer was moving in the direction of that -- of

7    the individual.

8    Q.  Okay.  So the individual with the stick was not moving

9    in his direction as an aggressor, correct?

10   A.  He does not appear so, no.

11   Q.  Okay.  And we can see --

12          MR. ROLLINS:  If you can play through -- let's go

13   through 13:50 -- I mean, 14:05.

14          (Video playing)

15          MR. ROLLINS:  Stop there.

16   Q.  At that point, what we just witnessed, there was another

17   altercation with the officers, right?  I mean, somebody with

18   that -- with the bicycle rack?

19   A.  Yes.  Yes.

20   Q.  Okay.  And they had to stop at that point because

21   another individual was engaging with them, correct?

22   A.  I think it was more of the obstacle is why we had to --

23   Q.  The obstacle stopped them?

24   A.  Yes.

25   Q.  Okay.  But the individual with the stick had already --

1    he had passed.  There was no more interaction with him,

2    correct?

3    A.  Not that I'm aware of, no.

4    Q.  Okay.  And it's not something that -- I mean, you can

5    reflect today looking at the video, but it's not something

6    that stood out in your mind at the time, the individual with

7    the stick, correct?

8    A.  That's correct.

9    Q.  As opposed to the gentleman that you saw at first with

10   the camouflage jacket.  That individual was engaging with

11   you, correct, or engaging with your officers?

12   A.  He was, yes.

13   Q.  And just going back to when you said "let's go," I mean,

14   that is directing your officers.  You assume most of them

15   could hear that, right?

16   A.  Yes.

17   Q.  Because you're yelling it.  But everything around

18   there, people -- it was loud, and it's fair to say that

19   probably other people in the crowd couldn't hear your voice?

20   A.  Yes.

21   Q.  And some of the people that were out there -- and I know

22   you tried to draw this distinction between a riot and a

23   protest, and you made the distinction that riots generally

24   are violent and protests are peaceful, right?

25   A.  Yes.

1    Q.  And the riot generally is when somebody is being

2    aggressive towards the police and coming at them, correct?

3    That's what you would more describe it as, a riot?

4    A.  It does have varying degrees, but yes.

5    Q.  Okay.  You also talked about this port arm stick.  I

6    always see these officers with batons.  And they're called

7    "batons," but they're almost like sticks, but they're not

8    long.  Why wouldn't they make a baton long like a stick?

9    A.  I'm not understanding.

10   Q.  I guess it's -- is it because batons have a -- if it's

11   shorter, you have a more tactical position?  You can use a

12   baton in a tactical way as opposed to a long stick?

13           I'm just trying to figure out why officers don't

14   use -- they use these short batons rather than long sticks.

15   A.  Those batons, they're all extended.  We have extendible

16   batons for a civil disturbance.

17   Q.  But they don't reach down to like a -- you can't walk

18   with them, right, with a baton?

19   A.  I mean, yes, you could.

20   Q.  Oh, you could?

21   A.  Yes.  It's fairly long, when extended.  When it's

22   collapsed, you wouldn't be able to do that.

23           MR. ROLLINS:  Could you bring up Government's 105.

24           (Video playing)

25           MR. ROLLINS:  Right there.  Could you stop right

1      there.

2      Q.  At that point, you see where the individual with the

3      stick is, right?  He's not -- the officer that was in front,

4      he's not directly confronting him, the officer in front.

5      Correct?

6                He's not -- they're not face to face.

7      A.  I mean, they're -- yes, he might be an inch off to his

8      left, the officer's left.

9      Q.  Okay.  So -- okay.

10               MR. ROLLINS:  If you can keep playing.

11               (Video playing)

12               MR. ROLLINS:  And you can stop.

13     Q.  The second officer, the African-American officer that we

14     saw, did he ever get face to face in that video as well with

15     the individual with the stick?

16     A.  Could I see it one more time?

17               (Video playing)

18     A.  I mean, I would say yes.  It looked like they were

19     facing each other.  I would say it's face to face.

20     Q.  But the African-American officer's also just trying to

21     go through as well, right?  I mean, they're not having a

22     direct confrontation with each other.

23     A.  No.  No.  Just trying to get through, yes.

24     Q.  Okay.  And also fair to say that the individual -- and

25     I'm going to stop calling him an individual.

1      Mr. Robertson, who is holding this stick, never

2  extends it out, correct?  He never extends his arms out,

3  correct?

4  A.  Correct.

5  Q.  Right.  In all the videos you saw, you never saw -- he

6  never extends his arms out, and he's using the stick in an

7  aggressive manner.  Is that fair to say?

8  A.  Yes.

9  Q.  And I know you said this earlier, but you've taken the

10 position that we can see the crowd of people there.  Was

11 it -- well -- was it people -- could you freely walk around

12 in that crowd, or was it like really packed?

13 A.  Some pockets were extremely packed, and then areas where

14 it wasn't.

15 Q.  When you said "let's go," what was that area like?  Was

16 it packed congested with people, or it was people were free

17 to move throughout?

18 A.  Directly around us was packed, and then once we were

19 able to break through, it kind of opened up a little bit

20 more to allow more free movement.  You could see in the

21 video where we were actually able to make some steps without

22 actually touching people.

23 Q.  Right.  And you could see that in -- Mr. Robertson had

24 people in the left and people to the right and people in the

25 back.  Could you see that in the video?

1    A.   There were people around him, yes.

2    Q.   And I guess fair to say, because this doesn't stand out,

3    but you don't remember Mr. Robertson saying anything or

4    anything to that extent?

5    A.   No, I don't.

6    Q.   And absent holding this stick, you didn't see him throw

7    anything or do anything else other than what we just saw in

8    that video.  Correct?

9    A.   That is correct.

10   Q.   If an officer feels as though he's being assaulted, can

11   he strike back?

12   A.   Yes.

13   Q.   And I saw some -- in some of those clips that we just

14   saw, some of the officers did strike back, right?  I mean,

15   self-defense.

16   A.   Yes.

17   Q.   Okay.  And I guess lastly, Mr. Robertson, did you see

18   him wearing any armor?

19   A.   No.

20   Q.   Any helmet or gloves?

21   A.   No.

22   Q.   Padding or anything that looked like he was -- like that

23   other gentleman who had the -- anything that looked like he

24   was looking like that other gentleman that we saw in the

25   first clip with the, I guess, bullet-proof vest.  You didn't

1    see any of that on Mr. Robertson, correct?

2    A.  No, only the gas mask.

3    Q.  Yes, just the gas mask.

4            And Mr. Robertson wasn't the only one out there

5    with the gas masks obviously, right?  Correct?

6    A.  That is correct.  Other people had a gas mask.

7    Q.  And that's because -- I know you said that that red

8    chemical spray was being sprayed on you all, but, I mean,

9    fair to say the police were also spraying chemicals as well,

10   right?

11   A.  Oh, yes.

12   Q.  And that's not so unusual at protests.  Is protests -- I

13   mean, when you're at protests and you're trying to control

14   crowds at a protest, is chemical spray something that's

15   routinely used?

16   A.  So you're saying protests.  We don't really -- we

17   wouldn't do that for a protest.  It would be when something

18   has become a riotous act.  That is when we start using

19   chemical munitions.

20   Q.  Well, I guess recently, when you're trying to control

21   crowds -- I saw this recently in D.C., when they're trying

22   to control crowds, you may spray smoke bombs to try to move

23   people out of the way.  But you don't use that?

24           MS. ALOI:  Objection, irrelevant and beyond the

25   scope.

```
1              THE COURT:  Overruled.
2    Q.  You wouldn't use smoke bombs or something like that to
3    sort of disperse people to get them out of the way?
4    A.  Not smoke bombs.  We don't -- it would be like OC, if
5    you're talking about that.
6    Q.  Yes; OC, yes.
7    A.  In order to disperse a crowd -- if we have to disperse a
8    crowd, yes, we'll deploy munitions as such.
9    Q.  I mean, if the crowd is protesting unlawfully, you
10   could -- I mean, that would be something that would be done,
11   correct?
12              MS. ALOI:  Objection.  It calls for speculation.
13              (The following is a bench conference)
14              THE COURT:  Ms. Aloi.
15              MS. ALOI:  He's asking the witness to speculate.
16   The witness has already testified this was his second day
17   with the Civil Disturbance Unit, and he's asking him to
18   speculate on what happened at riots prior to this time that
19   are not relevant to this case.
20              THE COURT:  Well, it's no longer his second day.
21   He certainly has experience on crowd control.
22              The question is, why is it relevant and within the
23   scope, Mr. Rollins?
24              MR. ROLLINS:  It goes to just kind of the -- I
25   guess the -- why people may wear face masks to protests, and
```

1    that's the relevance, that there's other people --

2              THE COURT:  I'll allow that.  Just get in and get

3    out, okay?

4              MR. ROLLINS:  Thank you.

5              (This is the end of the bench conference)

6    BY MR. ROLLINS:

7    Q.  So if someone -- if you have crowds that are protesting

8    unlawfully -- you've been to protests.  That is a mechanism

9    that is used?

10   A.  When you say "unlawful protest," I'm kind of hung up

11   because we only use them for riots and criminal acts.  An

12   unlawful protest can just be they showed up without a

13   permit, and it wouldn't necessarily be we would want to move

14   them along using force.  It would just be something we

15   covered to ensure safety.

16             So if you're talking about riotous acts, yes, we

17   would deploy munitions to control crowds.  But unlawful

18   assembly, that isn't necessarily something we would use

19   unless it met the level of a crime.

20   Q.  And a riot, meaning that they would have to be doing

21   something violent, right?

22   A.  Yes.

23   Q.  And so it's clear that there were people out there doing

24   violent acts, which is why your department would use

25   chemical sprays?

```
 1    A.  Yes.

 2    Q.  Thank you.

 3              You also saw that the exhibit --

 4              MR. ROLLINS:  And I'll finally go back to 201 at

 5    13:54.

 6              (Video playing)

 7              MR. ROLLINS:  Okay.  Thank you.  That's it.

 8    BY MR. ROLLINS:

 9    Q.  The camera angle of that officer -- I mean, obviously

10    his camera is parallel so we can't see what the bottom of

11    Mr. Robertson's stick -- where it's at, right, because the

12    camera is only showing his front of what -- you can only see

13    the front of what that officer's doing because we can't see

14    the bottom of the stick.  Correct?

15    A.  Yes.

16    Q.  Okay.

17              MR. ROLLINS:  Okay.  I have no further questions.

18    Thank you.

19              THE COURT:  Ms. Aloi.

20              MS. ALOI:  Just briefly.  Let's keep that up on

21    the screen.  Right there.

22                        REDIRECT EXAMINATION

23    BY MS. ALOI:

24    Q.  Did you just pass -- did the officers just pass the

25    gentleman in the gas mask?
```

```
1    A.  Yes.

2    Q.  And is there a space directly behind him?

3    A.  Yes.

4    Q.  Could he have moved into that space?

5    A.  Yes.

6    Q.  Did you just yell "make way"?

7    A.  I think that was Officer Hodges.

8    Q.  Officer Hodges?

9    A.  Yes.

10   Q.  So one of the officers had just yelled "make way"?

11   A.  Yes.

12          MS. ALOI:  Ms. Dunn-Gordon, could you please go

13   back a few seconds and then continue playing it.

14          (Video playing)

15   Q.  As Officer Hodges yells "make way," what does the man in

16   the gas mask do?

17   A.  Stands directly in our path.

18   Q.  Does he pick up his stick?

19   A.  It appeared so.

20   Q.  Does he put it into port arms?

21   A.  It appeared so, yes.

22   Q.  Does he stand directly in front of the officers?

23          MR. ROLLINS:  Leading.

24          THE COURT:  Overruled.

25   Q.  Does he stand directly in front of the officers?
```

```
1    A.  Yes.

2    Q.  And is there space behind him where he could have moved?

3    A.  Yes.

4    Q.  And earlier, when we were watching the video, did you

5    observe the man in the blue backpack in a gas mask?

6    A.  In the earlier videos?

7    Q.  In the earlier views.

8    A.  Yes.

9    Q.  Did you observe him with a gas mask on before the red

10   haze hit?

11   A.  Yes.

12            MS. ALOI:  Nothing further.

13            THE COURT:  Okay.

14            All right.  Ladies and gentlemen, we're going to

15   take our morning ten-minute break.

16            Lieutenant Hackerman, thank you very much for your

17   testimony.  Don't discuss your testimony with anyone until

18   the end of the case.  You are excused, and have a great day.

19            All right.  We'll take about 15 minutes.  It is

20   10:45.  So let's be ready to go at 11:00 a.m.  No

21   discussions about the case.  No research about the case.

22            And, Ms. Napolitano, could you come see me for a

23   minute.

24            (Recess taken)

25            (Jury enters courtroom)
```

```
 1              THE COURT:  Welcome back.

 2              The government's next witness?

 3              MS. BERKOWER:  Thank you, Your Honor.  The

 4    government calls Lynne Witt.

 5              SPECIAL AGENT LYNNE WITT, Sworn

 6                    DIRECT EXAMINATION

 7    BY MS. BERKOWER:

 8    Q.  Good morning.

 9    A.  Good morning.

10    Q.  Could you please say and spell your name.

11    A.  Lynne Witt, L-Y-N-N-E, W-I-T-T.

12    Q.  Are you currently employed?

13    A.  I am.

14    Q.  Where do you work?

15    A.  The Federal Bureau of Investigation.  I'm a special

16    agent assigned to the Richmond Division and the Roanoke

17    Resident Agency.

18    Q.  How long have you been a special agent at the FBI?

19    A.  Since May of 2009.

20    Q.  And do you know someone named Thomas Robertson?

21    A.  I do.

22    Q.  In January of 2021, did you arrest him for crimes at the

23    U.S. Capitol on January 6th?

24    A.  I did.

25    Q.  In January of 2021, did you also participate in a search
```

1    of his house?

2    A.  I did.

3    Q.  Now we're going to go into more detail about each of

4    these topics, starting with how you know Mr. Robertson.

5            How do you know him?

6    A.  I interfaced with him in a professional manner when he

7    was on board with the town of Rocky Mount Police Department.

8    Q.  And as a special agent in the Roanoke area, do you

9    sometimes work with state and local law enforcement

10   departments?

11   A.  Yes, very often.

12   Q.  So is that how you encountered Mr. Robertson?

13   A.  Yes.

14   Q.  Do you know him by a nickname?

15   A.  TJ.

16   Q.  And in connection with your work, did you meet him in

17   person?

18   A.  I did.

19   Q.  Do you see him here in the courtroom today?

20   A.  I do.

21   Q.  Could you please point him out.

22   A.  He's over your shoulder wearing a black mask and what

23   appears like a blue tie.

24            MS. BERKOWER:  Let the record reflect the witness

25   has identified the defendant.

1          THE COURT:  It may.

2    Q.  And do you know, have you met Mr. Robertson in person

3    through your time knowing him?

4    A.  Yes, a few times.

5    Q.  Do you know him to have any physical disabilities?

6    A.  I'm not aware of any.

7    Q.  Have you ever seen him use a walking stick?

8    A.  I have not.

9    Q.  In the days after January 6th of last year, did you

10   become aware of an FBI investigation into Mr. Robertson?

11   A.  I did.

12   Q.  What was that investigation about?

13   A.  His actions on January 6th as it relates to the Capitol.

14   Q.  Which FBI office was conducting that investigation?

15   A.  The Washington Field Office.

16   Q.  Who is the lead case agent at the Washington Field

17   Office?

18   A.  Special Agent Kate Camiliere.

19   Q.  And on January 12th of last year, did a warrant issue

20   for Mr. Robertson's arrest?

21   A.  Yes.

22   Q.  Was that on charges related to his activities at the

23   U.S. Capitol on January 6th of last year?

24   A.  Yes.

25   Q.  Were you involved in executing that arrest warrant?

1    A.  I was.

2    Q.  How did you come to be involved with that?

3    A.  Oftentimes, when a division is running an investigation,

4    they may ask other divisions to assist them with the course

5    of that investigation, whether it be interviews, executing a

6    search warrant or an arrest warrant.  And in this case, at

7    that time they asked us to execute the arrest warrant for

8    Mr. Robertson.

9    Q.  Are you the FBI office closest to Rocky Mount, Virginia?

10   A.  Yes.

11   Q.  So on January 13th of 2021, did you call Mr. Robertson?

12   A.  Yes.

13   Q.  Did you tell him there was a warrant for his arrest?

14   A.  Yes.

15   Q.  Did you ask him to turn himself in?

16   A.  Yes.  He agreed to come to a commonplace to meet us.

17   Q.  So where did you meet him to effectuate the arrest?

18   A.  In a parking lot behind the area where the Rocky Mount

19   Police Department and I believe the Rocky Mount Fire

20   Department is located.

21   Q.  When he arrived, did you place him under arrest?

22   A.  Yes.

23   Q.  Was he searched?

24   A.  He was.

25   Q.  Is that standard law enforcement practice?

```
 1   A.  It is.

 2   Q.  Did you observe him being searched?

 3   A.  I did.

 4   Q.  And did he have a cell phone on his person?

 5   A.  He did not.

 6   Q.  If he had had a cell phone on his person, would you or

 7   another agent have seized it?

 8   A.  Yes, we would.

 9   Q.  Is that also standard law enforcement practice?

10   A.  It is.  It is.

11   Q.  If a phone had been seized from Mr. Robertson, would the

12   FBI have conducted an additional investigation to determine

13   if there was evidence on that phone?

14   A.  Yes.

15   Q.  Now, a few days later -- you said that was January 13th

16   that you arrested him?

17   A.  Yes.

18   Q.  A few days later, on January 19th of 2021, did you

19   participate in a search at Mr. Robertson's house?

20   A.  I did.

21   Q.  Was that pursuant to a search warrant?

22   A.  Yes.

23   Q.  And how did you come to be involved in that search?

24   A.  Again, through the process of assisting other divisions,

25   our Washington Field Office asked us to assist in the
```

1    execution of that search warrant, and I was a part of the

2    team that did that.

3    Q.  As part of that search, did you go into an outbuilding

4    on the defendant's property?

5    A.  Yes.

6              MS. BERKOWER:  Now, if we could have for the

7    Court, counsel, and witness only Government's Exhibit 607,

8    please.

9    Q.  Special Agent Witt, do you recognize what's in this

10   exhibit?

11   A.  Yes.

12   Q.  Is this a photo from the day of the search at

13   Mr. Robertson's house?

14   A.  Yes.

15   Q.  Is it accurate?

16   A.  Yes.

17             MS. BERKOWER:  Your Honor, I'd ask to admit and

18   publish this Exhibit 607.

19             MS. WAGNER:  No objection.

20             THE COURT:  So moved.

21   Q.  Now, Special Agent Witt, could you describe what we're

22   looking at here.

23   A.  The inside of an outbuilding on Mr. Robertson's

24   property.

25   Q.  Is that what it looked like on the day that you saw it

1    at the search?

2    A.  Yes.

3    Q.  Did the FBI search team look at what was on the

4    workbenches in that outbuilding?

5    A.  They did.

6    Q.  What was found there?

7    A.  A cell phone.

8    Q.  Now, during your time at the defendant's property,

9    did you determine that the phone on the workbench was

10   Mr. Robertson's?

11   A.  Yes.

12   Q.  How did you learn that?

13   A.  Mr. Robertson had, later that day, a virtual hearing,

14   and he needed information from -- about to log into the Zoom

15   hearing, et cetera.  That information was on his phone or

16   through checking email on his phone.

17          And so in order to allow him to participate, we

18   let him use the phone to access that email.  He then

19   forwarded it to his wife, to another device that we were not

20   seizing, and then he returned the phone to me.  It was

21   unlocked at the time, so I put it into airplane mode.

22   Q.  And let me stop you there.

23          So were you standing near him and observing him

24   while he was using that phone?

25   A.  Yes.

1    Q.  Did he unlock it himself?

2    A.  I believe so.

3    Q.  And later on -- well, and based on his usage of the

4    phone, is that how you came to understand it belonged to

5    him?

6    A.  Yes.

7    Q.  Now, later on, did the FBI determine the content of that

8    phone or examine the content of that phone?

9    A.  Yes.

10   Q.  Did the FBI determine the activation date of that phone

11   from the workbench?

12   A.  Yes.  They were able to do that.

13           MS. BERKOWER:  If we could have for the Court,

14   counsel, and witness only, please, Government's Exhibit

15   314B, and if we could blow up the top half of this for

16   Special Agent Witt.

17   Q.  Special Agent Witt, are you familiar with what this is?

18   A.  Yes, I am.

19   Q.  Is this a report that the FBI analysis team or someone

20   who is analyzing the phone at FBI prepared upon receiving

21   the phone and searching it?

22   A.  Yes.

23   Q.  What is this type of report often referred to as?

24   A.  A Cellebrite report as it relates to the phone.

25   Q.  And is Cellebrite a software system that the FBI uses to

 1    analyze electronic devices?

 2    A.  Yes.

 3            MS. BERKOWER:  Your Honor, I would ask --

 4    Q.  And is this Cellebrite report from the phone that was

 5    seized at the defendant's house?

 6    A.  Yes.

 7            MS. BERKOWER:  Your Honor, I'd ask for admission

 8    of Government's Exhibit 314B.

 9            MS. WAGNER:  No objection.

10            THE COURT:  So moved.

11            MS. BERKOWER:  And if we could publish it, please.

12    Thank you.

13    Q.  Now, Special Agent Witt, does this report show data that

14    was taken off of the phone found on the workbench on January

15    19th?

16    A.  Yes.

17    Q.  Does that information include the phone's activation

18    date?

19    A.  It does have that.

20    Q.  Could you please tell us what this report says about the

21    activation date of the phone found on the workbench.

22    A.  The date listed is January 14th of 2021.

23    Q.  So is that before or after you arrested Mr. Robertson?

24    A.  It was after.

25    Q.  And is that before or after -- that activation date

1   before or after January 6th of 2021?

2   A.  It is after.

3   Q.  Now, did you yourself do a comprehensive review of this

4   phone's content?

5   A.  I did not.

6   Q.  Do you know if another agent examined the phone more

7   closely?

8   A.  I do.

9   Q.  Who examined it?

10  A.  Special Agent Kathryn Camiliere, the case agent.

11          MS. BERKOWER:  No further questions, Your Honor.

12                      CROSS-EXAMINATION

13  BY MR. ROLLINS:

14  Q.  Good morning FBI Agent Witt.

15          MR. ROLLINS:  Could you pull up 607.  Thank you.

16          THE COURT:  Mr. Rollins.

17          MR. ROLLINS:  I'm sorry?

18          THE COURT:  Mr. Rollins, if you're comfortable.

19          MR. ROLLINS:  Yes.

20  Q.  FBI Agent Witt, so there were a lot of things found

21  inside that garage, correct?

22  A.  There's a lot of items in the garage, if that's your

23  question.

24  Q.  Correct.  And, in fact, you were looking for -- it's

25  fair to say you were looking for electronics, computers,

1    iPads, anything that may have some data on it?

2    A.  That was included in the search warrant, yes.

3    Q.  Okay.  So you were able to secure or find his computer?

4    A.  I'd have to look at what was seized.  I don't know if a

5    laptop was seized.  I believe there was a tablet that was

6    seized.

7              I'd want to review that list before I confirm a

8    laptop was taken.

9    Q.  Okay.  So the only thing that you note that you didn't

10   have was a phone.  A possible phone is the only thing you're

11   noting; that you didn't have a phone prior to the January

12   14th activation.  Is that what you're saying?  Am I getting

13   that correct?

14   A.  Sorry.  Can you rephrase your question?

15   Q.  So you're being called to testify regarding the fact

16   that you weren't able to recover a phone from him at the

17   time of his arrest, correct?

18   A.  Yes.  He did not have a phone on his person.

19   Q.  Okay.  Were there any -- were there some other items

20   that you were not able to recover at the house?  Was there

21   anything else, like a tablet, anything relating to the

22   January 6th activity that you weren't able to recover?

23   A.  I can just speak to the items that would be on record as

24   being seized that day.

25   Q.  Okay.  So, like, did you recover the stick?

1    A.  I believe that was one of the items seized, yes.

2    Q.  And you recovered maybe the Metro tickets that he used

3    to get into D.C., Metro?

4    A.  Like a Metro card?

5    Q.  Yes.

6    A.  I believe that was seized, yes.

7    Q.  And you were able to recover a tablet?

8    A.  I believe so, that that was one of the items taken, but

9    without refreshing my memory on the items seized list.

10   Q.  I understand.  And on January 13th, when he didn't show

11   up with a phone, did you make any efforts to ask him about

12   the phone on January 13th?

13   A.  In the course of transporting him I didn't ask him a

14   question, but I said that it's likely the investigators may

15   want to look at his phone, and that would be something he

16   could discuss with his attorney.

17   Q.  And so on January 13th, when you told him about it, you

18   didn't seek a warrant for the phone or anything like that,

19   correct?

20   A.  No, I did not.

21   Q.  And as far as you can tell, the items such as the --

22   strike that.

23        Lastly, you said that you weren't aware of any

24   physical disabilities.  How much time did you spend with

25   him?

1     A.  In person -- independent of things as it relates to why

2     we're here today?

3     Q.  Yes.

4     A.  Maybe a couple of hours.

5     Q.  Okay.

6     A.  I would --

7     Q.  In the course of your entire knowledge of him?

8     A.  In person, correct.

9     Q.  Right.  Did you -- were you the one -- did you check his

10    Facebook accounts and things like that?

11    A.  I did not.

12    Q.  Okay.

13              MR. ROLLINS:  No further questions.  Thank you.

14                      REDIRECT EXAMINATION

15    BY MS. BERKOWER:

16    Q.  Good morning again.  So, Special Agent Witt, on cross-

17    examination Mr. Rollins asked you about the fact that you

18    told Mr. Robertson on the day of his arrest that the FBI

19    would be interested in his phone; is that right?

20    A.  Something to that effect; that the investigators may

21    want to be able to review that or look at that, yes.

22    Q.  So -- and that was on January 13th that you made him

23    aware the FBI was interested in his phone?

24    A.  Yes, the day of his arrest.

25    Q.  And on January 19th, the phone that you recovered from

1    his house was activated on what day?

2    A.  January 14th.

3    Q.  So the day after you told him the FBI might be

4    interested in his phone?

5    A.  Yes.

6              MS. BERKOWER:  No further questions.

7              THE COURT:  All right.  Agent Witt, thank you very

8    much for your testimony.  You're excused.  Please don't

9    discuss your testimony with anyone until the end of trial.

10   Safe travels.

11             MS. ALOI:  The government calls Special Agent Chad

12   Potter.

13             THE COURT:  Good morning, sir.

14             THE WITNESS:  Good morning.

15             THE COURT:  Step right up.  Please slip your mask

16   off and raise your right hand.

17             (Witness sworn)

18             THE COURT:  All right.  Make yourself comfortable.

19             SPECIAL AGENT CHAD POTTER, Sworn

20                    DIRECT EXAMINATION

21   BY MS. ALOI:

22   Q.  Good morning.  Special Agent Potter, could you please

23   state and spell your name for the record.

24   A.  Chad Potter, C-H-A-D, P-O-T-T-E-R.

25   Q.  And Special Agent Potter, where do you work?

1   A.  I work for the Federal Bureau of Investigation.

2   Q.  Are you assigned to a particular office?

3   A.  Yes, ma'am.  I'm assigned to the Bristol, Virginia,

4   Resident Agency, which is part of the Richmond, Virginia

5   Division.

6   Q.  And was that where you were working on January 19th of

7   2021?

8   A.  Yes, ma'am.

9   Q.  And were you involved in a search of Thomas Robertson's

10   house on January 19, 2021?

11   A.  Yes, ma'am.

12   Q.  How did you come to be involved in that search?

13   A.  We work with the Roanoke Resident Agency.  We're part of

14   the same squad.

15   Q.  Were you just assisting in the search that day?

16   A.  Yes, ma'am.

17   Q.  And do you know the defendant, Thomas Robertson,

18   personally?

19   A.  No, ma'am.

20   Q.  Was he present during the search?

21   A.  Yes, ma'am.

22   Q.  Did you observe him during the search?

23   A.  Yes, ma'am.

24   Q.  Do you see him here in the room today?

25   A.  Yes, ma'am.

1    Q.  Could you please identify him by an article of clothing

2    he is wearing.

3    A.  Seated behind you in a it looks like black jacket, dark

4    blue tie.

5          MS. ALOI:  May the record reflect that the witness

6    has identified the defendant?

7          THE COURT:  It may.

8    Q.  When you observed Mr. Robertson on January 19, 2021, was

9    he wearing -- was he using a walking stick?

10   A.  No, ma'am.

11   Q.  Okay.  I now want to show you what has been marked as

12   Exhibits 608 to 612.

13         MS. ALOI:  And if we could show it to the Court

14   and counsel, but not the jury.

15   Q.  Are these photographs taken by the FBI search team on

16   January 19th?

17   A.  Do you want me to go each one?  Yes, ma'am.

18   Q.  Yes.

19         MS. ALOI:  Why don't we flip through them.  Let

20   him see them all.

21   Q.  And then you can answer, sir.

22         (Pause)

23   Q.  Are these photographs taken by the FBI search team on

24   January 19th?

25   A.  Yes, ma'am.

1    Q.  Are they consistent with what you observed on January

2    19th?

3    A.  Yes, ma'am.

4              MS. ALOI:  I move to admit them.

5              MS. WAGNER:  No objection.

6              THE COURT:  So moved.

7              MS. ALOI:  Okay.  Now we're going to walk through

8    each photo.  And I'm going to start with 607, which has

9    previously been admitted into evidence.

10             Ms. Dunn-Gordon, can you please pull up Exhibit

11   607.

12   Q.  Special Agent Potter, is Exhibit 607 a room that you

13   observed during the search on January 19th?

14   A.  Yes, ma'am.  That was a garage-style building to the

15   right of the residence.

16   Q.  Okay.  Did you observe ammunition cans in that building?

17   A.  Yes, ma'am.

18   Q.  Okay.

19             MS. ALOI:  Ms. Dunn-Gordon, can you please pull up

20   Exhibit 608.

21             THE COURT:  I'm sorry, just for the jury's

22   information, what is an ammunition can?

23             THE WITNESS:  An ammunition can would be...

24   Generally they're a metal box -- they can be made out of

25   plastic as well -- used to hold ammunition.

1           THE COURT:  Thank you.

2           MS. ALOI:  Thank you, Your Honor.

3   BY MS. ALOI:

4   Q.  Special Agent Potter, what do you see in Exhibit 608?

5   A.  It looks like a black Samsung cell phone.

6   Q.  Was this a phone seized from the room that we just saw?

7   A.  Yes, ma'am.

8   Q.  What happened to the phone after it was seized?

9   A.  When we seize evidence from a scene, it's sealed in the

10  appropriate type of bag, whether it be plastic, paper, or

11  whatever is used for a cell phone.  It is sealed with

12  evidence tape, signed and initialed, where it's found,

13  dated, and usually a case file number is written on the

14  outside.

15  Q.  Did the FBI later examine the content of this phone?

16  A.  To my knowledge, they did.  After we seized the phone

17  and it was stored in evidence, I had no further dealings

18  with the cell phone.

19  Q.  So did you have any involvement with the examination of

20  the phone?

21  A.  No, ma'am.

22          MS. ALOI:  Ms. Dunn-Gordon, can you please pull up

23  Exhibit 612.

24  Q.  Special Agent Potter, what do you see in this exhibit?

25  A.  It looks like a white SUV Highlander.

1    Q.  Is this a car you observed during the search.

2    A.  Yes, ma'am.

3    Q.  Was it on the defendant's property?

4    A.  Yes, ma'am.

5    Q.  Do you see a piece of paper with the letter R on it?

6    A.  Yes, ma'am.

7    Q.  What is that?

8    A.  When we search residences, we label areas with usually

9    letters.  That counts for vehicles and buildings, anything

10   else that could be on the premises.

11   Q.  Did law enforcement seize anything from inside the car

12   that day?

13   A.  Yes, ma'am.

14        MS. ALOI:  Ms. Dunn-Gordon, can you please pull up

15   Exhibits 610 and 611.

16   Q.  Starting with 610, Special Agent Potter, what is this?

17   A.  This is a card used -- to my understanding, it's used to

18   use the train system here in the District.

19   Q.  And was it seized from the inside of the car we just

20   observed?

21   A.  Yes, ma'am.

22   Q.  Is this a photograph of -- from when it was seized?

23   A.  I'm sorry?

24   Q.  Is this a photograph of the card from when it was

25   seized?

1    A.  Yes, ma'am.

2              MS. ALOI:  Ms. Dunn-Gordon, can you please go to

3    611.

4    Q.  Is this the back of that card?

5    A.  Yes, ma'am.

6              MS. ALOI:  I now would like to show you what has

7    been marked as Exhibit 3 and request permission from the

8    Court to have our case agent approach the witness with the

9    exhibit?

10             THE COURT:  You may.

11             MS. ALOI:  This is Exhibit 3.

12   Q.  Special Agent Potter, what is Exhibit 3?  And you can go

13   ahead and open it to review it, if necessary.

14   A.  It's labeled Metro card.  It has the numbers -- I guess

15   identifying number off of the Metro card written on the

16   outside of the evidence bag.

17   Q.  Are these the Metro cards that were seized from the

18   defendant's home on January 19th?  Is this the Metro card

19   that was seized on January 19th?

20   A.  Yes, ma'am.  Card.

21             MS. ALOI:  I move to admit Exhibit 3 into

22   evidence.

23             MR. ROLLINS:  No objection.

24             MS. WAGNER:  No objection.

25             THE COURT:  So moved.

1    Q.  I now want to show you what has been admitted as

2    Exhibit 609.

3              Special Agent Potter, is this a photograph of the

4    trunk of the car where the SmartTrip card or Metro cards

5    were seized from?

6    A.  Yes, ma'am.

7    Q.  Is that also the white car that we saw in the previous

8    picture?

9    A.  Yes, ma'am.

10   Q.  Okay.  Do you see a stick in this photograph?

11   A.  Yes, ma'am.

12   Q.  What is next to the stick?

13   A.  Next to the stick there is an American flag.  Do you

14   want me to name everything next to the stick?

15   Q.  What else do you see?

16   A.  It looks like a plate carrier, a case of water, two blue

17   book bags, a cardboard box, can't see the contents.

18             MS. ALOI:  I now want to show you what has been

19   marked as Exhibit 1 and, again, request permission for the

20   case agent to approach the witness with the exhibit?

21             THE COURT:  You may.

22   Q.  Special Agent Potter, could you please take it out of

23   the box.

24   A.  Oh.

25   Q.  Special Agent Potter, is that the stick that was seized

1   from the car that you observed in this picture?

2   A.  Yes, ma'am.

3             MS. ALOI:  I move to admit the stick.

4             MS. WAGNER:  No objection.

5             THE COURT:  So moved.

6   Q.  Special Agent Potter, was that stick seized from the

7   defendant's home on January 19th?

8   A.  Yes, ma'am.  It was taken from the car, but we seized

9   everything from the property that was listed.

10  Q.  And did the defendant say anything about the stick on

11  the day of the search?

12  A.  Yes, ma'am.  At the end of a search, we provide

13  the targets of the search a receipt of items that are

14  seized.  While reviewing that receipt, Mr. Robertson's wife

15  laughed and said, "Hon, look, they're taking a wooden

16  stick."

17  Q.  And how did he respond?

18  A.  He turned and asked myself and a task force that were

19  reviewing the receipt, he said, "Was there an American flag

20  attached to it?"

21            We said, "No, it was laying beside it."

22            He said, "That was the flagpole that I carried."

23  Q.  So did he identify the stick as a flagpole to the agents

24  on the day of the search?

25  A.  Yes, ma'am.

1    Q.  And turning back to your Exhibit 609, do you observe a

2    flag?

3    A.  Yes, ma'am.

4    Q.  Was it ever attached to the stick on January 19th?

5    A.  No, ma'am.

6    Q.  Why not?

7    A.  I'm not sure.

8    Q.  Was it -- how did it compare in size to the stick?

9    A.  It's a smaller flag.  I think the day of the search we

10   estimated the stick to be -- we actually measured, but from

11   memory I want to say three to four feet.

12   Q.  Now, on the day of the search did law enforcement also

13   observe a blue backpack?

14   A.  Yes, ma'am.

15   Q.  Is it the blue backpack you see in this picture?

16   A.  Yes, ma'am, blue backpack.

17   Q.  Did they seize it?

18   A.  No, ma'am.

19   Q.  Why didn't they seize it?

20   A.  I'm not sure.

21   Q.  Did you, on the day of the search, understand the

22   significance of the backpack?

23   A.  Myself, I did not understand the significance of a blue

24   backpack.

25   Q.  And was that because -- are you the case agent on this

1    case?

2    A.  No, ma'am.

3    Q.  So when you're executing a search, are you provided

4    information about what to look for?

5    A.  Yes, ma'am.

6    Q.  And were you specifically told to look for a blue

7    backpack?

8    A.  I'm not sure.  I can't remember if that was specifically

9    listed as something to be looking for.

10   Q.  What do you remember?

11   A.  I remember going into the search looking for anything

12   that could have been worn from some pictures we were shown,

13   as well as anything regarding travel to the District that

14   day or any electronic devices.

15          MS. ALOI:  Thank you.  Nothing further.

16                    CROSS-EXAMINATION

17   BY MR. ROLLINS:

18   Q.  Good morning, FBI Agent Potter.

19   A.  Good morning, sir.

20   Q.  Are you able to see 607 on your screen?

21   A.  Yes, sir.

22   Q.  Do you see in the left-hand corner on that screen is

23   three sticks?  Do you see the three sticks?

24   A.  Yes, sir, the ends of the --

25   Q.  Yes, if you could just circle that for me.

1    A.   (Witness complies)

2    Q.   Is there a reason why you didn't recover those sticks?

3    A.   No, sir.

4    Q.   Okay.  Did you note them anywhere, that there were

5    actually sticks inside the garage?

6    A.   No, sir.

7    Q.   And was Mr. Robertson cooperative with you when you were

8    there?

9    A.   Yes, sir.

10   Q.   He turned over everything you asked for?

11   A.   Yes, sir.

12   Q.   Opened the trunk of the car for you?

13   A.   I'm not sure about that, sir.

14   Q.   And do you recall seizing two tablets?

15   A.   I don't remember two tablets.  I remember there were

16   three electronic devices, I believe, but I'm not sure -- I

17   know one was a phone, but I'm not sure if the other two were

18   tablets or one a tablet and one a laptop.

19   Q.   So you don't know if you took any other electronic

20   devices with you?

21   A.   Other than what was listed on the receipt, no, sir.

22   Q.   And you were there to kind of look for any evidence that

23   shows that he was in the District of Columbia on January

24   6th.  Is that --

25   A.   Yes.  Yes, sir.

```
1    Q.  So you were able to locate a walking stick.

2              Speaking about the walking stick, on Exhibit -- I

3    think that's Exhibit 1, the actual stick.  Did you examine

4    that stick to see -- the end of that stick to see if it

5    was -- if it had been used as a walking stick?

6    A.  No, sir.

7    Q.  Could you look at it today to see if that was -- the end

8    of that walking stick was actually used?

9    A.  Used in what way?

10   Q.  In other words, the bottom of that Exhibit 1 looks like

11   it is pretty dirty and hit the cement or the way somebody

12   would use a walking stick, and the other side is clear and

13   clean.

14   A.  There does appear to be dirt on this end of the stick.

15   Q.  Does it appear to be a little bit worn down a little bit

16   as opposed to the other side?

17   A.  I can't tell that it's worn any different.

18   Q.  But there's definitely a difference between the two

19   sides on that stick, correct?

20   A.  Yes, sir.  It appears there's dirt on this side, and

21   there's not on this side.

22   Q.  And just finally, did he appear to hide anything?  Was

23   he looking to hide anything or trying to cover up anything

24   when you were there?

25   A.  Not to my knowledge, sir.
```

1    Q.  Thank you.

2            MR. ROLLINS:  No further questions.

3                    REDIRECT EXAMINATION

4    BY MS. ALOI:

5    Q.  Special Agent Potter, just briefly, on cross-examination

6    Mr. Rollins asked you about a walking stick; is that right?

7    A.  Correct.

8    Q.  And he's referring to that stick that was seized from

9    the defendant on January 19th.

10   A.  Yes, ma'am.

11   Q.  What did the defendant tell you that stick was on

12   January 19th?

13   A.  He said it was the flagpole that he carried.

14           MS. ALOI:  Nothing further.

15           THE COURT:  All right.  Agent Potter, thank you

16   very much for your testimony.  You're excused.  Please don't

17   discuss your testimony with anyone until the trial is over,

18   and have a good trip home.

19           THE WITNESS:  Yes, sir.

20           THE COURT:  Thank you.

21           Ladies and gentlemen, feel free to take a stretch,

22   if you'd like.

23           (Pause)

24           MS. BERKOWER:  Your Honor, may we proceed?

25           THE COURT:  You may.

```
 1                    MS. BERKOWER:  The government calls Noah Duckett
 2                    THE COURT:  Good morning, sir.
 3                    THE WITNESS:  Good morning, sir.
 4                    THE COURT:  Step right up, remain standing, raise
 5          your right hand and slip your mask off.
 6                    (Witness sworn)
 7                    THE COURT:  Counsel, why don't you come collect
 8          the exhibits from the former witness, please, before we get
 9          started.
10                    MS. BERKOWER:  May I proceed?
11                    THE COURT:  You may.
12                                 DIRECT EXAMINATION
13          BY MS. BERKOWER:
14          Q.  Could you please tell the jury your name and spell it.
15          A.  Noah Duckett, first name Noah, N-O-A-H, last name
16          Duckett, D-U-C-K-E-T-T.
17          Q.  Are you employed?
18          A.  Yes.
19          Q.  Where do you work?
20          A.  Fourth District, Metropolitan Police Department.
21          Q.  How long have you been with the Metropolitan Police
22          Department?
23          A.  Eight years in August.
24          Q.  What's your job title?
25          A.  Crime suppression officer.
```

1    Q.  And do you have another assignment as well?

2    A.  Yes.

3    Q.  What is that assignment?

4    A.  CDU 42.

5    Q.  Is that the Civil Disturbance Unit 42?

6    A.  Yes, ma'am.

7    Q.  On January 6th, were you working with CDU 42?

8    A.  Yes.

9    Q.  Did you respond to the Capitol?

10   A.  Yes.

11   Q.  And what was your mission that day?

12   A.  I'm sorry?

13   Q.  What was your mission that day when you responded to the

14   Capitol with CDU 42?

15   A.  We were just crowd control.  Rapid response is what

16   we're initiated as, so we're a hard platoon.

17   Q.  Were you also assisting Capitol Police?

18   A.  Yes.

19   Q.  Were you wearing a body-worn camera that day?

20   A.  Yes.

21   Q.  So we're going to ask you more about each of those

22   topics, but first I'm going to ask you about a few other

23   things.

24          You said you've been an officer for eight years;

25   is that right?

1    A.  Yes, in August.

2    Q.  And are you familiar with the term "situational

3    awareness"?

4    A.  Yes.

5    Q.  Can you explain what it is.

6    A.  Situational awareness is just knowing your surroundings,

7    entrance, exits, safe areas that you would have if something

8    goes wrong.  It's knowing your threats that are around you,

9    possible threats that are in the area.

10   Q.  And is situational awareness important in police work?

11   A.  It's paramount.

12   Q.  Why is it paramount?

13   A.  It's how you get home.

14   Q.  When you say it's how you get home --

15   A.  Yes.

16   Q.  -- are you referring to safety?

17   A.  Yes.

18   Q.  How does it impact safety?

19   A.  That's the first thing we're taught when we come into

20   the academy, knowing your areas, knowing possible threats,

21   like I stated, that are around you.  Your safety is

22   paramount.  You go home the same way you came in, in one

23   piece.  So we take that every day we come into the office.

24   Q.  Do you maintain your situational awareness as well when

25   you're off duty?

1    A.  Yes.

2    Q.  So let's talk now about the CDU.  On January 6th, how

3    long had you been with the CDU?

4    A.  Approximately three years.

5    Q.  And how significant a concern to CDU's operations is

6    officer safety?

7    A.  It's paramount.  It's the highest concern.

8    Q.  When CDU is activated, are there certain factors that

9    can make an assignment more dangerous or less dangerous?

10   A.  Yes.

11   Q.  So what makes a CDU assignment more dangerous?

12   A.  More dangerous would be the crowd size for sure.  How

13   hostile the crowd is when we're coming into an area, if

14   they're known to be throwing objects prior to us getting

15   there, such as, you know, rocks or sticks, if they're armed

16   with any kind of object that could be a weapon, that is

17   something that would lead us to be more serious.

18   Q.  And when you said the size of the crowd matters, does it

19   matter in relation to the number of officers present as

20   well?

21   A.  Yes.

22   Q.  How does it matter there?

23   A.  We're a small platoon.  We're probably about 25 to 30

24   people.  So if you're talking the crowd size of 100 to, you

25   know, more, that's a considerable more amount of officers --

1   or more amount of people, I'm sorry, that are going to be

2   around than officers.

3   Q.  And what techniques does CDU use to keep officers safe

4   when you're activated?

5   A.  Formations.  The way that we line up is dictated by our

6   lieutenant, and it's dictated by how spread out the crowd

7   is.  It can be in two lines or spread out in one wide group.

8   Q.  And do some of those tactics come from military

9   training?

10  A.  Yes.

11  Q.  How do you know that?

12  A.  It's the way that DSO -- they're in charge of all the

13  civil disturbance units on MPD.  That's what they've trained

14  us, and that's what they have told us.

15  Q.  Now, let's go on to talk more about January 6th

16  specifically.  At the start of that day were you with CDU

17  42?

18  A.  Yes.

19  Q.  And what did you expect your assignment to entail that

20  day?

21  A.  That day we were just told to be downtown.  We were not

22  far from the African-American History Museum, which is not

23  far from the monument.  And we were just told to respond --

24  be on call if anything, you know, arises that they would

25  need us.

```
 1              Other than that, we were just there for a numbers
 2     aspect.
 3     Q.  And how many officers, approximately, were on CDU 42
 4     that day?
 5     A.  Approximately like 25 to 30.  It depends on officers who
 6     may call out.
 7     Q.  Who was your lieutenant?
 8     A.  Lieutenant Hackerman.
 9     Q.  And was Officer Wilhoit with you?
10     A.  Yes.
11     Q.  Was Officer Hodges with you?
12     A.  Yes.
13     Q.  Now, at some point in the day did you get reassigned to
14     go to the Capitol?
15     A.  Yes.
16     Q.  And what was your assignment that you got when you were
17     sent to the Capitol?
18     A.  We were told to respond there immediately.  Everybody
19     needed to have their hard gear on and be prepared to help at
20     the Capitol.
21     Q.  Was your unit transported to the Capitol in a van?
22     A.  Yes.
23              MS. BERKOWER:  And if we could have Government's
24     Exhibit 603 in evidence, please, and display it to the jury.
25     Q.  And you'll see, Officer Duckett, there's a little
```

1    triangle in the top right corner of your screen.  Could you

2    touch that and hit "clear," please.

3    A.   (Witness complies)

4    Q.   Thank you.

5            So, Officer Duckett, when you were first dropped

6    off, do you recognize -- before I begin, do you recognize

7    this to be the Capitol?

8    A.   Yes.

9    Q.   And when you were first dropped off, where were you in

10   relation to the Capitol?

11   A.   So the lower left portion of the screen here.  It's kind

12   of -- it's off the map that you can't see.  But if you

13   follow that dark path, we were dropped off right there.

14   Q.   What was your destination?  Where were you trying to go

15   to assist other officers?

16   A.   We were trying to get to that amphitheater in the very

17   front of the Capitol Building.

18   Q.   Could you mark it with an X with your finger.

19   A.   Yes, right here.

20   Q.   And what was over there such that that was your

21   destination that day?

22   A.   All the other officers were over there that needed help

23   as well as a large amount of people.

24   Q.   Now, how did the crowd react to the presence of you and

25   the other officers as you made your way to that destination?

1     A.  They were not happy.

2     Q.  Could you tell if people in the crowd had weapons of any

3     kind?

4     A.  Yes.

5     Q.  What kind of weapons did you see?

6     A.  There were sticks, large sticks, small sticks.  People

7     were holding cement, throwing cement, you know, rocks,

8     flagpoles that were upside down.  A number of different

9     objects like that.

10    Q.  And how large was the crowd when you got there as

11    compared to your unit?

12    A.  The crowd was a hundred times the size of us.

13    Q.  How safe did you feel as you moved through the crowd?

14    A.  Not safe.

15    Q.  Why?

16    A.  Just the shear number of people that are there.  They're

17    already very hostile.  So we're 25 to 30, like I stated, so

18    you can only imagine what that's like.

19    Q.  And as you moved through the crowd, were you in a

20    formation like what you described before?

21    A.  Yes.

22    Q.  What kind of formation were you in?

23    A.  We're stacked up.  So single file line, two single file

24    lines right next to each other.

25    Q.  When you started making your way to that destination,

 1    where were you in those two lines?

 2    A.  I was -- initially I was in the back.

 3    Q.  Over the time that you progressed to your destination,

 4    did you change positions in that formation?

 5    A.  Yes.

 6    Q.  Where did you end up?

 7    A.  I ended up in the very front.

 8    Q.  Now, were you wearing a body-worn camera that day?

 9    A.  Yes.

10    Q.  Let's talk now about your body-worn camera.

11          MS. BERKOWER:  And if we could please, Ms. Dunn-

12    Gordon --

13    Q.  Actually, and can you clear the screen?  Hit the

14    triangle and hit the clear button, please.  Thank you.

15          MS. BERKOWER:  Ms. Dunn-Gordon, if we could please

16    pull up government's exhibit in evidence 202 starting at the

17    time stamp 3:59.  And if we could just pause it when we get

18    to that screen.

19          (Video playing)

20          MS. BERKOWER:  If you could pause there.

21    Q.  Officer Duckett, does that show around where you were

22    initially dropped off?

23    A.  Yes.

24    Q.  And do you see barricades to the right?

25    A.  Yes.

```
1     Q.  Is there a sign on the barricades?

2     A.  Yes.

3     Q.  What does it say?

4     A.  It says "Area Closed."

5     Q.  And where did you go to get to your destination in

6     relation to those barricades?

7     A.  To the right.  We had to walk through those gates.

8              MS. BERKOWER:  Now, if we could play this through

9     to 4:10, please.

10             (Video playing)

11    Q.  Officer Duckett, did that show your group going around

12    the barricade to get closer to the Capitol?

13    A.  Yes.

14    Q.  And did it show the two lines you were describing?

15    A.  Yes.

16    Q.  At this point, was this when you were toward the back of

17    those two lines?

18    A.  Yes.

19    Q.  Now, if we could jump ahead -- and actually, before we

20    do, where is the Capitol Building in relation to where you

21    are now?

22    A.  Up and to the left.

23    Q.  On this screen?

24    A.  Yes.

25             MS. BERKOWER:  If we could jump to 5:10 and play
```

```
 1    through 5:45, please.

 2                (Video playing)

 3    Q.  As you made your way through, were you moving closer to

 4    your destination in this clip we just watched?

 5    A.  Yes.

 6    Q.  Were people in the crowd shouting at you?

 7    A.  Yes.

 8    Q.  What were they saying?

 9    A.  "Remember your oath," "traitors."

10    Q.  And what was happening all around you at that point in

11    terms of the numbers of the crowd versus the numbers of

12    officers?

13    A.  The crowd was getting considerably more dense.

14    Q.  Now, in the screen that we paused on do you see a stick?

15    A.  Yes.

16    Q.  Could you point it out.

17    A.  Do you want me to mark it?

18    Q.  Sure.

19    A.  (Witness complies)

20    Q.  And you mentioned earlier that you saw people in the

21    crowd carrying objects like that; is that right?

22    A.  Yes.

23    Q.  Is that the kind of object you were referring to?

24    A.  Yes.

25    Q.  Did you view this as a potential threat to your safety?
```

1   A.  Yes.

2   Q.  Could you explain why.

3   A.  Well, you can see how close the officer is, how close I

4   am to this individual.  He could very easily just take that

5   piece of lumber and hit you upside the head and knock you

6   unconscious.

7   Q.  And when you mentioned situational awareness before, is

8   that the kind of thing you're paying attention to when

9   you're in a group?

10  A.  Yes.

11  Q.  Now, if you could please clear that screen.

12          MS. BERKOWER:  And we'll jump to six minutes,

13  please.

14          (Video playing)

15  Q.  And we stopped at 6:12.  As you got closer to the

16  building, did it get harder to move through the crowd?

17  A.  Yes.

18  Q.  Why?

19  A.  A number of things.  The amount of people that were

20  right there is the main one.

21  Q.  And do you see the officer in front of you with his

22  shoulder on someone else -- his hand on someone else's

23  shoulder?

24  A.  Yes.

25  Q.  What's happening there?

```
 1    A.  We do that often, if it's a large crowd like this.  It's

 2    a way to keep ahold of somebody in front of you so you guys

 3    don't lose the line, you don't lose each other.

 4    Q.  Now, as you made your way through, what was the mood

 5    of -- did the mood of the crowd change?

 6    A.  Yes.

 7    Q.  How did it change?

 8    A.  It just got more hostile.

 9            MS. BERKOWER:  Now, if we could play through to

10    6:40 here, please.

11            (Video playing)

12    Q.  Officer Duckett, what happened in this clip we just

13    watched?

14    A.  You just saw a fight.

15    Q.  And did you get a weapon out in that fight?

16    A.  Yes.

17    Q.  What weapon were you using?

18    A.  It's our baton that we're issued.

19    Q.  How were you using this baton in this clip we just

20    watched?

21    A.  Doing strikes, strikes to the body; mainly the shoulder,

22    the knee area.  That's where we're taught.

23    Q.  And what effect did that have on the people around you?

24    A.  Moves them back.  It hurts.

25            MS. BERKOWER:  Now, if we could please play to
```

1     7:08.

2              (Video playing)

3     Q.  Officer Duckett, could you explain what we just watched

4     in this clip.

5     A.  Yes.  So that is one of my partners, Officer Silver.  He

6     had a large piece of cement stone that was thrown and hit

7     him in the back of the head.

8     Q.  And do you see other officers, other than yourself, in

9     this frame holding batons?

10    A.  Yes.

11    Q.  Are officers trained to use batons?

12    A.  Yes.

13    Q.  And how are you trained to hold batons?

14    A.  It's called like -- port arms is what it's called.

15    Sorry.

16    Q.  What is port arms?

17    A.  It's the way you're seeing the officers hold them now.

18    So you have your left hand -- predominantly it's going to be

19    your left hand on the top of the baton.  Your right hand is

20    going to be on the bottom.

21    Q.  And could you just mark with a circle where you see

22    officers in this picture using port arms to hold their

23    batons.

24    A.  (Witness complies)

25    Q.  Now, as an officer, when you see other officers holding

1    a baton in port arms, what does that mean to you?

2    A.   It's defensive.  Sorry, it's defensive for us.

3    Q.   What do you mean by "defensive"?

4    A.   So when we're coming in contact with a crowd that we

5    know is going to be hostile, the way we're taught is to hold

6    it in front and use it as a means of force to push them

7    back.

8    Q.   And if you see other officers doing that, what does that

9    signal to you about what's happening around you?

10   A.   You're going to do a lot of pushing.

11   Q.   Now, if you could clear that screen, please.

12   A.   (Witness complies)

13   Q.   At this point, before we go on, do you see the Capitol

14   Building?

15   A.   Yes.

16   Q.   Could you -- where is it in relation to where you're

17   standing at this point?

18   A.   It's right in front of me and my body cam.

19   Q.   Had you reached your destination in the front -- on the

20   west front yet?

21   A.   No.

22   Q.   At this point, did you continue on?

23   A.   Yes.

24          MS. BERKOWER:  Now, if we could jump to 7:45 and

25   play it to 8:50, please.

```
 1                    (Video playing)
 2    Q.  Now, at the start of that clip we just watched, did you
 3    hear someone say "push forward"?
 4    A.  Yes.
 5    Q.  Was that an officer, or someone from the crowd?
 6    A.  That was an officer.
 7    Q.  And did you hear a siren?
 8    A.  Yes.
 9    Q.  Was that coming from an officer or from a member of the
10    crowd?
11    A.  The crowd.
12    Q.  Is the siren something that you would use in that way as
13    an officer?
14    A.  No.
15    Q.  Now, after that, did you hear someone say "OC"?
16    A.  Yes.
17    Q.  What did that mean to you?
18    A.  Pepper spray.
19    Q.  And was there pepper spray in the air?
20    A.  Yes.
21    Q.  Did you also see the screen on your body-worn camera go
22    black in the middle of the clip we watched?
23    A.  Yes.
24    Q.  What does that mean?
25    A.  That's just how close I am to the officer in front of
```

1    me.

2    Q.  So what was happening there such that you were that

3    close to the officer in front of you?

4    A.  So the crowd had tried to stop us by basically forming a

5    thick line and pushing against us, and we had to come

6    together and push back and get to the front.

7    Q.  Now, in this frame that we've stopped at here, can you

8    see where the Capitol is?

9    A.  Yes.

10   Q.  Have you gotten closer to it?

11   A.  Yes.

12   Q.  Do you also see scaffolding?

13   A.  Yes.

14   Q.  Could you mark on the screen where you see scaffolding?

15   A.  (Witness complies)

16   Q.  And is that scaffolding closer to your destination?

17   A.  Yes.

18   Q.  Now, you said the mood of the crowd changed as you got

19   closer to your destination.  What was the mood of the crowd

20   like in this area?

21   A.  So the angriest.  In my opinion, it's the angriest

22   people that are up here.  That's when it's extremely

23   hostile.  As you can tell this individual here in the video

24   just flicked us off so...

25   Q.  And if you could clear your screen, please, we'll go on.

```
 1    A.  (Witness complies)
 2    Q.  Now, could you just briefly show on your body where your
 3    camera is positioned?
 4    A.  It's right here.  This area right here.
 5    Q.  Middle of your chest, fair to say?
 6    A.  Yes.
 7    Q.  Does it capture everything that you can see with your
 8    eyes?
 9    A.  No.
10    Q.  What does it capture?
11    A.  It just captures what's in front of you.
12            MS. BERKOWER:  So let's jump to time stamp 9:23.
13    And before we start watching, if we can just pull up the
14    frame and stop.
15            (Video playing)
16    Q.  Are you a little closer to your destination here?
17    A.  Yes.
18            MS. BERKOWER:  Now, if we could play this to time
19    stamp 9:40, please.
20            (Video playing)
21    Q.  In that clip, do you see a metal rack moving across the
22    screen?
23    A.  Yes.
24    Q.  What's happening there?
25    A.  They just took a piece of the security gate.
```

```
 1    Q.   Who is "they"?

 2    A.   The crowd, sorry.

 3    Q.   Did that concern you?

 4    A.   Yes.

 5    Q.   Why?

 6    A.   They can easily chuck that and that will yield some

 7    serious injuries to officers.

 8    Q.   At other points in the day did you observe that

 9    occurring?

10    A.   Yes.

11    Q.   Now, do you also see in the bottom right corner of the

12    screen red smoke?

13    A.   Yes.

14    Q.   What is that?

15    A.   It's a smoke screen.

16    Q.   Was that significant to you?

17    A.   Yes.

18    Q.   Why?

19    A.   Because it blocks visibility.  It makes our job ten

20    times harder, and you can't see what's in front of you

21    clearly with that smoke screen right there.

22    Q.   Until the smoke clears, your vision is obscured?

23    A.   Correct.

24              MS. BERKOWER:  Now, if we could play to time stamp

25    9:46, please.
```

```
 1                    (Video playing)
 2                    And if we could go back just a second or two.
 3       Backward.  Thank you.  Stop there.
 4                    (Video playing)
 5       Q.  Officer Duckett, does your body-worn camera capture the
 6       clock time of the day at which the footage is recorded?
 7       A.  Yes.
 8       Q.  What is the clock time at which this was recorded?
 9       A.  14:03 and 30 seconds, so 2:03 and 30 seconds.
10       Q.  And do you still see the metal rack you testified about
11       a moment ago?
12       A.  Yes.
13       Q.  To the right of the metal rack, do you see a man
14       standing there?
15       A.  Yes.
16       Q.  What is the man wearing?
17       A.  He's got a gas mask, a blue book bag, dark-in-color
18       sweatshirt.
19       Q.  Could you circle him, please.
20       A.  (Witness complies)
21       Q.  And if you could now clear the screen just so we can
22       move on briefly.
23       A.  (Witness complies)
24                    MS. BERKOWER:  If we could advance the footage
25       just one second to 14:03:31.
```

1    Q.  In this screenshot, which is at time stamp 9:46, is the

2    time 14:03:31?

3    A.  Yes.

4    Q.  Do you see that same man you just pointed out?

5    A.  Yes.

6    Q.  What does he have in his hand?

7    A.  A stick.

8    Q.  Now, at that point is the stick resting on the ground,

9    or is it in the air?

10   A.  Resting on the ground.

11   Q.  And how many hands is he using to hold it?

12   A.  There's just one.

13          MS. BERKOWER:  If we could play this to 10:05,

14   please.

15          (Video playing)

16          MS. BERKOWER:  Thank you, Ms. Dunn-Gordon.

17   Q.  And at this point, is the crowd saying something?

18   A.  Yes.

19   Q.  How loudly are they saying it?

20   A.  Very loud.

21   Q.  And what's the mood of the crowd here in this immediate

22   area around you?

23   A.  Hostile.

24   Q.  What's your plan at this point?

25   A.  We still have an objective to do.  We have to get to the

```
 1    front.
 2    Q.  And your body-worn camera, you said, just captures
 3    what's in front of you.  What was happening all around you?
 4    A.  What you see here.  People angry.  People chanting,
 5    yelling, throwing objects, chaos.
 6    Q.  Were you concerned for your safety?
 7    A.  Yes.
 8              MS. BERKOWER:  Now, if we could play this to 10:13
 9    please.
10              (Video playing)
11    Q.  In that clip, did you line up in order to start moving
12    forward again?
13    A.  Yes.  We lined up the best we could.
14    Q.  And how did the crowd react to you lining up and
15    starting to move forward?
16    A.  They didn't like it.
17    Q.  Who is in front of you?
18    A.  It's Officer Hodges.
19              MS. BERKOWER:  Now if we could advance -- continue
20    advancing just a few seconds.
21              (Video playing)
22              MS. BERKOWER:  Keep going.  Keep going.  Stop
23    right there.
24    Q.  Officer Duckett, do you see a stick in this screen?
25    A.  Yes.
```

1        MS. BERKOWER:  And we stopped, for the record, at

2   14:04 and zero seconds on the clock time, and 10:15 on the

3   exhibit time.

4   Q.  What has happened with that -- is that stick still

5   resting on the ground?

6   A.  No.

7   Q.  Is that the same stick you were testifying about a

8   moment ago?

9   A.  Yes.

10        MS. BERKOWER:  Now if we could play to 10:18,

11   please.

12        (Video playing)

13        MS. BERKOWER:  And go back just a few seconds.

14        (Video playing)

15        MS. BERKOWER:  And stop right there.

16   Q.  What happened in that clip we just watched?

17   A.  So we're moving forward, and you can see the stick go

18   into Officer Hodges's body, his person.

19   Q.  Now, are you familiar with screenshots from your body-

20   worn camera?

21   A.  Yes.

22        MS. BERKOWER:  If we could have Government's

23   Exhibit 202E, please.

24   Q.  Is that a similar image as what we just saw?

25   A.  Yes.

1   Q.  In this image, though, do you also have your baton out?

2   A.  Yes.

3   Q.  And how are you holding your baton here?

4   A.  Port arms.

5   Q.  Why are you holding it that way?

6   A.  It's protection.  It's a way to move people out of the

7   way.

8   Q.  And do you remember this particular incident?

9   A.  Yes.

10  Q.  Could you explain why you remember this particular

11  incident.

12  A.  The crowd's considerably thick, and this was the last

13  little bit of people that we had to get through.

14          When I say little, I don't mean the amount of

15  people that were there.  I just mean from distance from

16  where we began to where we were at and had to go.  And then

17  this individual here with the stick hits Officer Hodges in

18  front and swipes me also.

19  Q.  And so we'll get to that in a moment, but you said he

20  swiped you also?

21  A.  Yes.

22  Q.  Was this the point in time where you're still at the

23  rear of the line of officers, or have you made it to the

24  front?

25  A.  I'm at the front.

1    Q.  And did that also impact why you remembered this

2    particular part of the day?

3    A.  Yes.

4    Q.  Could you explain why.

5    A.  It was in regards to this particular frame here.

6    There -- to me, personally, there wasn't that many people

7    that stuck out to me throughout the day.  There are a lot of

8    people going around.  But my direct impact, I remember the

9    book bag and the gas mask, that stuck out to me in that

10   particular incident as well as the stick.

11   Q.  Now, what were you trying -- you said that you were hit

12   with the stick?

13         MS. BERKOWER:  If we could, go back to where we

14   left off with Government's Exhibit 202 and just continue

15   playing from there for about five seconds.

16         (Video playing)

17   Q.  When you went by that man, is that when you were hit

18   with his stick?

19   A.  Yes.

20   Q.  And what were you trying to do when you got hit with the

21   stick?

22   A.  Trying to move forward.

23   Q.  Was this man in your path?

24   A.  Yes.

25   Q.  And so what were you trying to do with him in

```
 1    particular?

 2    A.  Move him out of the way.

 3    Q.  At the time you were hit by the stick, what was

 4    happening behind you?

 5    A.  Chaos.  It's the same as it looks in front.  It's just

 6    bad all around so...

 7    Q.  And at this point, is your unit in an offensive or a

 8    defensive posture?

 9    A.  This is defensive.

10    Q.  Can you explain that a little bit.

11    A.  It's defensive because they have control, the shear

12    number and volume of people.  So we have to stay together.

13         So we're in a defensive -- think of football.  We

14    cannot let them get to the first down.  They're trying to

15    stop us, so we had -- literally have no choice but to stick

16    together and use everything we can to get through.

17         They have the numbers.  They have the -- just the

18    upper hand at this point.

19    Q.  Now, prior to coming to court --

20         MS. BERKOWER:  And actually, if we could go back

21    just three seconds to 14:04:03.

22         (Video playing)

23    Q.  Is the time stamp 14:04:03, the time when you were about

24    to be hit with this stick?

25    A.  Yes.
```

1    Q.  Have you also, before coming to court, reviewed some of

2    the other body-worn camera of other officers in your

3    immediate vicinity?

4    A.  Yes.

5    Q.  And do portions of those cameras provide a better view

6    of what you saw that day?

7    A.  Yes.

8    Q.  Despite what your body-worn camera positioned on your

9    chest recorded.

10   A.  Yes.

11        MS. BERKOWER:  So if we could go to 201C, please.

12   Q.  Did you see this yourself with your own eyes on the day

13   of January 6th?

14   A.  Yes.

15   Q.  And what do you see here?  Could you describe it.

16   A.  You see a white male with a gas mask, large stick, blue

17   book bag, dark sweatshirt, half zip.

18   Q.  And how is this man holding the stick?

19   A.  It's port arms, similar to how we hold ours.

20   Q.  Do you remember this man's demeanor?

21   A.  Yes.

22   Q.  What was it?

23   A.  He's not trying to help us.

24   Q.  Now, what was the time stamp on this image?

25   A.  14:03 and the 56 seconds, so 2:03 and 56 seconds.

1           MS. BERKOWER:  If we could have Government's

2    Exhibit 200C, please.

3    Q.  Do you know this to be a screenshot from Officer

4    Wilhoit's body-worn camera?

5    A.  Yes.

6    Q.  And who is shown here?

7    A.  The gentleman in question.

8    Q.  Now, do portions of Officer Hodges's body-worn camera

9    show when this man was first visible in front of your unit?

10   A.  Yes.

11          MS. BERKOWER:  If we could have for the Court,

12   counsel, and witness only Government's Exhibit 203, Slide 1.

13   Q.  Officer Duckett, do you know this to be a screenshot of

14   Officer Hodges's body-worn camera?

15   A.  Yes.

16          MS. BERKOWER:  I'd ask for admission of this

17   exhibit.

18          MS. WAGNER:  No objection.

19          THE COURT:  So moved.

20          MS. BERKOWER:  And may we publish it?

21   Q.  Now, Officer Duckett, do you see a yellow arrow in this

22   picture?

23   A.  Yes.

24   Q.  What is it pointing to?

25   A.  The gentleman in question.

1    Q.  And what's the time stamp on this image?

2    A.  14:03 and 12 seconds, so 2:03 and 12 seconds.

3    Q.  So are we now going back in time?

4    A.  Yes.

5    Q.  Based on the comparisons of time stamps between this and

6    when you got hit, is it fair to say that approximately 51

7    seconds elapsed?

8    A.  Yes.

9    Q.  So if we watched the 51 seconds on your body-worn

10   camera, would that show what was happening in front of you

11   during this period that this man was standing in front of

12   your unit?

13   A.  Yes.

14           MS. BERKOWER:  So if we could play that now,

15   play Exhibit 202 from time stamp 9:27 to 10:18, and that

16   should -- in case my time stamps are slightly off, it should

17   be 2:03:12 to 2:04:03.

18           If we could go up -- it stops at -- one more

19   second.

20           And let's play from here until the actual time is

21   2:04:03, please.

22               (Video playing)

23   Q.  During that 51-second period, did you see red smoke?

24   A.  Yes.

25   Q.  Did it also dissipate?

1    A.  Yes.

2    Q.  Were people in the crowd screaming?

3    A.  Yes.

4    Q.  Did your group of officers line up and move forward?

5    A.  Yes.

6    Q.  Did you see some people get out of the way?

7    A.  Yes.

8    Q.  And did you -- and at the end of what we just watched,

9    is that when you were hit with the stick?

10   A.  Yes.

11   Q.  As you approached that man, was he in your path?

12   A.  Yes.

13   Q.  Was there room for him to get out of the way?

14   A.  Yes.

15   Q.  At any point did he try to help you and your unit?

16   A.  No.

17   Q.  Now, after this encounter with the man in the backpack,

18   where did you get to next?

19   A.  We proceeded forward to the front.

20   Q.  Were you able to get to your destination?

21   A.  Yes.

22           MS. BERKOWER:  So let's play from here, at this

23   point in the video, to 10:52.

24           (Video playing)

25   Q.  Now, in that clip, did you hear a recording playing in

1    the background?

2    A.  Yes.

3    Q.  Could you explain what that is.

4    A.  Just a loud like beeping noise.

5    Q.  Was that part of a recording broadcast by a police

6    department?

7    A.  Yes.

8    Q.  And what is that recording?

9    A.  It's essentially a disperse -- for the crowd to disperse

10   and leave.

11   Q.  Now, could you note the time, the actual clock time on

12   your body-worn camera in this frame?

13   A.  It's 14:04 and 37 seconds, so 2:04.

14   Q.  And at this point, had you made it to your destination?

15   A.  Yes.

16   Q.  Prior to coming to testify, did you view this area of

17   the Capitol from a different angle?

18   A.  Yes.

19   Q.  At the same time?

20   A.  Yes.

21          MS. BERKOWER:  If we could have Government's

22   Exhibit 412 in evidence starting at time stamp 5:25 and

23   pause there.

24          (Video playing)

25   Q.  Officer Duckett, does this show the area you were trying

```
1     to get to?

2     A.  Yes.

3     Q.  Do you see police officers here?

4     A.  Yes.

5     Q.  What are they doing?

6     A.  They formed a line all the way across to coincide with

7     the metal gate that's in front of them.

8     Q.  And what was your destination in relation to this group

9     of officers here?

10    A.  So when we got to this point here, we just spread out

11    and helped wherever we could.

12    Q.  And what direction were you coming from in terms of the

13    angle we're looking at here?

14    A.  So on my screen, we came from the right side.

15    Q.  And do you see smoke on the right side?

16    A.  Yes.

17    Q.  Now, you said a moment ago that on your body-worn camera

18    you entered this area at 2:04 and 37 seconds; is that right?

19    A.  Yes.

20            MS. BERKOWER:  So if we could play to that same

21    time on this recording.

22    Q.  And I'll ask you to pay attention to the lower right

23    side of the screen.

24    A.  Okay.

25            (Video playing)
```

1    Q.  Officer Duckett, is this the same time stamp as when you

2    finally were able to reach your destination?

3    A.  Yes.

4    Q.  Is this what the crowd looked like as you were trying to

5    make your way there?

6    A.  Yes.

7              MS. BERKOWER:  The Court's brief indulgence.

8              (Pause)

9              MS. BERKOWER:  No further questions.

10             (The following is a bench conference)

11             THE COURT:  Mr. Rollins, how long?

12             MR. ROLLINS:  15 to 20 minutes.

13             THE COURT:  Should we take our break and do it

14   after lunch?

15             MR. ROLLINS:  I would ask to do that.

16             THE COURT:  Okay.  That's fine.

17             MR. ROLLINS:  Thank you.

18             (This is the end of the bench conference)

19             THE COURT:  All right.  Ladies and gentlemen,

20   we're going to take our lunch break.  It's about 12:30 on

21   the dot so let's reassemble at 1:30.

22             And Juror No. 8, if you need more time, just let

23   us know, okay?  Great.

24             No discussions about the case.  No research about

25   the case.

1          (Jury exits courtroom)

2          THE COURT:  All right.  Officer Duckett, you can

3     step down.  Don't discuss your testimony over the break, and

4     we'll see you back at 1:30.  Sorry we couldn't get you on

5     and off before lunch.

6          THE WITNESS:  That's fine.

7          THE COURT:  All right.  See you in an hour.

8          (Lunch recess taken at 12:30 p.m.)

9

10          **CERTIFICATE OF OFFICIAL COURT REPORTER**

11

12          I, LISA A. MOREIRA, RDR, CRR, do hereby

13     certify that the above and foregoing constitutes a true and

14     accurate transcript of my stenographic notes and is a full,

15     true and complete transcript of the proceedings to the best

16     of my ability.

17        Dated this 6th day of April, 2022.

18

19                                    /s/Lisa A. Moreira, RDR, CRR
20                                    Official Court Reporter
                                      United States Courthouse
21                                    Room 6718
                                      333 Constitution Avenue, NW
22                                    Washington, DC 20001

23

24

25

## /

**/s/Lisa** [1] - 609:19

## 0

**0.15** [1] - 525:24

## 1

**1** [9] - 488:17, 488:18, 489:9, 489:15, 493:21, 569:19, 574:3, 574:10, 603:12
**10** [1] - 527:23
**100** [1] - 579:24
**1033** [3] - 507:11, 507:12, 507:15
**105** [5] - 524:25, 525:2, 525:15, 529:21, 539:23
**105A** [2] - 527:12, 527:15, 527:18
**10:05** [1] - 596:13
**10:13** [1] - 597:8
**10:15** [2] - 506:8, 598:2
**10:18** [2] - 598:10, 604:15
**10:45** [1] - 548:20
**10:50** [2] - 507:24, 509:23
**10:52** [1] - 605:23
**11:00** [1] - 548:20
**11:25** [1] - 509:22
**11:50** [1] - 512:4
**12** [2] - 604:2
**12:10** [1] - 513:13
**12:30** [2] - 608:20, 609:8
**12th** [1] - 551:19
**13** [1] - 485:16
**1349** [1] - 501:14
**13:07** [1] - 514:3
**13:32** [1] - 516:18
**13:49** [2] - 518:3, 518:21
**13:50** [1] - 537:13
**13:51** [2] - 536:7, 536:13
**13:54** [1] - 546:5
**13:55** [1] - 519:23
**13th** [6] - 552:11, 553:15, 560:10, 560:12, 560:17, 561:22
**14:03** [3] - 595:9, 602:25, 604:2
**14:03:31** [2] - 595:25, 596:2

**14:03:59** [1] - 519:23
**14:04** [2] - 598:2, 606:13
**14:04:03** [2] - 601:21, 601:23
**14:05** [1] - 537:13
**14th** [3] - 557:22, 559:12, 562:2
**15** [2] - 548:19, 608:12
**19** [2] - 563:10, 564:8
**19th** [14] - 553:18, 557:15, 561:25, 563:6, 564:16, 564:24, 565:2, 565:13, 568:18, 568:19, 570:7, 571:4, 575:9, 575:12
**1:21-cr-00034-CRC** [1] - 482:4
**1:30** [2] - 608:21, 609:4
**1:49** [2] - 501:17, 501:18
**1:55** [1] - 501:10
**1:56** [1] - 501:25
**1:57:22** [1] - 502:17
**1:58:30** [1] - 504:3
**1:59:25** [1] - 504:21
**1:59:50** [1] - 505:23

## 2

**2** [1] - 495:2
**20** [2] - 518:15, 608:12
**200** [4] - 491:11, 491:17, 492:20, 492:21
**20001** [2] - 482:23, 609:22
**20004** [1] - 482:19
**2009** [1] - 549:19
**200A** [2] - 492:9, 492:17
**200C** [2] - 529:9, 603:2
**200D** [1] - 492:9
**201** [9] - 491:11, 491:20, 492:20, 501:6, 509:20, 530:15, 536:6, 536:14, 546:4
**201A** [3] - 492:9, 492:18, 521:8
**201B** [1] - 522:9
**201C** [1] - 602:11
**201D** [1] - 524:9
**201E** [2] - 492:9, 524:20
**202** [9] - 482:16, 482:20, 491:11, 491:23, 492:20,

492:21, 584:16, 600:14, 604:15
**202-354-3187** [1] - 482:23
**2021** [11] - 486:17, 549:22, 549:25, 552:11, 553:18, 557:22, 558:1, 563:7, 563:10, 564:8
**2022** [2] - 482:4, 609:17
**2027A** [1] - 492:18
**202A** [1] - 492:9
**202E** [2] - 492:9, 598:23
**203** [1] - 603:12
**20530** [1] - 482:15
**21** [2] - 526:17
**25** [3] - 579:23, 581:5, 583:17
**252-6782** [1] - 482:16
**27** [2] - 529:21
**28** [1] - 487:23
**2:00** [1] - 507:24
**2:00:00** [1] - 506:8
**2:01:55** [1] - 512:4
**2:02:16** [1] - 513:13
**2:03** [5] - 514:19, 522:11, 595:9, 602:25, 604:2
**2:03:12** [2] - 514:4, 604:17
**2:03:20** [1] - 515:24
**2:03:37** [1] - 516:18
**2:03:54** [1] - 518:4
**2:03:59** [1] - 519:23
**2:04** [2] - 606:13, 607:18
**2:04:03** [2] - 604:17, 604:21
**2:13** [3] - 533:3, 533:4, 533:14

## 3

**3** [4] - 568:7, 568:11, 568:12, 568:21
**30** [5] - 579:23, 581:5, 583:17, 595:9
**314B** [2] - 556:15, 557:8
**333** [2] - 482:22, 609:21
**37** [2] - 606:13, 607:18
**3:15** [1] - 515:24
**3:19** [1] - 526:10
**3:59** [1] - 584:17

## 4

**4** [3] - 489:9, 489:16, 497:7
**412** [1] - 606:22
**419** [1] - 482:19
**42** [29] - 486:22, 486:25, 487:8, 487:22, 487:24, 488:3, 490:2, 490:3, 490:5, 490:7, 490:14, 490:17, 490:19, 493:11, 494:8, 495:16, 498:7, 505:25, 512:16, 513:8, 516:20, 526:5, 533:16, 577:4, 577:5, 577:7, 577:14, 580:17, 581:3
**42's** [2] - 492:24, 530:10
**455-5610** [1] - 482:20
**484** [1] - 483:4
**4:10** [1] - 585:9
**4th** [1] - 482:15

## 5

**5** [3] - 489:10, 489:16, 508:20
**50** [3] - 496:17, 496:18, 497:3
**51** [2] - 604:6, 604:9
**51-second** [1] - 604:23
**534** [1] - 483:4
**546** [1] - 483:5
**549** [1] - 483:6
**55** [1] - 507:24
**551** [1] - 483:7
**555** [1] - 482:15
**56** [2] - 602:25
**562** [1] - 483:9
**568** [1] - 483:7
**572** [1] - 483:9
**575** [1] - 483:10
**576** [1] - 483:11
**5:10** [1] - 585:25
**5:25** [1] - 606:22
**5:45** [3] - 501:9, 501:20, 586:1

## 6

**6** [4] - 482:4, 486:16, 486:17, 531:23
**603** [1] - 581:24
**605** [3] - 495:1, 508:19, 532:16
**605A** [7] - 489:3,

489:4, 489:10, 489:16, 497:7, 531:23, 533:7
**605B** [5] - 489:3, 489:4, 489:9, 489:15, 493:21
**607** [7] - 554:7, 554:18, 558:15, 565:8, 565:11, 565:12, 572:20
**608** [2] - 564:12, 565:20, 566:4
**609** [2] - 569:2, 571:1
**610** [2] - 567:15, 567:16
**611** [2] - 567:15, 568:3
**612** [2] - 564:12, 566:23
**6718** [2] - 482:22, 609:21
**6:12** [1] - 587:15
**6:15** [1] - 501:9
**6:40** [1] - 588:10
**6th** [35] - 487:10, 488:2, 489:6, 489:24, 490:15, 490:17, 490:19, 491:5, 491:7, 491:18, 491:21, 491:24, 492:6, 492:23, 492:24, 494:8, 495:23, 500:17, 503:12, 504:6, 515:6, 517:18, 525:11, 549:23, 551:9, 551:13, 551:23, 558:1, 559:22, 573:24, 577:7, 579:2, 580:15, 602:13, 609:17

## 7

**7** [2] - 502:16, 532:17
**7:00** [1] - 493:9
**7:08** [1] - 589:1
**7:17** [1] - 502:16
**7:30** [1] - 493:9
**7:45** [1] - 590:24

## 8

**8** [5] - 489:10, 489:16, 504:2, 533:7, 608:22
**8600** [1] - 496:16
**8:25** [1] - 504:2
**8:50** [1] - 590:25

**9**

**9:16** [1] - 482:5
**9:20** [2] - 504:21
**9:23** [1] - 593:12
**9:25** [1] - 504:21
**9:27** [1] - 604:15
**9:40** [1] - 593:19
**9:45** [1] - 505:23
**9:46** [2] - 594:25, 596:1

**A**

**a.m** [2] - 482:5, 548:20
**abbreviated** [1] - 490:2
**ability** [1] - 609:16
**able** [16] - 503:9, 518:14, 539:22, 541:19, 541:21, 556:12, 559:3, 559:16, 559:20, 559:22, 560:7, 561:21, 572:20, 574:1, 605:20, 608:2
**abnormal** [1] - 486:9
**abruptly** [1] - 494:19
**absent** [1] - 542:6
**academy** [1] - 578:20
**access** [2] - 503:11, 555:18
**accounts** [1] - 561:10
**accurate** [2] - 554:15, 609:14
**act** [1] - 543:18
**Action** [1] - 482:3
**actions** [1] - 551:13
**activated** [4] - 499:17, 562:1, 579:8, 580:4
**activation** [5] - 556:10, 557:17, 557:21, 557:25, 559:12
**active** [2] - 485:13, 506:24
**actively** [1] - 500:11
**activities** [2] - 485:21, 551:22
**activity** [1] - 559:22
**acts** [4] - 511:13, 545:11, 545:16, 545:24
**actual** [5] - 492:19, 501:24, 574:3, 604:20, 606:11
**additional** [3] - 499:2, 509:5, 553:12
**adjacent** [2] - 514:10, 516:14
**admission** [2] - 557:7,

603:16
**admit** [7] - 492:13, 525:15, 527:18, 554:17, 565:4, 568:21, 570:3
**admitted** [5] - 492:21, 529:8, 529:11, 565:9, 569:1
**advance** [5] - 515:23, 522:9, 523:14, 595:24, 597:19
**advanced** [2] - 516:20, 526:15
**advancing** [2] - 534:6, 597:20
**African** [3] - 540:13, 540:20, 580:22
**African-American** [3] - 540:13, 540:20, 580:22
**Agency** [3] - 549:17, 563:4, 563:13
**Agent** [25] - 541:18, 554:9, 554:21, 556:16, 556:17, 557:13, 558:10, 558:14, 558:20, 561:16, 562:7, 562:11, 562:22, 562:25, 565:12, 566:4, 566:24, 567:16, 568:12, 569:3, 569:22, 569:25, 570:6, 572:18, 575:5
**agent** [13] - 497:25, 498:1, 549:16, 549:18, 550:8, 551:16, 553:7, 558:6, 558:10, 568:8, 569:20, 571:25, 575:15
**AGENT** [4] - 483:6, 483:8, 549:5, 562:19
**agents** [1] - 570:23
**aggressive** [2] - 539:2, 541:7
**aggressor** [1] - 537:9
**ago** [6] - 508:10, 528:11, 533:14, 595:11, 598:8, 607:17
**agreed** [1] - 552:16
**ahead** [2] - 568:13, 585:19
**ahold** [1] - 588:2
**air** [3] - 498:2, 591:19, 596:9
**airplane** [1] - 555:21
**alarm** [1] - 534:20

**alarmed** [1] - 535:9
**align** [1] - 492:3
**allow** [3] - 541:20, 545:2, 555:17
**allows** [4] - 493:5, 511:1, 511:15, 513:5
**almost** [3] - 535:13, 536:2, 539:7
**ALOI** [100] - 482:13, 484:10, 484:22, 489:1, 489:8, 489:15, 489:19, 489:20, 491:9, 492:13, 492:16, 492:19, 492:22, 493:22, 495:3, 497:8, 497:11, 497:13, 498:13, 501:8, 501:19, 501:22, 502:15, 502:19, 503:4, 504:1, 504:20, 505:22, 506:7, 507:23, 508:2, 508:8, 508:21, 509:20, 512:3, 512:6, 513:12, 514:3, 514:6, 515:23, 516:1, 516:17, 518:3, 518:19, 518:24, 519:1, 519:22, 521:9, 522:9, 523:14, 524:10, 524:19, 524:24, 525:15, 525:23, 526:9, 526:17, 527:2, 527:13, 527:18, 527:21, 528:18, 528:21, 529:3, 529:7, 529:10, 529:20, 530:3, 530:14, 530:22, 531:24, 534:9, 543:24, 544:12, 544:15, 546:20, 546:23, 547:12, 548:12, 562:11, 562:21, 564:5, 564:13, 564:19, 565:4, 565:7, 565:19, 566:2, 566:3, 566:22, 567:14, 568:2, 568:6, 568:11, 568:21, 569:18, 570:3, 572:15, 575:4, 575:14

**Aloi** [5] - 484:8, 484:19, 489:13, 544:14, 546:19
**Aloi)............................
............** [4] - 483:4, 483:5, 483:9, 483:10
**altercation** [1] - 537:17
**AMERICA** [1] - 482:3
**American** [6] - 514:7, 540:13, 540:20, 569:13, 570:19, 580:22
**ammunition** [4] - 565:16, 565:22, 565:23, 565:25
**amount** [6] - 498:10, 579:25, 580:1, 582:23, 587:19, 599:14
**amphitheater** [1] - 582:16
**analysis** [1] - 556:19
**analyze** [1] - 557:1
**analyzing** [1] - 556:20
**angle** [5] - 525:8, 528:8, 546:9, 606:17, 607:13
**angriest** [1] - 592:21
**angry** [1] - 597:4
**ANN** [1] - 482:13
**answer** [1] - 564:21
**apart** [2] - 521:5, 527:7
**appear** [4] - 537:10, 574:14, 574:15, 574:22
**APPEARANCES** [1] - 482:12
**appeared** [2] - 547:19, 547:21
**approach** [2] - 568:8, 569:20
**approached** [2] - 504:11, 605:11
**appropriate** [1] - 566:10
**April** [2] - 482:4, 609:17
**area** [15] - 503:14, 517:16, 517:17, 541:15, 550:8, 552:18, 578:9, 579:13, 588:22, 592:20, 593:4, 596:22, 606:16, 606:25, 607:18
**Area** [2] - 503:15, 585:4
**areas** [6] - 500:22, 500:23, 541:13,

567:8, 578:7, 578:20
**arises** [1] - 580:24
**arm** [2] - 523:2, 539:5
**armed** [1] - 579:15
**armor** [3] - 510:22, 542:18
**arms** [17] - 513:1, 513:3, 513:9, 523:12, 523:20, 523:21, 524:14, 529:19, 541:2, 541:6, 547:20, 589:14, 589:16, 589:22, 590:1, 599:4, 602:19
**arrest** [11] - 549:22, 551:20, 551:25, 552:6, 552:7, 552:13, 552:17, 552:21, 559:17, 561:18, 561:24
**arrested** [2] - 553:16, 557:23
**arrival** [2] - 498:19, 499:23
**arrived** [1] - 552:21
**arrow** [1] - 603:21
**article** [1] - 564:1
**aspect** [1] - 581:2
**assault** [1] - 520:25
**assaulted** [1] - 542:10
**assembly** [1] - 555:18
**assess** [1] - 531:15
**assigned** [5] - 486:19, 487:22, 549:16, 563:2, 563:3
**assignment** [18] - 485:5, 492:24, 493:1, 495:25, 496:2, 496:8, 496:13, 496:15, 497:1, 499:3, 499:18, 499:19, 577:1, 577:3, 579:9, 579:11, 580:19, 581:16
**assist** [6] - 496:16, 499:17, 509:5, 552:4, 553:25, 582:15
**assistance** [2] - 507:16
**assisting** [4] - 509:13, 553:24, 563:15, 577:17
**assume** [1] - 538:14
**attached** [2] - 570:20, 571:4
**attack** [2] - 497:16, 497:18

**attacked** [2] - 535:11, 535:12
**attacking** [2] - 506:15, 512:13
**attempted** [1] - 512:10
**attention** [11] - 490:8, 493:20, 495:1, 495:16, 497:6, 501:6, 508:19, 532:16, 533:6, 587:8, 607:22
**attorney** [1] - 560:16
**ATTORNEY'S** [1] - 482:14
**August** [2] - 576:23, 578:1
**Austin** [1] - 509:2
**Avenue** [6] - 482:22, 492:25, 496:13, 499:6, 499:8, 609:21
**aware** [7] - 486:2, 517:9, 538:3, 551:6, 551:10, 560:23, 561:23
**awareness** [6] - 485:24, 578:3, 578:6, 578:10, 578:24, 587:7

**B**

**background** [3] - 486:16, 531:2, 606:1
**backpack** [22] - 514:13, 514:21, 515:18, 516:15, 519:2, 520:1, 521:17, 522:4, 522:15, 523:4, 524:13, 524:21, 526:12, 530:5, 548:5, 571:13, 571:15, 571:16, 571:22, 571:24, 572:7, 605:17
**backward** [1] - 595:3
**bad** [1] - 601:6
**badge** [2] - 526:24
**bag** [5] - 566:10, 568:16, 595:17, 600:9, 602:17
**bags** [2] - 503:22, 569:17
**ball** [1] - 497:24
**ballistic** [4] - 510:15, 510:18, 510:19, 510:21
**barricade** [1] - 585:12
**barricades** [3] - 584:24, 585:1, 585:6

**barrier** [1] - 510:18
**barriers** [5] - 502:13, 503:13, 504:9, 511:14, 516:10
**baseball** [4] - 520:18, 521:2, 527:10
**based** [7] - 494:6, 495:8, 496:25, 503:12, 510:23, 556:3, 604:5
**basic** [1] - 485:17
**baton** [14] - 513:4, 522:24, 523:11, 523:22, 536:25, 539:8, 539:12, 539:18, 588:18, 588:19, 589:19, 590:1, 599:1, 599:3
**batons** [12] - 502:8, 512:16, 539:6, 539:7, 539:10, 539:14, 539:15, 539:16, 589:9, 589:11, 589:13, 589:23
**be..** [1] - 565:23
**become** [2] - 543:18, 551:10
**beeping** [1] - 606:4
**BEFORE** [1] - 482:10
**began** [3] - 506:15, 512:13, 599:16
**begin** [1] - 582:6
**behind** [10] - 508:4, 514:8, 521:22, 530:24, 536:16, 547:2, 548:2, 552:18, 564:3, 601:4
**belonged** [1] - 556:4
**bench** [4] - 544:13, 545:5, 608:10, 608:18
**BERKOWER** [54] - 482:14, 549:3, 549:7, 550:24, 554:6, 554:17, 556:13, 557:3, 557:7, 557:11, 558:11, 561:15, 562:6, 575:24, 576:1, 576:10, 576:13, 581:23, 584:11, 584:15, 584:20, 585:8, 585:25, 587:12, 588:9, 588:25, 590:24, 593:12, 593:18, 594:24, 595:24, 596:13, 596:16, 597:8,

597:19, 597:22, 598:1, 598:10, 598:13, 598:15, 598:22, 600:13, 601:20, 602:11, 603:1, 603:11, 603:16, 603:20, 604:14, 605:22, 606:21, 607:20, 608:7, 608:9
**Berkower** [1] - 484:8
**Berkower)................
................** [3] - 483:6, 483:7, 483:11
**beside** [1] - 570:21
**best** [3] - 486:7, 597:13, 609:15
**better** [1] - 602:5
**between** [5] - 515:2, 515:9, 538:22, 574:18, 604:5
**beyond** [1] - 543:24
**bicycle** [1] - 537:18
**big** [1] - 522:22
**bike** [2] - 502:12, 502:13
**bit** [16] - 486:15, 490:12, 498:10, 501:5, 518:14, 518:24, 524:24, 525:20, 526:25, 535:20, 536:10, 541:19, 574:15, 599:13, 601:10
**black** [6] - 526:23, 528:3, 550:22, 564:3, 566:5, 591:22
**block** [1] - 520:6
**blocking** [3] - 524:15, 524:17, 529:1
**blocks** [1] - 594:19
**blow** [1] - 556:15
**blue** [2] - 514:13, 514:21, 515:17, 516:15, 519:2, 520:1, 521:17, 522:3, 524:12, 526:12, 530:5, 548:5, 550:23, 564:4, 569:16, 571:13, 571:15, 571:16, 571:23, 572:6, 595:17, 602:16
**board** [1] - 550:7
**body** [43] - 490:12, 490:21, 491:5, 491:7, 491:17, 491:20, 491:23, 492:11, 492:13,

494:15, 501:6, 509:15, 509:21, 510:22, 521:11, 521:14, 525:5, 525:13, 527:7, 528:7, 528:9, 529:12, 530:15, 577:19, 584:8, 584:10, 588:21, 590:18, 591:21, 593:2, 595:5, 597:2, 598:18, 598:19, 602:2, 602:8, 603:4, 603:8, 603:14, 604:9, 606:12, 607:17
**body-worn** [34] - 490:12, 490:21, 491:5, 491:7, 491:17, 491:20, 491:23, 492:11, 492:13, 501:6, 509:15, 509:21, 521:14, 525:5, 525:13, 527:7, 528:7, 528:9, 529:12, 530:15, 577:19, 584:8, 584:10, 591:21, 595:5, 597:2, 602:2, 602:8, 603:4, 603:8, 603:14, 604:9, 606:12, 607:17
**bombs** [3] - 543:22, 544:2, 544:4
**book** [4] - 569:17, 595:17, 600:9, 602:17
**bottle** [1] - 532:14
**bottles** [1] - 498:5
**bottom** [5] - 546:10, 546:14, 574:10, 589:20, 594:11
**box** [3] - 565:24, 567:9, 569:23
**breach** [6] - 498:14, 500:15, 501:1, 501:2, 532:23, 532:25
**breached** [3] - 509:17, 533:16, 534:3
**break** [5] - 541:19, 548:15, 608:13, 608:20, 609:3
**breakers** [1] - 504:17
**breaking** [1] - 510:9
**breathe** [1] - 512:15
**brief** [1] - 608:7
**briefly** [4] - 546:20, 575:5, 593:2, 595:22

**bring** [1] - 539:23
**Bristol** [1] - 563:3
**broadcast** [1] - 606:5
**brothers** [1] - 504:17
**brought** [1] - 523:19
**brown** [2] - 514:8, 520:17
**building** [5] - 501:3, 531:3, 565:14, 565:16, 587:16
**Building** [6] - 502:23, 531:4, 531:5, 582:17, 585:20, 590:14
**buildings** [1] - 567:9
**bullet** [1] - 542:25
**bullet-proof** [1] - 542:25
**Bureau** [2] - 549:15, 563:1
**busy** [2] - 509:6, 509:7
**button** [1] - 584:14
**buy** [1] - 511:17
**BY** [15] - 484:22, 489:20, 492:22, 534:16, 546:6, 546:8, 546:23, 549:7, 558:13, 561:15, 562:21, 566:3, 572:17, 575:4, 576:13

**C**

**cam** [1] - 590:18
**camera** [48] - 490:13, 490:21, 490:24, 491:1, 491:7, 491:17, 491:20, 491:23, 492:11, 492:14, 492:20, 501:6, 501:24, 506:23, 507:4, 509:15, 509:21, 511:24, 512:24, 521:12, 521:14, 525:6, 525:13, 527:7, 528:7, 528:8, 528:9, 529:13, 530:15, 546:9, 546:10, 546:12, 577:19, 584:8, 584:10, 591:21, 593:3, 595:5, 597:2, 598:20, 602:2, 602:8, 603:4, 603:8, 603:14, 604:10, 606:12, 607:17
**cameras** [3] - 491:5, 506:25, 602:5

613

**Camiliere** [2] - 551:18, 558:10
**CAMILLE** [1] - 482:18
**camouflage** [1] - 538:10
**Camp** [1] - 485:11
**cannot** [1] - 601:14
**cans** [1] - 565:16
**Capitol** [46] - 492:3, 494:1, 496:16, 496:22, 496:23, 496:25, 497:4, 498:14, 498:19, 499:11, 499:23, 500:15, 500:21, 501:1, 502:22, 504:6, 504:24, 506:1, 508:17, 517:8, 518:16, 530:12, 531:4, 531:5, 531:6, 533:16, 533:17, 533:19, 549:23, 551:13, 551:23, 577:9, 577:14, 577:17, 581:14, 581:17, 581:20, 581:21, 582:7, 582:10, 582:17, 585:12, 585:20, 590:13, 592:8, 606:17
**capture** [3] - 593:7, 593:10, 595:5
**captures** [2] - 593:11, 597:2
**car** [8] - 567:1, 567:11, 567:19, 569:4, 569:7, 570:1, 570:8, 573:12
**card** [9] - 560:4, 567:17, 567:24, 568:4, 568:14, 568:15, 568:18, 568:20, 569:4
**cardboard** [1] - 569:17
**cards** [2] - 568:17, 569:4
**Carlton** [1] - 490:17
**Carolina** [1] - 485:11
**carried** [2] - 570:22, 575:13
**carrier** [4] - 510:15, 510:19, 510:20, 569:16
**carries** [1] - 510:21
**carry** [1] - 503:22
**carrying** [1] - 586:21
**case** [17] - 487:4, 544:19, 548:18,

548:21, 551:16, 552:6, 558:10, 566:13, 568:8, 569:16, 569:20, 571:25, 572:1, 604:16, 608:24, 608:25
**causing** [2] - 497:18, 498:2
**CDU** [31] - 486:22, 486:25, 487:8, 487:22, 487:24, 488:2, 490:2, 490:14, 490:17, 490:19, 492:23, 493:11, 494:8, 498:7, 505:25, 512:16, 513:8, 516:20, 526:5, 530:10, 533:16, 577:4, 577:7, 577:14, 579:2, 579:3, 579:8, 579:11, 580:3, 580:16, 581:3
**CDU's** [1] - 579:5
**cell** [6] - 553:4, 553:6, 555:7, 566:5, 566:11, 566:18
**Cellebrite** [3] - 556:24, 556:25, 557:4
**cement** [4] - 574:11, 583:7, 589:6
**Center** [2] - 488:11, 488:12
**central** [1] - 536:24
**certain** [1] - 579:8
**certainly** [1] - 544:21
**CERTIFICATE** [1] - 609:10
**certify** [1] - 609:13
**cetera** [1] - 555:15
**CHAD** [3] - 483:8, 562:19, 562:24
**Chad** [1] - 562:11, 562:24
**CHAN** [1] - 482:18
**change** [7] - 494:11, 494:14, 499:22, 510:11, 584:4, 588:5, 588:7
**changed** [2] - 494:19, 592:18
**changing** [1] - 494:23
**channel** [2] - 488:15, 507:19
**chanting** [1] - 597:4
**chaos** [2] - 597:5, 601:5
**charge** [1] - 580:12

**charges** [1] - 551:22
**check** [2] - 502:6, 561:9
**checking** [2] - 509:10, 555:16
**chemical** [6] - 497:9, 532:9, 543:8, 543:14, 543:19, 545:25
**chemicals** [1] - 543:9
**chest** [5] - 491:3, 507:2, 528:4, 593:5, 602:9
**choice** [1] - 601:15
**CHRISTOPHER** [1] - 482:10
**chuck** [1] - 594:6
**circle** [6] - 514:15, 522:3, 526:3, 572:25, 589:21, 595:19
**citizens** [1] - 490:23
**civil** [3] - 487:1, 539:16, 580:13
**Civil** [2] - 544:17, 577:5
**clarify** [1] - 535:20
**clean** [1] - 574:13
**clear** [12] - 516:2, 526:8, 531:21, 545:23, 574:12, 582:2, 584:13, 584:14, 587:11, 590:11, 592:25, 595:21
**clearly** [2] - 506:22, 594:21
**clears** [1] - 594:22
**Clip** [8] - 493:21, 495:1, 497:7, 497:12, 508:19, 531:23, 532:17, 573:3
**clip** [20] - 493:23, 493:24, 495:12, 497:10, 498:15, 508:23, 531:25, 532:18, 533:8, 542:25, 586:4, 588:12, 588:19, 589:4, 591:2, 591:22, 593:21, 597:11, 598:16, 605:25
**Clips** [2] - 489:15, 489:16
**clips** [6] - 489:17, 489:21, 490:1, 490:11, 495:6, 542:13

**clock** [4] - 595:6, 595:8, 598:2, 606:11
**close** [6] - 507:4, 524:21, 587:3, 591:25, 592:3
**closed** [1] - 503:14
**Closed** [2] - 503:15, 585:4
**closely** [2] - 520:10, 558:7
**closer** [7] - 585:12, 586:3, 587:15, 592:10, 592:16, 592:19, 593:16
**closest** [1] - 552:9
**clothing** [1] - 564:1
**code** [2] - 507:7, 507:11
**coincide** [1] - 607:6
**cold** [1] - 511:1
**collapsed** [1] - 539:22
**collect** [1] - 576:7
**color** [3] - 520:19, 595:17
**colors** [1] - 517:10
**Columbia** [1] - 573:23
**COLUMBIA** [1] - 482:1
**combat** [3] - 485:13, 535:13, 535:24
**comfortable** [3] - 484:17, 558:18, 562:18
**coming** [13] - 493:3, 529:24, 533:10, 534:5, 535:25, 539:2, 579:13, 590:4, 591:9, 601:19, 602:1, 606:16, 607:12
**Command** [2] - 488:11, 488:12
**command** [2] - 519:11, 522:13
**comments** [1] - 511:19
**commonplace** [1] - 552:16
**communicate** [3] - 488:5, 488:8, 507:8
**communicating** [1] - 488:7
**communications** [1] - 488:13
**compare** [1] - 571:8
**compared** [1] - 583:11
**comparisons** [1] - 604:5
**complete** [1] - 609:15
**completely** [1] - 494:21

**complies** [12] - 514:17, 522:5, 526:4, 573:1, 582:3, 586:19, 589:24, 590:12, 592:15, 593:1, 595:20, 595:23
**comprehensive** [1] - 558:3
**computer** [1] - 559:3
**computers** [1] - 558:25
**concern** [4] - 579:5, 579:7, 594:3
**concerned** [1] - 597:6
**concerns** [1] - 500:5
**conducted** [1] - 553:12
**conducting** [1] - 551:14
**conference** [4] - 544:13, 545:5, 608:10, 608:18
**confirm** [1] - 559:7
**conflict** [1] - 510:25
**confrontation** [1] - 540:22
**confronting** [1] - 540:4
**congested** [1] - 541:16
**connection** [1] - 550:16
**considerable** [1] - 579:25
**considerably** [2] - 586:13, 599:12
**consistent** [4] - 489:24, 492:5, 525:10, 565:1
**constitutes** [1] - 609:13
**Constitution** [7] - 482:22, 492:25, 494:1, 496:13, 499:11, 510:9, 609:21
**contact** [5] - 493:6, 498:1, 524:6, 524:23, 526:16, 590:4
**contains** [1] - 497:25
**contaminant** [1] - 532:2
**content** [4] - 556:7, 556:8, 558:4, 566:15
**contents** [1] - 569:17
**continue** [15] - 484:9, 498:13, 507:24, 508:8, 512:3, 514:3,

519:22, 527:2, 528:18, 529:22, 530:11, 547:13, 590:22, 597:19, 600:14
**control** [7] - 543:13, 543:20, 543:22, 544:21, 545:17, 577:15, 601:11
**COOPER** [1] - 482:10
**cooperative** [1] - 573:7
**corner** [4] - 502:11, 572:22, 582:1, 594:11
**Corps** [1] - 485:12
**correct** [30] - 536:16, 536:20, 537:2, 537:9, 537:21, 538:2, 538:7, 538:8, 538:11, 539:2, 540:5, 541:2, 541:3, 541:4, 542:8, 542:9, 543:1, 543:5, 543:6, 544:11, 546:14, 558:21, 558:24, 559:13, 559:17, 560:19, 561:8, 574:19, 575:7, 594:23
**counsel** [5] - 554:7, 556:14, 564:14, 576:7, 603:12
**count** [1] - 531:14
**counts** [1] - 567:9
**couple** [2] - 529:4, 561:4
**course** [4] - 503:23, 552:4, 560:13, 561:7
**COURT** [55] - 482:1, 484:2, 484:5, 484:12, 484:16, 484:19, 489:13, 489:18, 492:17, 492:21, 510:7, 525:17, 527:20, 534:10, 534:14, 544:1, 544:14, 544:20, 545:2, 546:19, 547:24, 548:13, 549:1, 551:1, 554:20, 557:10, 558:16, 558:18, 562:7, 562:13, 562:15, 562:18, 564:7, 565:6, 565:21, 566:1, 568:10, 568:25, 569:21, 570:5, 575:15,

575:20, 575:25, 576:2, 576:4, 576:7, 576:11, 603:19, 608:11, 608:13, 608:16, 608:19, 609:2, 609:7, 609:10
**court** [2] - 601:19, 602:1
**Court** [10] - 482:21, 482:21, 489:2, 491:9, 554:7, 556:13, 564:13, 568:8, 603:11, 609:20
**Court's** [2] - 497:11, 608:7
**Courthouse** [2] - 482:22, 609:20
**courtroom** [4] - 484:14, 548:25, 550:19, 609:1
**cover** [2] - 496:6, 574:23
**covered** [1] - 545:15
**crime** [2] - 545:19, 576:25
**crimes** [1] - 549:22
**Criminal** [1] - 482:3
**criminal** [1] - 545:11
**CROSS** [3] - 534:15, 558:12, 572:16
**cross** [2] - 561:16, 575:5
**cross-examination** [1] - 575:5
**CROSS-EXAMINATION** [3] - 534:15, 558:12, 572:16
**crowd** [64] - 493:17, 494:11, 500:12, 504:6, 504:8, 504:11, 505:5, 505:10, 505:16, 506:13, 506:14, 508:5, 508:12, 512:12, 513:10, 513:21, 513:25, 515:9, 515:17, 535:8, 535:17, 535:21, 535:22, 536:3, 538:19, 541:10, 541:12, 544:7, 544:8, 544:9, 544:21, 577:15, 579:12, 579:13, 579:18, 579:24, 580:6, 582:24, 583:2, 583:10, 583:12, 583:13,

583:19, 586:6, 586:11, 586:13, 586:21, 587:16, 588:1, 588:5, 590:4, 591:5, 591:10, 591:11, 592:4, 592:18, 592:19, 594:2, 596:17, 596:21, 597:14, 605:2, 606:9, 608:4
**crowd's** [1] - 599:12
**crowds** [7] - 493:15, 494:1, 543:14, 543:21, 543:22, 545:7, 545:17
**CRR** [3] - 482:21, 609:12, 609:19
**Cruiser** [3] - 496:17, 496:18, 497:3
**current** [2] - 485:5, 486:23
**cut** [1] - 511:8
**cuts** [1] - 511:14

---

**D**

**D-U-C-K-E-T-T** [1] - 576:16
**D.C** [3] - 498:25, 543:21, 560:3
**danger** [1] - 517:16
**dangerous** [5] - 517:25, 579:9, 579:11, 579:12
**Daniel** [1] - 490:19
**dark** [4] - 564:3, 582:13, 595:17, 602:17
**dark-in-color** [1] - 595:17
**data** [2] - 557:13, 559:1
**date** [5] - 556:10, 557:18, 557:21, 557:22, 557:25
**dated** [1] - 566:13
**Dated** [1] - 609:17
**days** [3] - 551:9, 553:15, 553:18
**DC** [4] - 482:15, 482:19, 482:23, 609:22
**dealings** [1] - 566:17
**decision** [2] - 533:24, 534:1
**declare** [1] - 499:15
**declared** [2] - 501:13, 502:1
**decon** [1] - 532:12
**deconned** [2] - 532:1,

532:7
**defendant** [6] - 550:25, 563:17, 564:6, 570:10, 575:9, 575:11
**Defendant** [2] - 482:7, 482:17
**defendant's** [6] - 554:4, 555:8, 557:5, 567:3, 568:18, 570:7
**defense** [1] - 542:15
**defensive** [7] - 590:2, 590:3, 601:8, 601:9, 601:11, 601:13
**defensively** [2] - 512:2, 513:6
**definitely** [2] - 531:13, 574:18
**degrees** [1] - 539:4
**demeanor** [1] - 602:20
**denied** [1] - 503:11
**dense** [1] - 586:13
**Department** [6] - 485:4, 550:7, 552:19, 552:20, 576:20, 576:22
**department** [3] - 499:1, 545:24, 606:6
**departments** [1] - 550:10
**deploy** [4] - 517:6, 517:8, 544:8, 545:17
**deployed** [1] - 497:25
**deputy** [1] - 484:14
**derogatory** [1] - 504:19
**describe** [5] - 510:17, 526:22, 539:3, 554:21, 602:15
**described** [2] - 487:13, 583:20
**describing** [1] - 585:14
**despite** [1] - 602:8
**destination** [15] - 582:14, 582:21, 582:25, 583:25, 584:3, 585:5, 586:4, 590:19, 592:16, 592:19, 593:16, 605:20, 606:14, 607:8, 608:2
**detail** [2] - 488:19, 550:3
**details** [1] - 499:2
**determine** [4] - 553:12, 555:9, 556:7, 556:10
**device** [2] - 490:22, 555:19

**devices** [4] - 557:1, 572:14, 573:16, 573:20
**dexterity** [1] - 511:15
**dictated** [2] - 580:5, 580:6
**difference** [1] - 574:18
**different** [7] - 486:23, 500:8, 517:10, 525:8, 574:17, 583:8, 606:17
**differently** [1] - 500:22
**difficult** [1] - 512:15
**direct** [2] - 540:22, 600:8
**DIRECT** [4] - 484:21, 549:6, 562:20, 576:12
**directing** [1] - 538:14
**direction** [3] - 537:6, 537:9, 607:12
**directions** [1] - 493:7
**directly** [16] - 514:7, 514:10, 514:22, 519:4, 519:19, 522:18, 524:14, 528:3, 528:4, 530:24, 540:4, 541:18, 547:2, 547:17, 547:22, 547:25
**dirt** [3] - 511:14, 574:14, 574:20
**dirty** [1] - 574:11
**disabilities** [2] - 551:5, 560:24
**discomfort** [1] - 498:2
**discuss** [5] - 548:17, 560:16, 562:9, 575:17, 609:3
**discussions** [2] - 548:21, 608:24
**dismantled** [3] - 520:13, 520:14, 521:24
**dismantling** [2] - 520:15, 530:17
**dispatch** [1] - 488:13
**disperse** [5] - 544:3, 544:7, 606:9
**display** [1] - 581:24
**dissipate** [1] - 604:25
**distance** [1] - 599:15
**distinction** [2] - 538:22, 538:23
**DISTRICT** [3] - 482:1, 482:1, 482:11
**District** [6] - 485:2, 485:5, 567:18, 572:13, 573:23,

576:20
**disturbance** [3] - 487:1, 539:16, 580:13
**Disturbance** [2] - 544:17, 577:5
**Division** [2] - 549:16, 563:5
**division** [1] - 552:3
**divisions** [2] - 552:4, 553:24
**done** [1] - 544:10
**dot** [1] - 608:21
**down** [8] - 513:5, 519:9, 526:24, 539:17, 574:15, 583:8, 601:14, 609:3
**downtown** [1] - 580:21
**draw** [7] - 493:20, 495:1, 497:6, 501:5, 532:16, 533:6, 538:22
**drive** [1] - 494:18
**driving** [1] - 498:11
**dropped** [4] - 582:5, 582:9, 582:13, 584:22
**DSO** [1] - 580:12
**Duckett** [18] - 490:14, 491:4, 576:1, 576:15, 576:16, 581:25, 582:5, 584:21, 585:11, 588:12, 589:3, 595:5, 597:24, 603:13, 603:21, 606:25, 608:1, 609:2
**DUCKETT** [1] - 483:11
**Duckett's** [2] - 491:23, 492:11
**Dunn** [29] - 491:12, 493:23, 501:8, 501:19, 502:15, 504:1, 507:23, 508:2, 508:21, 512:3, 513:12, 515:23, 518:19, 522:5, 526:9, 527:21, 529:3, 529:20, 530:14, 547:12, 565:10, 565:19, 566:22, 567:14, 568:2, 584:11, 584:15, 596:16
**Dunn-Gordon** [28] - 491:12, 493:23, 501:8, 501:19, 502:15, 504:1,

507:23, 508:2, 508:21, 512:3, 513:12, 515:23, 518:19, 519:22, 525:23, 526:9, 527:21, 529:3, 529:20, 530:14, 547:12, 565:10, 565:19, 566:22, 567:14, 568:2, 584:15, 596:16

**E**

**easily** [2] - 587:4, 594:6
**east** [1] - 532:23
**effect** [4] - 503:10, 503:11, 561:20, 588:23
**effectuate** [1] - 552:17
**efforts** [1] - 560:11
**eight** [2] - 576:23, 577:24
**elapsed** [1] - 604:7
**electronic** [4] - 557:1, 572:14, 573:16, 573:19
**electronics** [1] - 558:25
**ELIZABETH** [1] - 482:13
**email** [2] - 555:16, 555:18
**Emergency** [1] - 498:25
**emergency** [1] - 507:17
**employed** [2] - 549:12, 576:17
**encounter** [1] - 605:17
**encountered** [1] - 550:12
**end** [11] - 527:3, 545:5, 548:18, 562:9, 570:12, 574:4, 574:7, 574:14, 584:6, 605:8, 608:18
**ended** [2] - 533:18, 584:7
**ends** [1] - 572:24

**enemies** [1] - 517:16
**enforcement** [9] - 505:6, 505:8, 507:8, 510:24, 550:9, 552:25, 553:9, 567:11, 571:12
**engage** [3] - 535:18, 537:1, 537:3
**engaged** [1] - 535:23
**engaging** [4] - 500:11, 537:21, 538:10, 538:11
**ensure** [1] - 545:15
**entail** [1] - 580:19
**entered** [1] - 607:18
**enters** [1] - 548:25
**entire** [1] - 561:7
**entrance** [8] - 497:2, 502:7, 506:12, 506:21, 508:7, 514:23, 531:7, 578:7
**equipment** [4] - 487:2, 502:6, 511:12, 511:16
**especially** [1] - 536:25
**ESQ** [4] - 482:13, 482:14, 482:17, 482:18
**essentially** [3] - 488:12, 500:10, 606:9
**estimate** [1] - 515:16
**estimated** [1] - 571:10
**et** [1] - 555:15
**event** [1] - 490:23
**events** [4] - 485:22, 486:16, 494:6, 531:16
**Events** [2] - 488:17, 488:18
**evidence** [11] - 553:13, 565:9, 566:9, 566:12, 566:17, 568:16, 568:22, 573:22, 581:24, 584:16, 606:22
**exactly** [3] - 500:24, 514:19, 524:13
**EXAMINATION** [10] - 484:21, 534:15, 546:22, 549:6, 558:12, 561:14, 562:20, 572:16, 575:3, 576:12
**examination** [3] - 561:17, 566:19, 575:5
**examine** [3] - 556:8, 566:15, 574:3
**examined** [2] - 558:6,

558:9
**excerpt** [1] - 491:13
**excerpted** [1] - 489:17
**excerpts** [2] - 489:6, 489:9
**excused** [3] - 548:18, 562:8, 575:16
**execute** [1] - 552:7
**executing** [3] - 551:25, 552:5, 572:3
**execution** [1] - 554:1
**Exhibit** [53] - 489:4, 491:17, 491:20, 491:23, 493:20, 495:1, 497:7, 501:6, 508:19, 509:20, 521:8, 522:9, 524:8, 524:19, 524:25, 525:2, 525:15, 527:12, 527:15, 529:9, 529:21, 530:15, 531:23, 532:16, 533:7, 536:6, 536:14, 554:7, 554:18, 556:14, 557:8, 565:10, 565:12, 565:20, 566:4, 566:23, 568:7, 568:11, 568:12, 568:21, 569:2, 569:19, 571:1, 574:2, 574:3, 574:10, 581:24, 598:23, 600:14, 603:2, 603:12, 604:15, 606:22
**exhibit** [10] - 489:14, 527:22, 546:3, 554:10, 566:24, 568:9, 569:20, 584:16, 598:3, 603:17
**exhibits** [2] - 491:14, 576:8
**Exhibits** [6] - 489:2, 491:10, 492:8, 492:20, 564:12, 567:15
**exits** [2] - 578:7, 609:1
**expect** [1] - 580:19
**expectations** [1] - 499:22
**expecting** [1] - 510:25
**experience** [2] - 510:24, 544:21
**experiencing** [1] - 511:9
**explain** [9] - 486:7, 498:22, 578:5,

587:2, 589:3, 599:10, 600:4, 601:10, 606:3
**explode** [1] - 498:1
**exposed** [1] - 532:3
**extended** [2] - 539:15, 539:21
**extendible** [1] - 539:15
**extends** [3] - 541:2, 541:6
**extent** [1] - 542:4
**extra** [2] - 487:2, 496:5
**extremely** [2] - 541:13, 592:22
**eye** [1] - 518:22
**eyes** [3] - 593:2, 593:8, 602:12

**F**

**face** [8] - 526:24, 540:6, 540:14, 540:19, 544:25
**Facebook** [1] - 561:10
**facing** [1] - 540:19
**fact** [3] - 558:24, 559:15, 561:17
**factors** [1] - 579:8
**fair** [8] - 538:18, 540:24, 541:7, 542:2, 543:9, 558:25, 593:5, 604:6
**fairly** [1] - 539:21
**familiar** [8] - 485:23, 500:17, 501:15, 517:1, 520:21, 556:17, 578:2, 598:19
**far** [4] - 515:16, 560:21, 580:22, 580:23
**fast** [3] - 504:2, 504:20, 536:23
**FBI** [20] - 549:18, 551:10, 551:14, 552:9, 553:12, 555:3, 556:7, 556:10, 556:19, 556:20, 556:25, 558:14, 558:20, 561:18, 561:23, 562:3, 564:15, 564:23, 566:15, 572:18
**Federal** [2] - 549:15, 563:1
**feet** [1] - 571:11
**fellow** [1] - 535:8
**FEMS** [1] - 498:24
**fencing** [1] - 500:18,

502:24

**FENS** [2] - 498:21, 498:23
**few** [15] - 490:11, 494:9, 502:1, 503:6, 508:10, 516:20, 528:11, 535:22, 547:13, 551:4, 553:15, 553:18, 577:22, 597:20, 598:13
**Field** [3] - 551:15, 551:16, 553:25
**field** [1] - 507:20
**fight** [5] - 506:24, 507:3, 515:16, 588:14, 588:15
**figure** [2] - 494:9, 509:8, 539:13
**file** [3] - 566:13, 583:23
**finally** [3] - 546:4, 574:22, 608:2
**fine** [2] - 608:16, 609:6
**finger** [2] - 514:15, 582:18
**fingers** [1] - 511:8
**Fire** [3] - 498:24, 498:25, 552:19
**fire** [1] - 498:25
**fires** [1] - 487:4
**fireworks** [1] - 497:9
**first** [51] - 516:23, 538:9, 542:25, 576:15, 577:22, 578:19, 582:5, 582:9, 601:14, 603:9
**five** [3] - 494:10, 515:21, 600:15
**flag** [6] - 514:7, 514:11, 569:13, 570:19, 571:2, 571:9
**flagpole** [3] - 570:22, 570:23, 575:13
**flagpoles** [1] - 583:8
**flame** [1] - 487:3
**flicked** [1] - 592:24
**flip** [2] - 527:22, 564:19
**focus** [1] - 510:11
**folks** [1] - 508:14
**follow** [1] - 582:13
**following** [2] - 544:13, 608:10
**footage** [3] - 492:20, 595:6, 595:24
**football** [1] - 601:13
**FOR** [1] - 482:1
**force** [3] - 545:14, 570:18, 590:6

**foregoing** [1] - 609:13
**foreground** [2] - 522:21, 522:23
**form** [1] - 533:18
**formation** [3] - 583:20, 583:22, 584:4
**formations** [1] - 580:5
**formed** [1] - 607:6
**former** [1] - 576:8
**forming** [1] - 592:4
**forward** [16] - 504:2, 504:20, 513:18, 518:1, 518:13, 519:17, 522:12, 526:16, 537:5, 591:3, 597:12, 597:15, 598:17, 600:22, 605:4, 605:19
**forwarded** [1] - 555:19
**four** [1] - 571:11
**fourth** [1] - 576:20
**frame** [11] - 514:4, 526:19, 528:1, 528:15, 529:25, 535:6, 589:9, 592:7, 593:14, 600:5, 606:12
**free** [5] - 484:16, 534:10, 541:16, 541:20, 575:21
**freely** [1] - 541:11
**front** [51] - 499:13, 502:22, 503:16, 509:10, 512:11, 514:24, 515:1, 518:14, 518:16, 519:4, 519:9, 522:18, 523:7, 523:9, 524:14, 526:5, 526:15, 528:12, 528:22, 536:19, 540:3, 540:4, 546:12, 546:13, 547:22, 547:25, 582:17, 584:7, 587:21, 588:2, 590:6, 590:18, 590:19, 590:20, 591:25, 592:3, 592:6, 593:11, 594:20, 597:1, 597:3, 597:17, 599:18, 599:24, 599:25, 601:5, 603:9, 604:10, 604:11, 605:19, 607:7
**full** [2] - 511:15, 609:14

**funny** [1] - 525:20

**G**

**garage** [4] - 558:22, 558:22, 565:14, 573:5
**garage-style** [1] - 565:14
**garment** [1] - 487:3
**gas** [29] - 503:22, 503:23, 514:10, 519:19, 521:17, 522:4, 522:15, 523:4, 523:18, 524:12, 525:5, 528:23, 528:25, 530:5, 530:11, 536:17, 536:20, 543:2, 543:3, 543:5, 543:6, 546:25, 547:16, 548:5, 548:9, 595:17, 600:9, 602:16
**gate** [2] - 593:25, 607:7
**gates** [1] - 585:7
**gathering** [1] - 500:9
**gear** [11] - 487:13, 487:14, 487:24, 493:11, 493:13, 496:5, 498:9, 498:16, 510:23, 511:17, 581:19
**gearing** [1] - 498:8
**gears** [2] - 501:5, 524:24
**Generally** [1] - 565:24
**generally** [3] - 500:20, 538:23, 539:1
**gentleman** [9] - 520:17, 521:7, 536:15, 538:9, 542:23, 542:24, 546:25, 603:7, 603:25
**gentlemen** [4] - 534:10, 548:14, 575:21, 608:19
**given** [1] - 496:5
**gloves** [7] - 510:16, 511:1, 511:4, 511:7, 511:10, 511:11, 542:20
**goal** [1] - 506:17
**gold** [1] - 526:23
**Gordon** [29] - 491:12, 493:23, 501:8, 501:19, 502:15, 504:1, 507:23,

508:2, 508:21, 512:3, 513:12, 515:23, 518:19, 519:22, 525:23, 526:9, 527:21, 529:3, 529:20, 530:14, 547:12, 565:10, 565:19, 566:22, 567:14, 568:2, 584:12, 584:15, 596:16
**government** [4] - 484:10, 549:4, 562:11, 576:1
**government's** [2] - 549:2, 584:16
**Government's** [11] - 536:14, 539:23, 554:7, 556:14, 557:8, 581:23, 598:22, 600:14, 603:1, 603:12, 606:21
**grade** [2] - 484:7, 497:9
**great** [2] - 548:18, 608:23
**grenade** [1] - 517:5
**ground** [3] - 596:8, 596:10, 598:5
**grounds** [4] - 500:20, 501:3, 506:18, 531:6
**group** [7] - 505:12, 505:20, 580:7, 585:11, 587:9, 605:4, 607:8
**GSA** [1] - 484:6
**guess** [8] - 510:9, 539:10, 542:2, 542:17, 542:25, 543:20, 544:25, 568:14
**gut** [1] - 486:14
**guys** [2] - 532:6, 588:2

**H**

**H-A-C-K-E-R-M-A-N** [1] - 484:25
**HACKERMAN** [2] - 483:3, 484:20
**Hackerman** [32] - 484:11, 484:25, 485:1, 489:21, 490:21, 491:14, 493:25, 495:13, 497:14, 498:18, 500:14, 502:20, 504:5, 504:23, 505:25, 506:10, 508:4, 508:24,

509:25, 513:15, 516:6, 519:25, 525:2, 526:1, 526:19, 527:6, 527:25, 529:24, 530:4, 530:24, 548:16, 581:8
**half** [3] - 485:16, 556:15, 602:17
**hand** [19] - 484:14, 502:11, 513:4, 519:6, 521:3, 535:13, 535:23, 535:24, 562:16, 572:22, 576:5, 587:22, 589:18, 589:19, 596:6, 601:18
**hand-to-hand** [1] - 535:13
**hands** [1] - 596:11
**happy** [4] - 493:18, 494:20, 531:13, 583:1
**hard** [5] - 487:2, 510:16, 510:22, 577:16, 581:19
**hard-knuckled** [1] - 510:16
**harden** [1] - 496:2
**harder** [2] - 587:16, 594:20
**hat** [1] - 527:10
**haze** [4] - 516:23, 517:1, 522:6, 548:10
**head** [5] - 502:6, 521:22, 531:14, 587:5, 589:7
**headed** [2] - 499:12, 515:3
**heading** [2] - 502:22, 514:23
**hear** [26] - 488:22, 488:24, 490:2, 490:7, 495:13, 495:20, 497:20, 497:21, 498:3, 499:15, 501:1, 504:14, 504:16, 509:4, 509:16, 509:25, 511:19, 512:7, 518:6, 532:21, 538:15, 538:19, 591:3, 591:7, 591:15, 605:25
**heard** [7] - 489:21, 489:24, 494:3, 495:10, 501:12, 510:5, 533:14

**hearing** [6] - 495:22, 500:5, 500:14, 510:3, 555:13, 555:15
**held** [2] - 522:25, 529:18
**HELD** [1] - 482:10
**hello** [1] - 494:21
**helmet** [5] - 520:18, 520:19, 521:2, 542:20
**help** [5] - 530:8, 581:19, 582:22, 602:23, 605:15
**helped** [1] - 607:11
**helping** [1] - 515:11
**hereby** [1] - 609:12
**hide** [2] - 574:22, 574:23
**highest** [1] - 579:7
**Highlander** [1] - 566:25
**himself** [3] - 512:1, 552:15, 556:1
**History** [1] - 580:22
**hit** [14] - 548:10, 574:11, 582:2, 584:13, 584:14, 587:5, 589:6, 600:11, 600:17, 600:20, 601:3, 601:24, 604:6, 605:9
**hits** [1] - 599:17
**Hodge** [1] - 491:4
**Hodges** [9] - 490:19, 501:7, 527:25, 547:7, 547:8, 547:15, 581:11, 597:18, 599:17
**Hodges's** [7] - 491:20, 492:11, 509:21, 521:11, 598:18, 603:8, 603:14
**hold** [10] - 513:4, 523:22, 534:4, 565:25, 589:13, 589:17, 589:22, 590:5, 596:11, 602:19
**holding** [19] - 504:24, 519:6, 519:8, 519:9, 521:2, 523:5, 523:9, 523:12, 523:18, 524:13, 536:25, 541:1, 542:6, 583:7, 589:9, 589:25, 599:3, 599:5, 602:18
**holds** [1] - 497:25
**home** [6] - 568:18, 570:7, 575:18,

578:13, 578:14, 578:22
**Hon** [1] - 570:15
**Honor** [9] - 489:15, 492:19, 549:3, 554:17, 557:3, 557:7, 558:11, 566:2, 575:24
**HONORABLE** [1] - 482:10
**hostile** [7] - 500:12, 579:13, 583:17, 588:8, 590:5, 592:23, 596:23
**hour** [1] - 609:7
**hours** [5] - 494:9, 494:10, 501:14, 533:3, 561:4
**house** [7] - 550:1, 553:19, 554:13, 557:5, 559:20, 562:1, 563:10
**hundred** [1] - 583:12
**hung** [1] - 545:10
**hurt** [1] - 505:15
**hurts** [1] - 588:24

## I

**identified** [3] - 489:9, 550:25, 564:6
**identify** [7] - 490:5, 490:8, 517:19, 534:23, 564:1, 570:23
**identifying** [1] - 568:15
**image** [4] - 598:24, 599:1, 602:24, 604:1
**imagine** [1] - 583:18
**immediate** [3] - 507:16, 596:21, 602:3
**immediately** [3] - 515:8, 535:5, 581:18
**impact** [3] - 578:18, 600:1, 600:8
**important** [1] - 578:10
**IN** [2] - 482:1, 484:4
**inch** [1] - 540:7
**incident** [8] - 490:23, 507:13, 513:15, 525:4, 530:19, 599:8, 599:11, 600:10
**include** [1] - 557:17
**included** [1] - 559:2
**including** [1] - 488:20
**Independence** [2] - 499:6, 499:8

**independent** [1] - 561:1
**individual** [18] - 536:14, 536:16, 536:19, 537:1, 537:4, 537:7, 537:8, 537:21, 537:25, 538:6, 538:10, 540:2, 540:15, 540:24, 540:25, 587:4, 592:23, 599:17
**individuals** [1] - 535:25
**indulgence** [2] - 497:11, 608:7
**information** [5] - 555:14, 555:15, 557:17, 565:22, 572:4
**initialed** [1] - 566:12
**initiated** [1] - 577:16
**injured** [3] - 505:17, 509:13, 531:16
**injuries** [6] - 496:21, 497:17, 505:19, 531:15, 534:4, 594:7
**inside** [9] - 504:8, 504:10, 508:25, 533:18, 554:23, 558:21, 567:11, 567:19, 573:5
**interaction** [3] - 520:11, 530:10, 538:1
**interactions** [1] - 490:22
**interested** [3] - 561:19, 561:23, 562:4
**interfaced** [1] - 550:6
**interviews** [1] - 552:5
**Investigation** [2] - 549:15, 563:1
**investigation** [6] - 551:10, 551:12, 551:14, 552:3, 552:5, 553:12
**investigators** [2] - 560:14, 561:20
**involved** [6] - 487:6, 551:25, 552:2, 553:23, 563:9, 563:12
**involvement** [1] - 566:19
**iPads** [1] - 559:1
**irrelevant** [1] - 543:24
**irritant** [1] - 532:10
**issue** [1] - 551:19

**issued** [4] - 487:17, 487:24, 496:6, 588:18
**items** [8] - 558:22, 559:19, 559:23, 560:1, 560:8, 560:9, 560:21, 570:13

## J

**jacket** [8] - 503:17, 514:8, 520:17, 526:23, 526:25, 527:10, 538:10, 564:3
**January** [64] - 486:16, 486:17, 487:10, 488:2, 489:6, 489:24, 490:14, 490:17, 490:19, 491:5, 491:7, 491:18, 491:21, 491:24, 492:6, 492:23, 492:24, 494:8, 495:23, 500:17, 503:12, 504:6, 515:6, 517:18, 525:11, 549:22, 549:23, 549:25, 551:9, 551:13, 551:19, 551:23, 552:11, 553:15, 553:18, 557:14, 557:22, 558:1, 559:11, 559:22, 560:10, 560:12, 560:17, 561:22, 561:25, 562:2, 563:6, 563:10, 564:8, 564:16, 564:24, 565:1, 565:13, 568:18, 568:19, 570:7, 571:4, 573:23, 575:9, 575:12, 577:7, 579:2, 580:15, 602:13
**job** [2] - 576:24, 594:19
**JOCC** [4] - 488:8, 488:10, 488:20, 497:14
**Joe** [1] - 509:2
**Joint** [1] - 488:11
**joint** [1] - 488:12
**JUDGE** [1] - 482:11
**jump** [5] - 585:19, 585:25, 587:12, 590:24, 593:12
**Juror** [1] - 608:22

**JURY** [2] - 482:10, 484:4
**jury** [27] - 489:2, 491:1, 491:10, 493:22, 495:4, 497:8, 498:22, 506:25, 508:22, 513:2, 514:16, 519:15, 521:10, 522:3, 523:21, 524:10, 524:25, 526:3, 527:13, 527:22, 529:10, 531:24, 548:25, 564:14, 576:14, 581:24, 609:1
**jury's** [1] - 565:21

## K

**Kate** [1] - 551:18
**Kathryn** [1] - 558:10
**keep** [5] - 505:22, 506:7, 509:9, 516:17, 518:21, 540:10, 546:20, 580:3, 588:2, 597:22
**keeping** [1] - 509:11
**kind** [16] - 486:12, 517:22, 517:23, 535:8, 541:19, 544:24, 545:10, 573:22, 579:16, 582:11, 583:3, 583:5, 583:22, 586:23, 587:8
**kinds** [1] - 485:20
**knee** [1] - 588:22
**knock** [1] - 587:5
**knowing** [5] - 551:3, 578:6, 578:8, 578:20
**knowledge** [2] - 561:7, 566:16, 574:25
**known** [1] - 579:14
**knuckled** [1] - 510:16

## L

**label** [1] - 567:8
**labeled** [1] - 568:14
**ladies** [4] - 534:10, 548:14, 575:21, 608:19
**language** [1] - 494:15
**laptop** [3] - 559:5, 559:8, 573:18
**large** [2] - 485:22, 500:8, 582:23, 583:6, 583:10, 588:1, 589:6, 602:16
**larger** [1] - 489:17

**last** [7] - 502:5, 532:8, 551:9, 551:19, 551:23, 576:15, 599:12
**lastly** [2] - 542:17, 560:23
**laughed** [1] - 570:15
**law** [10] - 485:21, 505:6, 505:8, 507:7, 510:24, 550:9, 552:25, 553:9, 567:11, 571:12
**lawn** [2] - 502:7, 514:23
**layer** [1] - 511:13
**laying** [1] - 570:21
**lead** [2] - 551:16, 579:17
**leader** [2] - 486:22, 487:9
**leading** [1] - 547:23
**learn** [3] - 512:20, 532:23, 555:12
**learned** [1] - 486:4
**least** [2] - 494:9, 513:25
**leave** [2] - 496:12, 606:10
**left** [13] - 502:11, 521:23, 523:2, 533:11, 540:8, 541:24, 572:22, 582:11, 585:22, 589:18, 589:19, 600:14
**left-hand** [2] - 502:11, 572:22
**legs** [2] - 503:19, 503:21
**Lejeune** [1] - 485:11
**less** [1] - 579:9
**letter** [1] - 567:5
**letters** [1] - 567:9
**level** [1] - 545:19
**LIEUTENANT** [2] - 483:3, 484:20
**lieutenant** [5] - 488:2, 489:19, 502:20, 580:6, 581:7
**Lieutenant** [31] - 484:10, 484:23, 485:1, 489:21, 490:21, 491:14, 493:25, 495:13, 497:14, 498:18, 500:14, 504:5, 504:23, 505:25, 506:10, 508:4, 508:24, 509:25, 513:15, 516:6,

519:25, 525:2, 526:1, 526:19, 527:6, 527:25, 529:24, 530:4, 530:24, 548:16, 581:8
**likely** [1] - 560:14
**line** [17] - 505:9, 518:16, 530:12, 530:25, 531:10, 532:8, 533:18, 534:3, 534:4, 580:5, 583:23, 588:3, 592:5, 597:11, 599:23, 605:4, 607:6
**lined** [1] - 597:13
**lines** [5] - 580:7, 583:24, 584:1, 585:14, 585:17
**lining** [2] - 505:8, 597:14
**LISA** [1] - 609:12
**Lisa** [1] - 482:21
**list** [2] - 559:7, 560:9
**listed** [4] - 557:22, 570:9, 572:9, 573:21
**literally** [2] - 535:23, 601:15
**local** [1] - 550:9
**locate** [1] - 574:1
**located** [1] - 552:20
**log** [1] - 555:14
**look** [11] - 486:6, 520:10, 555:3, 559:4, 560:15, 561:21, 570:15, 572:4, 572:6, 573:22, 574:7
**looked** [5] - 540:18, 542:22, 542:23, 554:25, 608:4
**looking** [11] - 486:9, 536:13, 538:5, 542:24, 554:22, 558:24, 558:25, 572:9, 572:11, 574:23, 607:13
**looks** [14] - 502:10, 503:15, 520:2, 520:13, 520:17, 521:4, 523:19, 564:3, 566:5, 566:25, 569:16, 574:10, 601:5
**lose** [3] - 505:5, 588:3
**loud** [3] - 538:18, 596:20, 606:4
**loudly** [1] - 596:19
**lower** [3] - 502:11, 582:11, 607:22

**lumber** [1] - 587:5
**lunch** [4] - 608:14, 608:20, 609:5, 609:8
**Lynne** [2] - 549:4, 549:11
**LYNNE** [3] - 483:6, 549:5, 549:11

**M**

**ma'am** [40] - 563:3, 563:8, 563:11, 563:16, 563:19, 563:21, 563:23, 563:25, 564:10, 564:17, 564:25, 565:3, 565:14, 565:17, 566:7, 566:21, 567:2, 567:4, 567:6, 567:13, 567:21, 568:1, 568:5, 568:20, 569:6, 569:9, 569:11, 570:2, 570:8, 570:12, 570:25, 571:3, 571:5, 571:14, 571:16, 571:18, 572:2, 572:5, 575:10, 577:6
**Mace** [1] - 532:11
**main** [1] - 587:20
**mainframe** [1] - 489:3
**maintain** [1] - 578:24
**male** [1] - 602:16
**man** [28] - 514:8, 514:20, 515:17, 516:15, 519:2, 519:19, 519:25, 521:17, 522:3, 522:15, 523:18, 524:12, 524:21, 525:5, 526:12, 528:23, 547:15, 548:5, 595:13, 595:16, 596:4, 600:17, 600:23, 602:18, 603:9, 604:11, 605:11, 605:17
**man's** [1] - 602:20
**maneuver** [2] - 513:5, 514:1
**manipulate** [1] - 511:12
**manner** [2] - 541:7, 550:6
**map** [1] - 582:12
**Marine** [1] - 485:12
**mark** [4] - 582:18,

586:17, 589:21, 592:14
**MARK** [1] - 482:17
**marked** [9] - 489:2, 491:10, 492:8, 521:8, 524:8, 527:11, 564:11, 568:7, 569:19
**marker** [1] - 517:15
**marking** [1] - 503:14
**mask** [32] - 484:17, 514:10, 519:19, 521:17, 522:4, 522:16, 523:5, 523:18, 524:12, 525:5, 526:24, 528:23, 529:1, 530:5, 530:11, 536:17, 536:20, 543:2, 543:3, 543:6, 546:25, 547:16, 548:5, 548:9, 550:22, 562:15, 576:5, 595:17, 600:9, 602:16
**masks** [4] - 503:22, 503:23, 543:5, 544:25
**matter** [2] - 579:19, 579:22
**matters** [1] - 579:18
**mean** [33] - 486:1, 496:4, 510:5, 511:7, 514:24, 525:20, 532:1, 535:4, 535:13, 535:18, 535:22, 536:23, 537:3, 537:13, 537:17, 538:4, 538:13, 539:19, 540:7, 540:18, 540:21, 542:14, 543:8, 543:13, 544:9, 544:10, 546:9, 590:1, 590:3, 591:17, 591:24, 599:14, 599:15
**meaning** [1] - 545:20
**means** [7] - 486:2, 496:5, 510:8, 513:9, 532:2, 534:23, 590:6
**meant** [1] - 517:18
**measured** [1] - 571:10
**mechanism** [1] - 545:8
**Medical** [1] - 498:25
**meet** [3] - 550:16, 552:16, 552:17
**member** [1] - 591:9
**members** [2] - 504:19, 509:12

**memorialize** [1] - 498:18
**memory** [3] - 515:5, 560:9, 571:11
**mentioned** [3] - 489:22, 586:20, 587:7
**met** [2] - 545:19, 551:2
**metal** [9] - 516:6, 520:12, 522:21, 522:22, 565:24, 593:21, 595:10, 595:13, 607:7
**Metro** [8] - 560:2, 560:3, 560:4, 568:14, 568:15, 568:17, 568:18, 569:4
**Metropolitan** [3] - 485:4, 576:20, 576:21
**middle** [3] - 522:23, 591:22, 593:5
**might** [3] - 500:1, 540:7, 562:3
**military** [5] - 485:8, 501:15, 511:12, 517:2, 580:8
**mind** [2] - 518:20, 538:6
**minute** [10] - 501:9, 502:6, 502:16, 504:2, 504:20, 505:23, 509:22, 515:24, 548:15, 548:23
**minutes** [5] - 502:1, 535:22, 548:19, 587:12, 608:12
**mission** [3] - 510:11, 577:11, 577:13
**mob** [1] - 516:12
**mode** [1] - 555:21
**moment** [19] - 508:3, 518:8, 518:20, 519:1, 521:6, 522:12, 523:16, 525:8, 529:5, 529:15, 530:16, 530:17, 531:10, 533:14, 536:24, 595:11, 598:8, 599:19, 607:17
**moments** [4] - 490:12, 508:10, 528:11, 535:3
**monument** [1] - 580:23
**mood** [10] - 493:17, 494:11, 494:13,

494:21, 494:23,
588:4, 588:5,
592:18, 592:19,
596:21
**MOREIRA** [1] - 609:12
**Moreira** [2] - 482:21,
609:19
**MORNING** [1] - 482:6
**morning** [19] - 484:2,
484:23, 493:10,
493:15, 493:18,
534:17, 534:18,
548:15, 549:8,
549:9, 558:14,
561:16, 562:13,
562:14, 562:22,
572:18, 572:19,
576:2, 576:3
**most** [2] - 500:19,
538:14
**mostly** [2] - 486:7,
488:9
**motion** [3] - 525:4,
525:18, 527:15
**Mount** [4] - 550:7,
552:9, 552:18,
552:19
**mounted** [3] - 491:2,
507:1, 507:6
**move** [21] - 492:13,
506:3, 513:18,
518:13, 524:2,
525:15, 527:18,
530:6, 541:17,
543:22, 545:13,
565:4, 568:21,
570:3, 587:16,
595:22, 597:15,
599:6, 600:22,
601:2, 605:4
**moved** [17] - 489:13,
492:17, 520:8,
523:24, 525:17,
527:20, 531:18,
547:4, 548:2,
554:20, 557:10,
565:6, 568:25,
570:5, 583:13,
583:19, 603:19
**movement** [1] -
541:20
**moves** [1] - 588:24
**moving** [11] - 515:14,
516:12, 516:14,
529:22, 537:5,
537:6, 537:8, 586:3,
593:21, 597:11,
598:17
**MPD** [7] - 483:11,
485:2, 485:3,

496:18, 500:12,
517:6, 580:13
**MR** [31] - 510:6,
534:13, 534:16,
536:6, 536:9,
536:12, 537:12,
537:15, 539:23,
539:25, 540:10,
540:12, 544:24,
545:4, 545:6, 546:4,
546:7, 546:8,
546:17, 547:23,
558:13, 558:15,
558:17, 558:19,
561:13, 568:23,
572:17, 575:2,
608:12, 608:15,
608:17
**MS** [162] - 484:10,
484:22, 489:1,
489:8, 489:12,
489:15, 489:19,
489:20, 491:9,
492:13, 492:15,
492:16, 492:19,
492:22, 493:22,
495:3, 497:8,
497:11, 497:13,
498:13, 501:8,
501:19, 501:22,
502:15, 502:19,
503:4, 504:1,
504:20, 505:22,
506:7, 507:23,
508:2, 508:8,
508:21, 509:20,
512:3, 512:6,
513:12, 514:3,
514:6, 515:23,
516:1, 516:17,
518:3, 518:19,
518:24, 519:1,
519:22, 521:9,
522:9, 523:14,
524:10, 524:19,
524:24, 525:15,
525:16, 525:23,
526:9, 526:17,
527:2, 527:13,
527:18, 527:19,
527:21, 528:18,
528:21, 529:3,
529:7, 529:10,
529:20, 530:3,
530:14, 530:22,
531:24, 534:9,
543:24, 544:12,
544:15, 546:20,
546:23, 547:12,
548:12, 549:3,
549:7, 550:24,

554:6, 554:17,
554:19, 556:13,
557:3, 557:7, 557:9,
557:11, 558:11,
561:15, 562:6,
562:11, 562:21,
564:5, 564:13,
564:19, 565:4,
565:5, 565:7,
565:19, 566:2,
566:3, 566:22,
567:14, 568:2,
568:6, 568:11,
568:21, 568:24,
569:18, 570:3,
570:4, 572:15,
575:4, 575:14,
575:24, 576:1,
576:10, 576:13,
581:23, 584:11,
584:15, 584:20,
585:8, 585:25,
587:12, 588:9,
588:25, 590:24,
593:12, 593:18,
594:24, 595:24,
596:13, 596:16,
597:8, 597:19,
597:22, 598:1,
598:10, 598:13,
598:15, 598:22,
600:13, 601:20,
602:11, 603:1,
603:11, 603:16,
603:18, 603:20,
604:14, 605:22,
606:21, 607:20,
608:7, 608:9
**munitions** [3] -
543:19, 544:8,
545:17
**Museum** [1] - 580:22

# N

**name** [7] - 484:24,
549:10, 562:23,
569:14, 576:14,
576:15
**named** [1] - 549:20
**Napolitano** [1] -
548:22
**nature** [1] - 532:25
**near** [1] - 555:23
**necessarily** [2] -
545:13, 545:18
**necessary** [1] - 568:13
**need** [5] - 493:7,
509:1, 513:6,
580:25, 608:22
**needed** [4] - 531:14,

555:14, 581:19,
582:22
**needs** [1] - 507:16
**negative** [1] - 494:22
**never** [4] - 541:1,
541:2, 541:5, 541:6
**new** [2] - 495:25,
496:15
**next** [8] - 523:14,
527:4, 549:2,
569:12, 569:13,
569:14, 583:24,
605:18
**nickname** [1] - 550:14
**night** [1] - 484:3
**Noah** [4] - 490:14,
576:1, 576:15
**NOAH** [2] - 483:11,
576:15
**noise** [1] - 606:4
**normal** [2] - 486:8,
493:19
**normally** [1] - 503:23
**north** [6] - 499:11,
508:6, 514:22,
514:24, 533:9,
533:17
**North** [1] - 485:11
**note** [3] - 559:9, 573:4,
606:11
**notes** [1] - 609:14
**nothing** [4] - 534:9,
548:12, 572:15,
575:14
**noting** [1] - 559:11
**number** [7] - 566:13,
568:15, 579:19,
583:8, 583:16,
587:19, 601:12
**numbers** [7] - 489:14,
499:25, 568:14,
581:1, 586:11,
601:17
**NW** [4] - 482:15,
482:19, 482:22,
609:21

# O

**oath** [4] - 504:17,
510:1, 510:8, 586:9
**object** [3] - 508:4,
579:16, 586:23
**objection** [14] -
489:12, 492:15,
510:6, 525:16,
527:19, 543:24,
544:12, 554:19,
557:9, 565:5,
568:23, 568:24,

570:4, 603:18
**objections** [1] -
489:10
**objective** [1] - 596:25
**objects** [4] - 579:14,
583:9, 586:21, 597:5
**obscured** [1] - 594:22
**observance** [1] -
486:11
**observations** [1] -
503:12
**observe** [16] - 493:15,
504:6, 505:2,
505:25, 506:10,
524:11, 524:12,
530:5, 548:5, 548:9,
553:2, 563:22,
565:16, 571:1,
571:13, 594:8
**observed** [12] - 492:6,
494:13, 516:15,
525:5, 525:13,
531:19, 564:8,
565:1, 565:13,
567:1, 567:20, 570:1
**observing** [1] - 555:23
**obstacle** [2] - 537:22,
537:23
**obviously** [2] - 543:5,
546:9
**OC** [4] - 532:11, 544:4,
544:6, 591:15
**occurred** [1] - 513:16
**occurring** [1] - 594:9
**OF** [4] - 482:1, 482:3,
482:10, 609:10
**offensive** [1] - 601:7
**offensively** [3] -
512:20, 513:5,
523:22
**OFFICE** [1] - 482:14
**office** [4] - 551:14,
552:9, 563:2, 578:23
**Office** [3] - 551:15,
551:17, 553:25
**officer** [35] - 485:7,
485:15, 485:17,
500:5, 503:16,
506:24, 507:16,
509:13, 512:7,
512:11, 518:6,
523:11, 524:14,
526:5, 528:22,
537:6, 540:3, 540:4,
540:13, 542:10,
546:9, 547:8,
576:25, 577:24,
579:6, 587:3,
587:21, 589:25,
591:5, 591:6, 591:9,

591:13, 591:25,
592:3
**Officer** [41] - 490:14,
490:17, 490:19,
491:17, 491:20,
491:23, 492:10,
492:11, 501:7,
509:21, 521:11,
527:25, 528:24,
529:1, 529:12,
534:17, 547:7,
547:15, 581:9,
581:11, 581:25,
582:5, 584:21,
585:11, 588:12,
589:3, 589:5, 595:5,
597:18, 597:24,
598:18, 599:17,
603:3, 603:8,
603:13, 603:14,
603:21, 606:25,
608:1, 609:2
**OFFICER** [1] - 483:11
**officer's** [8] - 503:19,
503:21, 519:19,
520:6, 524:17,
540:8, 540:20,
546:13
**officers** [79] - 487:22,
487:25, 490:24,
492:1, 493:11,
496:19, 497:16,
498:8, 502:8,
504:23, 505:17,
506:11, 508:11,
508:16, 509:9,
509:10, 512:16,
513:8, 513:23,
514:20, 515:2,
517:19, 517:25,
519:4, 519:11,
521:7, 522:18,
522:22, 522:25,
524:6, 524:22,
526:15, 530:8,
530:11, 530:25,
531:1, 531:14,
531:19, 535:7,
535:8, 535:14,
535:17, 535:23,
536:1, 536:22,
536:23, 536:25,
537:17, 538:11,
538:14, 539:6,
539:13, 542:14,
546:24, 547:10,
547:22, 547:25,
579:19, 579:25,
580:2, 580:3, 581:3,
581:5, 582:15,
582:22, 582:25,

586:12, 589:8,
589:11, 589:17,
589:22, 589:25,
590:8, 594:7,
599:23, 602:2,
605:4, 607:3, 607:9
**Officers** [1] - 491:4
**Official** [1] - 482:21
**OFFICIAL** [1] - 609:10
**official** [1] - 609:20
**often** [3] - 550:11,
556:23, 588:1
**oftentimes** [1] - 552:3
**once** [2] - 535:16,
541:18
**one** [28] - 489:14,
499:5, 505:9,
509:25, 513:4,
522:22, 522:25,
533:14, 534:1,
536:24, 536:25,
540:16, 543:4,
547:10, 560:1,
560:8, 561:9,
564:17, 573:17,
573:18, 578:22,
580:7, 587:20,
589:5, 595:25,
596:12, 604:18
**ones** [1] - 511:19
**online** [1] - 511:17
**open** [2] - 500:20,
568:13
**opened** [2] - 541:19,
573:12
**Operation** [2] -
488:11, 488:12
**operations** [1] - 579:5
**opinion** [1] - 592:21
**opposed** [3] - 538:9,
539:12, 574:16
**order** [5] - 518:11,
518:12, 544:7,
555:17, 597:11
**orient** [1] - 526:3
**original** [1] - 492:24
**originally** [1] - 492:25
**outbuilding** [3] -
554:3, 554:23, 555:4
**outer** [2] - 487:3,
496:6
**outlines** [1] - 514:13
**outnumbered** [1] -
534:7
**outside** [4] - 504:8,
511:1, 566:14,
568:16
**overruled** [3] - 510:7,
544:1, 547:24
**overtaken** [1] - 534:3

**own** [1] - 602:12

## P

**P-O-T-T-E-R** [1] -
562:24
**p.m** [15] - 501:10,
501:17, 501:18,
501:25, 502:17,
504:3, 505:23,
506:8, 512:4,
513:13, 514:19,
515:24, 522:11,
533:3, 609:8
**packed** [4] - 541:12,
541:13, 541:16,
541:18
**padding** [3] - 487:3,
496:6, 542:22
**PAGE** [1] - 483:2
**paintball** [1] - 497:24
**panels** [1] - 510:21
**paper** [2] - 566:10,
567:5
**parallel** [1] - 546:10
**paramount** [4] -
578:11, 578:12,
578:22, 579:7
**parking** [1] - 552:18
**part** [13] - 486:22,
498:8, 498:10,
500:19, 506:1,
512:15, 521:4,
554:1, 554:3, 563:4,
563:13, 600:2, 606:5
**participate** [3] -
549:25, 553:19,
555:17
**particular** [7] - 563:2,
599:8, 599:10,
600:2, 600:5,
600:10, 601:1
**particularly** [1] - 491:3
**parties** [2] - 489:1,
491:10
**partners** [1] - 589:5
**parts** [1] - 500:21
**pass** [3] - 521:7,
546:24
**passed** [1] - 538:1
**passes** [1] - 503:6
**path** [9] - 519:20,
520:6, 524:15,
524:17, 529:1,
547:17, 582:13,
600:23, 605:11
**patrol** [1] - 485:20
**pause** [11] - 497:13,
508:2, 514:4, 516:1,
525:1, 529:4,

564:22, 584:17,
584:20, 606:23,
608:8
**Pause** [5] - 527:24,
528:20, 529:6,
529:23, 575:23
**paused** [1] - 586:14
**pay** [2] - 484:7, 607:22
**paying** [1] - 587:8
**peaceful** [1] - 538:24
**people** [61] - 493:3,
493:5, 493:15,
493:19, 494:16,
494:19, 499:25,
500:22, 504:11,
505:15, 506:3,
507:4, 507:21,
509:11, 510:23,
511:4, 511:22,
515:14, 517:16,
531:1, 534:5,
538:18, 538:19,
538:21, 541:10,
541:11, 541:16,
541:22, 541:24,
542:1, 543:6,
543:23, 544:3,
544:25, 545:1,
545:23, 579:24,
580:1, 582:23,
583:2, 583:6,
583:16, 586:6,
586:20, 587:19,
588:23, 592:22,
597:4, 599:6,
599:13, 599:15,
600:6, 600:8,
601:12, 605:2, 605:6
**pepper** [3] - 497:25,
591:18, 591:19
**PepperBall** [1] -
497:23
**PepperBalls** [1] -
497:21
**perimeter** [1] - 500:18
**period** [2] - 604:11,
604:23
**permission** [2] -
568:7, 569:19
**permit** [1] - 545:13
**person** [23] - 510:14,
511:19, 514:10,
515:5, 521:2, 523:4,
523:11, 527:6,
528:12, 528:25,
530:5, 530:10,
530:17, 536:16,
536:17, 550:17,
551:2, 553:4, 553:6,
559:18, 561:1,

561:8, 598:18
**personally** [2] -
563:18, 600:6
**pertaining** [2] -
485:21, 485:22
**phone** [45] - 512:1,
553:4, 553:6,
553:11, 553:13,
555:7, 555:9,
555:15, 555:16,
555:18, 555:20,
555:24, 556:4,
556:8, 556:10,
556:20, 556:21,
556:24, 557:4,
557:14, 557:21,
558:6, 559:10,
559:11, 559:16,
559:18, 560:11,
560:12, 560:15,
560:18, 561:19,
561:23, 561:25,
562:4, 566:5, 566:6,
566:8, 566:11,
566:15, 566:16,
566:18, 566:20,
573:17
**phone's** [2] - 557:17,
558:4
**photo** [5] - 514:7,
524:4, 524:11,
554:12, 565:8
**photograph** [4] -
567:22, 567:24,
569:3, 569:10
**photographs** [2] -
564:15, 564:23
**photos** [1] - 511:22
**physical** [2] - 551:5,
560:24
**pick** [2] - 520:4,
547:18
**picture** [5] - 569:8,
570:1, 571:15,
589:22, 603:22
**pictures** [1] - 572:12
**piece** [5] - 567:5,
578:23, 587:5,
589:6, 593:25
**pieces** [1] - 520:21
**place** [2] - 488:13,
552:21
**Plaintiff** [1] - 482:4
**plan** [3] - 509:8,
596:24
**plastic** [2] - 565:25,
566:10
**plate** [1] - 569:16
**platoon** [18] - 486:19,
486:22, 487:1,

487:2, 487:9, 488:9, 496:5, 502:5, 502:20, 504:19, 506:16, 509:12, 513:18, 515:10, 515:11, 577:16, 579:23
**platoon's** [1] - 506:17
**play** [32] - 493:23, 501:9, 501:11, 501:20, 502:15, 503:4, 504:2, 504:21, 508:22, 513:12, 518:3, 525:23, 526:9, 526:17, 530:22, 531:24, 537:12, 585:8, 585:25, 588:9, 588:25, 590:25, 593:18, 594:24, 596:13, 597:8, 598:10, 604:14, 604:15, 604:20, 605:22, 607:20
**playing** [81] - 493:24, 495:7, 495:8, 495:12, 497:10, 497:12, 498:13, 498:15, 501:21, 502:18, 503:8, 504:4, 504:22, 505:24, 506:7, 506:9, 507:24, 508:1, 508:8, 508:9, 508:23, 509:22, 509:24, 512:4, 512:5, 513:14, 514:3, 514:5, 515:25, 516:5, 516:17, 516:19, 518:5, 518:23, 518:25, 519:23, 519:24, 525:25, 526:11, 526:18, 527:2, 527:5, 530:2, 530:23, 531:25, 532:18, 533:8, 536:8, 536:11, 537:14, 539:24, 540:10, 540:11, 540:17, 546:6, 547:13, 547:14, 584:19, 585:10, 586:2, 587:14, 588:11, 589:2, 591:1, 593:15, 593:20, 595:1, 595:4, 596:15, 597:10, 597:21, 598:12, 598:14,

600:15, 600:16, 601:22, 604:22, 605:24, 605:25, 606:24, 607:25
**pockets** [1] - 541:13
**Point** [2] - 531:18
**point** [47] - 493:11, 494:11, 496:12, 496:18, 499:5, 501:2, 506:14, 506:17, 508:11, 509:12, 511:20, 512:13, 513:8, 518:1, 520:15, 524:6, 524:7, 530:4, 534:25, 535:1, 535:7, 535:9, 535:18, 536:1, 536:3, 537:16, 537:20, 540:2, 550:21, 581:13, 585:16, 586:10, 586:16, 590:13, 590:17, 590:22, 596:8, 596:17, 596:24, 599:22, 601:7, 601:18, 605:15, 605:23, 606:14, 607:10
**pointed** [1] - 596:4
**pointing** [1] - 603:24
**points** [1] - 594:8
**Police** [10] - 485:4, 497:4, 517:8, 518:17, 530:12, 550:7, 552:19, 576:20, 576:21, 577:17
**police** [14] - 485:7, 485:15, 485:17, 488:3, 488:16, 490:24, 493:6, 493:14, 531:10, 539:2, 543:9, 578:10, 606:5, 607:3
**polite** [1] - 493:18
**port** [16] - 513:1, 513:3, 513:9, 523:12, 523:20, 523:21, 524:14, 529:19, 539:5, 547:20, 589:14, 589:16, 589:22, 590:1, 599:4, 602:19
**portion** [1] - 582:11
**portions** [2] - 602:5, 603:8
**position** [4] - 512:24, 513:1, 539:11, 541:10

**positioned** [2] - 593:3, 602:8
**positions** [1] - 584:4
**possible** [3] - 559:10, 578:9, 578:20
**possibly** [1] - 521:5
**posture** [1] - 601:8
**potential** [1] - 586:25
**POTTER** [2] - 483:8, 562:19
**Potter** [16] - 562:12, 562:22, 562:24, 562:25, 565:12, 566:4, 566:24, 567:16, 568:12, 569:3, 569:22, 569:25, 570:6, 572:18, 575:5, 575:15
**practice** [2] - 552:25, 553:9
**pre** [1] - 489:17
**pre-excerpted** [1] - 489:17
**precise** [1] - 518:20
**precisely** [1] - 532:25
**predominantly** [1] - 589:18
**premises** [1] - 567:10
**prepared** [2] - 556:20, 581:19
**prepares** [1] - 485:20
**presence** [1] - 582:24
**present** [2] - 563:20, 579:19
**pretty** [2] - 523:19, 574:11
**previous** [1] - 569:7
**previously** [1] - 565:9
**problem** [1] - 493:6
**proceed** [3] - 534:13, 575:24, 576:10
**proceeded** [1] - 605:19
**proceedings** [1] - 609:15
**process** [1] - 553:24
**professional** [1] - 550:6
**progressed** [1] - 584:3
**projectiles** [1] - 497:17
**proof** [1] - 542:25
**property** [5] - 554:4, 554:24, 555:8, 567:3, 570:9
**protection** [1] - 599:6
**protective** [1] - 511:13
**protest** [7] - 500:10, 500:23, 538:23,

543:14, 543:17, 545:10, 545:12
**protesting** [2] - 544:9, 545:7
**protests** [7] - 538:24, 543:12, 543:13, 543:16, 544:25, 545:8
**provide** [3] - 493:2, 570:12, 602:5
**provided** [1] - 572:3
**public** [1] - 500:20
**publish** [13] - 493:22, 495:3, 497:8, 508:22, 521:10, 524:10, 524:25, 527:13, 527:22, 529:10, 554:18, 557:11, 603:20
**pull** [13] - 489:3, 491:12, 501:8, 521:9, 536:6, 536:9, 558:15, 565:10, 565:19, 566:22, 567:14, 584:16, 593:13
**pulled** [1] - 505:16
**purposes** [1] - 489:8
**pursuant** [1] - 553:21
**push** [7] - 512:10, 532:8, 535:8, 535:21, 590:6, 591:3, 592:6
**pushed** [1] - 535:17
**pushing** [3] - 535:22, 590:10, 592:5
**put** [4] - 496:6, 498:10, 547:20, 555:21
**putting** [2] - 498:9, 498:16

## Q

**questions** [6] - 546:17, 558:11, 561:13, 562:6, 575:2, 608:9
**quite** [1] - 518:20

## R

**rack** [13] - 516:6, 520:12, 520:21, 521:4, 521:20, 521:24, 527:7, 530:17, 537:18, 593:21, 595:10, 595:13
**racks** [3] - 502:12, 502:13, 516:9
**radio** [23] - 488:3,

488:16, 488:21, 489:6, 490:1, 490:4, 490:7, 490:11, 494:3, 494:23, 495:6, 495:14, 496:11, 497:15, 497:20, 500:15, 507:19, 508:25, 509:4, 509:16, 532:4, 532:21, 533:13
**raise** [3] - 484:13, 562:16, 576:4
**rapid** [2] - 487:6, 577:15
**rather** [1] - 539:14
**RDR** [3] - 482:21, 609:12, 609:19
**reach** [2] - 539:17, 608:2
**reached** [2] - 531:10, 590:19
**react** [2] - 582:24, 597:14
**ready** [3] - 484:8, 502:6, 548:20
**really** [4] - 503:10, 531:13, 541:12, 543:16
**rear** [1] - 599:23
**reason** [1] - 573:2
**reasons** [1] - 534:1
**reassemble** [1] - 608:21
**reassigned** [1] - 581:13
**receipt** [4] - 570:13, 570:14, 570:19, 573:21
**receiving** [1] - 556:20
**recently** [2] - 543:20, 543:21
**recess** [1] - 609:8
**Recess** [1] - 548:24
**recognize** [3] - 554:9, 582:6
**record** [7] - 484:24, 490:22, 550:24, 559:23, 562:23, 564:5, 598:1
**recorded** [3] - 595:6, 595:8, 602:9
**recording** [4] - 605:25, 606:5, 606:8, 607:21
**recover** [6] - 559:16, 559:20, 559:22, 559:25, 560:7, 573:2
**recovered** [2] - 560:2, 561:25
**rectangle** [1] - 528:3

**red** [14] - 517:5,
517:12, 517:18,
522:6, 534:19,
534:25, 535:4,
535:12, 535:16,
535:25, 543:7,
548:9, 594:12,
604:23
**REDIRECT** [3] -
546:22, 561:14,
575:3
**reference** [1] - 498:21
**referred** [3] - 490:1,
495:14, 556:23
**referring** [5] - 505:9,
509:16, 575:8,
578:16, 586:23
**reflect** [4] - 536:24,
538:5, 550:24, 564:5
**refreshing** [1] - 560:9
**regarding** [2] - 559:15,
572:13
**regards** [1] - 600:5
**regular** [1] - 493:13
**related** [1] - 551:22
**relates** [3] - 551:13,
556:24, 561:1
**relating** [1] - 559:21
**relation** [7] - 514:20,
579:19, 582:10,
585:6, 585:20,
590:16, 607:8
**relatively** [1] - 511:7
**release** [1] - 498:1
**relevance** [1] - 545:1
**relevant** [2] - 544:19,
544:22
**remain** [2] - 484:13,
576:4
**remember** [16] -
495:22, 500:14,
510:3, 518:8,
525:10, 542:3,
572:8, 572:10,
572:11, 573:15,
586:9, 599:8,
599:10, 600:8,
602:20
**remembered** [1] -
600:1
**remind** [3] - 506:25,
519:15, 523:21
**remove** [1] - 484:17
**rephrase** [1] - 559:14
**report** [6] - 556:19,
556:23, 556:24,
557:4, 557:13,
557:20
**reported** [2] - 497:14,
508:24

**Reporter** [3] - 482:21,
482:21, 609:20
**REPORTER** [1] -
609:10
**request** [2] - 568:7,
569:19
**require** [1] - 484:6
**research** [2] - 548:21,
608:24
**residence** [1] - 565:15
**residences** [1] - 567:8
**Resident** [3] - 549:17,
563:4, 563:13
**respond** [6] - 495:18,
496:16, 570:17,
577:9, 580:23,
581:18
**responded** [1] -
577:13
**responding** [1] - 509:3
**response** [5] - 487:6,
490:9, 498:9,
498:17, 577:15
**rest** [2] - 506:16,
529:22
**resting** [3] - 596:8,
596:10, 598:5
**resume** [1] - 509:21
**retardant** [1] - 487:4
**retreating** [1] - 533:18
**returned** [1] - 555:20
**review** [5] - 495:8,
558:3, 559:7,
561:21, 568:13
**reviewed** [3] - 489:19,
492:5, 602:1
**reviewing** [1] - 570:14,
570:19
**revisit** [1] - 521:6
**rewind** [2] - 503:4,
518:24
**rewinding** [1] - 518:21
**Richmond** [2] -
549:16, 563:4
**riot** [14] - 499:15,
499:17, 499:19,
500:6, 500:8,
500:10, 501:13,
502:2, 505:15,
522:24, 538:22,
539:1, 539:3, 545:20
**rioters** [4] - 497:19,
509:25, 515:17,
533:17
**riotous** [2] - 543:18,
545:16
**riots** [3] - 538:23,
544:18, 545:11
**RISA** [1] - 482:14
**Roanoke** [3] - 549:16,

550:8, 563:13
**ROBERTSON** [1] -
482:6
**Robertson** [21] -
482:17, 541:1,
541:23, 542:3,
542:17, 543:1,
543:4, 549:20,
550:4, 550:12,
551:2, 551:10,
552:8, 552:11,
553:11, 555:13,
557:23, 561:18,
563:17, 564:8, 573:7
**Robertson's** [8] -
546:11, 551:20,
553:19, 554:13,
554:23, 555:10,
563:9, 570:14
**rocks** [3] - 498:3,
579:15, 583:7
**Rocky** [4] - 550:7,
552:9, 552:18,
552:19
**role** [3] - 486:23,
487:8, 487:10
**Rollins** [7] - 534:12,
544:23, 558:16,
558:18, 561:17,
575:6, 608:11
**ROLLINS** [33] -
482:17, 482:18,
510:6, 534:13,
534:16, 536:6,
536:9, 536:12,
537:12, 537:15,
539:23, 539:25,
540:10, 540:12,
544:24, 545:4,
545:6, 546:4, 546:7,
546:8, 546:17,
547:23, 558:13,
558:15, 558:17,
558:19, 561:13,
568:23, 572:17,
575:2, 608:12,
608:15, 608:17
**Rollins)**...................
........... [3] - 483:4,
483:7, 483:9
**room** [6] - 514:1,
524:2, 563:24,
565:12, 566:6,
605:13
**Room** [2] - 482:22,
609:21
**roughly** [4] - 493:8,
493:9, 504:5,
529:21, 533:2
**route** [1] - 493:2

**routinely** [1] - 543:15
**run** [1] - 488:13
**running** [1] - 552:3

**S**

**safe** [6] - 509:9,
562:10, 578:7,
580:3, 583:13,
583:14
**safety** [8] - 500:5,
545:15, 578:16,
578:18, 578:21,
579:6, 586:25, 597:6
**Samsung** [1] - 566:5
**saw** [27] - 509:15,
515:9, 516:21,
520:11, 527:16,
528:8, 529:16,
530:16, 533:10,
534:25, 538:9,
540:14, 541:5,
542:7, 542:13,
542:14, 542:24,
543:21, 546:3,
554:25, 566:6,
569:7, 586:20,
588:14, 598:24,
602:6
**scaffold** [2] - 509:17,
533:9
**scaffolding** [5] -
508:6, 509:15,
592:12, 592:14,
592:16
**scale** [1] - 485:22
**scene** [1] - 566:9
**scope** [2] - 543:25,
544:23
**screaming** [1] - 605:2
**screen** [28] - 516:3,
516:7, 516:24,
522:23, 523:2,
526:8, 546:21,
572:20, 572:22,
582:1, 582:11,
584:13, 584:18,
585:23, 586:14,
587:11, 590:11,
591:21, 592:14,
592:25, 593:22,
594:12, 594:15,
594:21, 595:21,
597:24, 607:14,
607:23
**screenshot** [5] -
521:18, 529:12,
596:1, 603:3, 603:13
**screenshots** [5] -
492:10, 492:14,
521:11, 527:15,

598:19
**screwdriver** [1] -
521:5
**sealed** [2] - 566:9,
566:11
**search** [30] - 549:25,
552:6, 553:19,
553:21, 553:23,
554:1, 554:3,
554:12, 555:1,
555:3, 559:2, 563:9,
563:12, 563:15,
563:20, 563:22,
564:15, 564:23,
565:13, 567:1,
567:8, 570:11,
570:12, 570:13,
570:24, 571:9,
571:12, 571:21,
572:3, 572:11
**searched** [2] - 552:23,
553:2
**searching** [1] - 556:21
**seated** [1] - 564:3
**second** [11] - 487:11,
487:12, 487:17,
487:20, 512:10,
540:13, 544:16,
544:20, 595:2,
595:25, 604:19
**seconds** [20] - 503:7,
507:25, 516:21,
525:24, 547:13,
595:9, 597:20,
598:2, 598:13,
600:15, 601:21,
602:25, 604:2,
604:7, 604:9,
606:13, 607:18
**secure** [1] - 559:3
**security** [2] - 500:18,
593:25
**see** [108] - 485:21,
486:8, 493:5,
494:20, 495:5,
502:4, 502:10,
502:24, 503:6,
503:9, 506:22,
507:4, 511:24,
512:24, 513:23,
514:7, 514:13,
515:8, 516:6,
518:15, 519:2,
519:25, 521:17,
521:20, 522:6,
522:15, 524:4,
526:1, 526:12,
526:19, 526:24,
527:6, 528:3,
529:24, 530:17,

531:1, 533:11,
534:19, 535:23,
537:11, 539:6,
540:2, 540:16,
541:10, 541:20,
541:23, 541:25,
542:6, 542:17,
543:1, 546:10,
546:12, 546:13,
548:22, 550:19,
563:24, 564:20,
566:4, 566:24,
567:5, 569:10,
569:15, 569:17,
571:15, 572:20,
572:22, 572:23,
574:4, 574:7,
581:25, 582:12,
583:5, 584:24,
586:14, 587:3,
587:21, 589:8,
589:21, 589:25,
590:8, 590:13,
591:21, 592:8,
592:12, 592:14,
593:7, 593:21,
594:11, 594:20,
595:10, 595:13,
596:4, 597:4,
597:24, 598:17,
602:12, 602:15,
602:16, 603:21,
604:23, 605:6,
607:3, 607:15,
609:4, 609:7
**seeing** [2] - 516:23,
589:17
**seek** [1] - 560:18
**seem** [1] - 486:10
**seize** [4] - 566:9,
567:11, 571:17,
571:19
**seized** [24] - 553:7,
553:11, 557:5,
559:4, 559:5, 559:6,
559:24, 560:1,
560:6, 560:9, 566:6,
566:8, 566:16,
567:19, 567:22,
567:25, 568:17,
568:19, 569:5,
569:25, 570:6,
570:8, 570:14, 575:8
**seizing** [2] - 555:20,
573:14
**self** [1] - 542:15
**self-defense** [1] -
542:15
**sense** [1] - 517:23
**sent** [1] - 581:17

**separated** [5] -
505:12, 505:20,
508:14, 508:16,
512:11
**separating** [1] -
506:16
**Sergeant** [1] - 509:2
**sergeant** [1] - 509:3
**serious** [2] - 579:17,
594:7
**seriously** [1] - 505:15
**serve** [2] - 485:7,
485:10
**served** [1] - 485:11
**Services** [1] - 498:25
**SESSION** [1] - 482:6
**set** [2] - 504:9, 518:16
**sets** [1] - 500:21
**Seventh** [1] - 482:19
**shear** [2] - 583:16,
601:11
**shift** [2] - 501:5,
524:24
**shifted** [1] - 494:21
**shirt** [1] - 526:25
**short** [2] - 490:2,
539:14
**shorter** [1] - 539:11
**shortly** [2] - 519:10,
533:13
**shoulder** [5] - 514:8,
550:22, 587:22,
587:23, 588:21
**shout** [1] - 519:13
**shouting** [1] - 586:6
**show** [23] - 489:1,
491:1, 491:9, 492:8,
513:2, 521:8, 524:8,
527:11, 529:8,
557:13, 560:10,
564:11, 564:13,
568:6, 569:1,
569:18, 584:21,
585:11, 585:14,
593:2, 603:9,
604:10, 606:25
**showed** [1] - 545:12
**showing** [1] - 546:12
**shown** [2] - 572:12,
603:6
**shows** [1] - 573:23
**shut** [2] - 500:23,
500:24
**shy** [1] - 484:13
**side** [11] - 508:6,
523:2, 532:19,
532:23, 574:12,
574:16, 574:20,
574:21, 607:14,
607:15, 607:23

**sides** [1] - 574:19
**sign** [4] - 503:9,
503:13, 503:16,
585:1
**signal** [2] - 517:15,
590:9
**signed** [1] - 566:12
**significance** [3] -
517:12, 571:22,
571:23
**significant** [2] - 579:5,
594:16
**signs** [1] - 502:24
**Silver** [1] - 589:5
**similar** [2] - 598:24,
602:19
**single** [1] - 583:23
**siren** [2] - 591:7,
591:12
**situation** [1] - 486:13
**situational** [6] -
485:24, 578:2,
578:6, 578:10,
578:24, 587:7
**situations** [1] - 534:22
**six** [1] - 587:12
**Sixth** [2] - 485:2, 485:5
**size** [6] - 497:24,
571:8, 579:12,
579:18, 579:24,
583:12
**skirmish** [3] - 507:3,
515:9, 518:13
**slide** [1] - 523:15
**Slide** [4] - 527:23,
529:21, 603:12
**slides** [4] - 527:22,
528:19, 529:4,
529:22
**slightly** [2] - 525:8,
604:16
**slip** [2] - 562:15, 576:5
**slow** [4] - 525:4,
525:18, 527:15,
536:23
**small** [2] - 579:23,
583:6
**smaller** [1] - 571:9
**SmartTrip** [1] - 569:4
**smoke** [18] - 517:5,
517:10, 517:18,
534:19, 534:25,
535:4, 535:12,
535:16, 535:25,
543:22, 544:2,
544:4, 594:12,
594:15, 594:21,
594:22, 604:23,
607:15
**so..** [2] - 592:24, 601:6

**SOD** [2] - 488:17,
488:18
**soft** [2] - 493:13,
510:21
**software** [1] - 556:25
**someone** [8] - 545:7,
549:20, 556:19,
587:22, 591:3,
591:5, 591:15
**sometimes** [4] -
486:11, 490:2,
500:23, 550:9
**somewhere** [1] -
494:10
**sorry** [13] - 501:17,
516:1, 528:25,
558:17, 559:14,
565:21, 567:23,
577:12, 580:1,
589:15, 590:2,
594:2, 609:4
**sort** [2] - 507:3, 544:3
**sounds** [1] - 525:20
**south** [1] - 514:23
**space** [4] - 513:23,
547:2, 547:4, 548:2
**speaking** [4] - 495:20,
500:20, 507:18,
574:2
**special** [6] - 487:25,
549:15, 549:18,
550:8, 551:18,
558:10
**Special** [19] - 554:9,
554:21, 556:16,
556:17, 557:13,
561:16, 562:11,
562:22, 562:25,
565:12, 566:4,
566:24, 567:16,
568:12, 569:3,
569:22, 569:25,
570:6, 575:5
**SPECIAL** [4] - 483:6,
483:8, 549:5, 562:19
**specific** [3] - 486:19,
488:15, 515:5
**specifically** [3] -
572:6, 572:8, 580:16
**specify** [1] - 489:14
**speculate** [2] - 544:15,
544:18
**speculation** [1] -
544:12
**speed** [2] - 536:23
**spell** [4] - 484:24,
549:10, 562:23,
576:14
**spend** [1] - 560:24
**spray** [7] - 532:9,

532:11, 543:8,
543:14, 543:22,
591:18, 591:19
**sprayed** [1] - 543:8
**spraying** [1] - 543:9
**sprays** [1] - 545:25
**spread** [3] - 580:6,
580:7, 607:10
**squad** [1] - 563:14
**squeezing** [1] - 512:14
**stacked** [1] - 583:23
**stamp** [11] - 584:17,
593:12, 593:19,
594:24, 596:1,
601:23, 602:24,
604:1, 604:15,
606:22, 608:1
**stamps** [2] - 604:5,
604:16
**stand** [8] - 485:3,
493:5, 494:19,
504:18, 513:2,
542:2, 547:22,
547:25
**standard** [3] - 501:15,
552:25, 553:9
**standing** [2] - 515:2,
515:18, 555:23,
576:4, 590:17,
595:14, 604:11
**stands** [1] - 547:17
**start** [9] - 493:8,
494:11, 504:11,
543:18, 565:8,
580:16, 591:2,
593:13, 597:11
**started** [3] - 504:5,
576:9, 583:25
**starting** [7] - 501:9,
501:20, 550:4,
567:16, 584:16,
597:15, 606:22
**starts** [1] - 501:9
**state** [3] - 484:23,
550:9, 562:23
**STATES** [4] - 482:1,
482:3, 482:11,
482:14
**States** [3] - 482:13,
485:12, 609:20
**status** [1] - 531:16
**stay** [1] - 601:12
**stenographic** [1] -
609:14
**step** [4] - 484:12,
562:15, 576:4, 609:3
**steps** [1] - 541:21
**stick** [80] - 518:22,
519:7, 519:8, 520:4,
521:7, 523:5,

523:18, 523:19,
524:13, 526:1,
526:6, 528:12,
528:25, 529:1,
529:18, 530:11,
536:15, 537:1,
537:4, 537:8,
537:25, 538:7,
539:5, 539:8,
539:12, 540:3,
540:15, 541:1,
541:6, 542:6,
546:11, 546:14,
547:18, 551:7,
559:25, 564:9,
569:10, 569:12,
569:13, 569:14,
569:25, 570:3,
570:6, 570:10,
570:16, 570:23,
571:4, 571:8,
571:10, 574:1,
574:2, 574:3, 574:4,
574:5, 574:8,
574:12, 574:14,
574:19, 575:6,
575:8, 575:11,
586:14, 596:7,
596:8, 597:24,
598:4, 598:7,
598:17, 599:17,
600:10, 600:12,
600:18, 600:21,
601:3, 601:15,
601:24, 602:16,
602:18, 605:9
**sticks** [10] - 539:7,
539:14, 572:23,
573:2, 573:5,
579:15, 583:6
**still** [8] - 484:5, 498:9,
513:18, 519:4,
595:10, 596:25,
598:4, 599:22
**stone** [1] - 589:6
**stood** [3] - 520:2,
526:15, 538:6
**stop** [32] - 487:4,
497:9, 502:16,
505:23, 506:7,
515:24, 516:17,
518:3, 519:1,
519:23, 525:24,
526:10, 527:3,
527:23, 528:19,
528:21, 529:7,
530:3, 536:9,
536:12, 537:15,
537:20, 539:25,
540:12, 540:25,

555:22, 592:4,
593:14, 595:3,
597:22, 598:15,
601:15
**stopped** [6] - 509:22,
518:20, 537:23,
587:15, 592:7, 598:1
**stopping** [3] - 518:21,
535:18, 536:2
**stops** [1] - 604:18
**stored** [1] - 566:17
**straight** [1] - 536:3
**strap** [2] - 514:13,
514:21
**strapped** [2] - 503:19,
503:21
**Street** [2] - 482:15,
482:19
**stretch** [1] - 534:11,
575:21
**strike** [4] - 520:25,
542:11, 542:14,
560:22
**strikes** [1] - 588:21
**structure** [1] - 533:11
**stuck** [2] - 600:7,
600:9
**stuff** [4] - 485:21,
485:22, 487:3, 487:4
**style** [1] - 565:14
**suggest** [1] - 513:25
**support** [1] - 497:3
**suppression** [1] -
576:25
**surgical** [1] - 526:24
**surrounded** [3] -
508:12, 508:25,
512:12
**surrounding** [1] -
506:15
**surroundings** [2] -
486:2, 578:6
**sustained** [1] - 496:21
**sustaining** [1] -
497:16
**SUV** [1] - 566:25
**sweatshirt** [2] -
595:18, 602:17
**swiped** [1] - 599:20
**swipes** [1] - 599:18
**swore** [1] - 510:8
**Sworn** [2] - 549:5,
562:19
**sworn** [4] - 484:14,
484:15, 562:17,
576:6
**system** [2] - 556:25,
567:18

**T**

**tablet** [4] - 559:5,
559:21, 560:7,
573:18
**tablets** [3] - 573:14,
573:15, 573:18
**tactical** [5] - 513:1,
533:24, 534:1,
539:11, 539:12
**tactics** [1] - 580:8
**talks** [1] - 505:8
**tape** [1] - 566:12
**targets** [1] - 570:13
**task** [1] - 570:18
**taught** [3] - 578:19,
588:22, 590:5
**team** [5] - 554:2,
555:3, 556:19,
564:15, 564:23
**techniques** [1] - 580:3
**temperature** [1] -
484:6
**ten** [2] - 548:15,
594:19
**ten-minute** [1] -
548:15
**term** [4] - 485:23,
495:16, 500:12,
578:2
**terms** [2] - 586:11,
607:12
**terrace** [5] - 515:2,
530:12, 531:9,
533:21, 533:22
**testified** [2] - 544:16,
595:10
**testify** [2] - 559:15,
606:16
**testifying** [1] - 598:7
**testimony** [7] -
548:17, 562:8,
562:9, 575:16,
575:17, 609:3
**THE** [62] - 482:1,
482:1, 482:10,
484:2, 484:5,
484:12, 484:16,
484:18, 484:19,
489:13, 489:18,
492:17, 492:21,
510:7, 525:17,
527:20, 534:10,
534:14, 544:1,
544:14, 544:20,
545:2, 546:19,
547:24, 548:13,
549:1, 551:1,
554:20, 557:10,
558:16, 558:18,

562:7, 562:13,
562:14, 562:15,
562:18, 564:7,
565:6, 565:21,
565:23, 566:1,
568:10, 568:25,
569:21, 570:5,
575:15, 575:19,
575:20, 575:25,
576:2, 576:3, 576:4,
576:7, 576:11,
603:19, 608:11,
608:13, 608:16,
608:19, 609:2,
609:6, 609:7
**they've** [1] - 580:13
**thick** [2] - 592:5,
599:12
**thin** [1] - 511:7
**thinner** [1] - 511:11
**Thomas** [3] - 549:20,
563:9, 563:17
**THOMAS** [1] - 482:6
**threat** [1] - 586:25
**threats** [3] - 578:8,
578:9, 578:20
**three** [6] - 571:11,
572:23, 573:16,
579:4, 601:21
**throughout** [2] -
541:17, 600:7
**throw** [2] - 520:25,
542:6
**throwing** [3] - 579:14,
583:7, 597:5
**thrown** [1] - 589:6
**tickets** [1] - 560:2
**tie** [2] - 550:23, 564:4
**tingle** [1] - 517:24
**title** [1] - 576:24
**TJ** [1] - 550:15
**to-hand** [1] - 535:24
**today** [6] - 536:24,
538:5, 550:19,
561:2, 563:24, 574:7
**today's** [1] - 489:8
**together** [4] - 512:14,
592:6, 601:12,
601:16
**tone** [1] - 494:22
**took** [3] - 532:9,
573:19, 593:25
**tool** [1] - 521:5
**top** [5] - 533:21,
533:22, 556:15,
582:1, 589:19
**topics** [2] - 550:4,
577:22
**touch** [1] - 582:2
**touching** [2] - 528:15,

541:22
**toward** [1] - 585:16
**towards** [7] - 504:19,
504:24, 506:1,
506:12, 534:5,
537:5, 539:2
**town** [1] - 550:7
**train** [1] - 567:18
**trained** [6] - 486:6,
505:6, 512:18,
580:13, 589:11,
589:13
**training** [7] - 485:17,
485:19, 485:20,
485:23, 486:4,
487:25, 580:9
**traitors** [1] - 586:9
**TRANSCRIPT** [1] -
482:10
**transcript** [2] - 495:9,
609:14, 609:15
**transmission** [6] -
497:20, 498:22,
499:3, 500:15,
501:12, 533:13
**transmissions** [7] -
488:22, 488:24,
494:24, 495:22,
496:11, 497:15,
498:18
**transported** [1] -
581:21
**transporting** [1] -
560:13
**travel** [1] - 572:13
**travels** [1] - 562:10
**TRIAL** [1] - 482:10
**trial** [2] - 562:9, 575:17
**triangle** [2] - 582:1,
584:14
**tried** [3] - 512:12,
538:22, 592:4
**trip** [1] - 575:18
**true** [2] - 609:13,
609:15
**trunk** [2] - 569:4,
573:12
**try** [3] - 513:9, 543:22,
605:15
**trying** [25] - 494:17,
506:13, 509:4,
513:18, 522:18,
530:11, 534:23,
535:21, 539:13,
540:20, 540:23,
541:3, 543:20,
543:21, 574:23,
582:14, 582:16,
600:11, 600:20,
600:22, 600:25,

601:14, 602:23, 606:25, 608:4
**turn** [9] - 486:16, 490:11, 492:23, 508:19, 509:20, 524:19, 524:24, 530:15, 552:15
**turned** [4] - 506:14, 570:18, 573:10
**turning** [2] - 488:2, 571:1
**turns** [1] - 527:4
**two** [11] - 569:16, 573:14, 573:15, 573:17, 574:18, 580:7, 583:23, 584:1, 585:14, 585:17, 595:2
**type** [11] - 485:19, 498:2, 510:16, 511:7, 511:17, 520:18, 521:4, 532:9, 532:11, 556:23, 566:10
**types** [5] - 486:6, 497:18, 504:16, 511:10, 516:9
**typically** [1] - 487:23

## U

**U.S** [3] - 482:22, 549:23, 551:23
**unconscious** [1] - 587:6
**under** [3] - 497:16, 526:25, 552:21
**underneath** [1] - 528:3
**uniforms** [1] - 493:14
**UNISON** [1] - 484:4
**unit** [9] - 488:19, 490:1, 495:13, 581:21, 583:11, 601:7, 603:9, 604:12, 605:15
**Unit** [2] - 544:17, 577:5
**UNITED** [4] - 482:1, 482:3, 482:11, 482:14
**United** [3] - 482:13, 485:12, 609:20
**units** [4] - 488:9, 507:19, 509:5, 580:13
**unlawful** [3] - 545:10, 545:12, 545:17
**unlawfully** [2] - 544:9, 545:8
**unless** [1] - 545:19

**unlock** [1] - 556:1
**unlocked** [1] - 555:21
**unnerving** [1] - 517:22
**unusual** [1] - 543:12
**up** [51] - 484:12, 484:13, 489:3, 491:12, 492:3, 496:2, 498:8, 498:13, 500:21, 501:9, 504:9, 505:8, 513:4, 518:14, 518:16, 520:4, 521:9, 523:19, 532:8, 533:18, 534:11, 536:6, 539:23, 541:19, 545:10, 545:12, 546:20, 547:18, 556:15, 558:15, 560:11, 562:15, 565:10, 565:19, 566:22, 567:14, 574:23, 576:4, 580:5, 583:23, 584:6, 584:7, 584:16, 585:22, 592:22, 593:13, 597:11, 597:13, 597:14, 604:18, 605:4
**upholding** [1] - 510:10
**upper** [1] - 601:18
**upside** [2] - 583:8, 587:5
**urgency** [1] - 535:2
**urgent** [1] - 496:8
**usage** [1] - 556:3
**uses** [3] - 500:12, 507:8, 556:25

## V

**van** [1] - 581:21
**vans** [1] - 502:5
**varying** [1] - 539:4
**vastly** [1] - 534:7
**vehicles** [2] - 494:18, 567:9
**verbal** [1] - 498:17
**versus** [2] - 501:15, 586:11
**vest** [1] - 542:25
**vicinity** [1] - 602:3
**video** [18] - 504:14, 505:2, 512:7, 525:4, 525:10, 525:18, 525:24, 527:15, 528:8, 538:5, 540:14, 541:21, 541:25, 542:8,

548:4, 592:23, 595:4, 605:23
**Video** [55] - 501:21, 502:18, 503:8, 504:4, 504:22, 505:24, 506:9, 508:1, 508:9, 509:24, 512:5, 513:14, 514:5, 515:25, 516:5, 516:19, 518:5, 518:23, 518:25, 519:24, 525:25, 526:11, 526:18, 527:5, 530:2, 530:23, 536:8, 536:11, 537:14, 539:24, 540:11, 540:17, 546:6, 547:14, 584:19, 585:10, 586:2, 587:14, 588:11, 589:2, 591:1, 593:15, 593:20, 595:1, 596:15, 597:10, 597:21, 598:12, 598:14, 600:16, 601:22, 604:22, 605:24, 606:24, 607:25
**videos** [4] - 492:5, 511:22, 541:5, 548:6
**view** [7] - 526:1, 528:22, 529:18, 530:25, 586:25, 602:5, 606:16
**views** [1] - 548:7
**violence** [1] - 500:10
**violent** [3] - 538:24, 545:21, 545:24
**Virginia** [3] - 552:9, 563:3, 563:4
**virtual** [1] - 555:13
**visibility** [6] - 493:2, 493:4, 493:25, 494:4, 494:8, 594:19
**visible** [1] - 603:9
**vision** [1] - 594:22
**voice** [2] - 508:24, 538:19
**volume** [1] - 601:12
**vs** [1] - 482:5

## W

**W-I-T-T** [1] - 549:11
**WAGNER** [11] - 482:18, 489:12, 492:15, 525:16, 527:19, 554:19, 557:9, 565:5,

568:24, 570:4, 603:18
**wait** [1] - 534:11
**walk** [6] - 492:3, 506:17, 539:17, 541:11, 565:7, 585:7
**walking** [11] - 494:17, 504:24, 505:25, 551:7, 564:9, 574:1, 574:2, 574:5, 574:8, 574:12, 575:6
**warmth** [2] - 511:4, 511:9
**warrant** [10] - 551:19, 551:25, 552:6, 552:7, 552:13, 553:21, 554:1, 559:2, 560:18
**wash** [1] - 532:2
**Washington** [7] - 482:15, 482:19, 482:23, 551:15, 551:16, 553:25, 609:22
**watched** [10] - 536:22, 586:4, 588:13, 588:20, 589:3, 591:2, 591:22, 598:16, 604:9, 605:8
**watching** [4] - 505:22, 521:15, 548:4, 593:13
**water** [3] - 532:12, 532:14, 569:16
**weapon** [3] - 579:16, 588:15, 588:17
**weaponized** [1] - 522:1
**weapons** [5] - 498:3, 500:3, 511:12, 583:2, 583:5
**wear** [7] - 487:13, 490:24, 503:23, 510:17, 510:23, 511:4, 544:25
**wearing** [15] - 491:4, 491:7, 493:12, 510:14, 510:15, 511:1, 514:10, 526:23, 542:18, 550:22, 564:2, 564:9, 577:19, 584:8, 595:16
**Wednesday** [1] - 482:4
**welcome** [2] - 484:16, 549:1
**west** [17] - 497:2, 499:12, 502:6, 502:7, 502:22,

506:12, 506:21, 508:6, 509:10, 512:11, 514:23, 518:16, 531:7, 531:9, 532:19, 590:20
**white** [9] - 508:4, 520:18, 520:20, 526:25, 527:10, 533:11, 566:25, 569:7, 602:16
**wide** [1] - 580:7
**wife** [2] - 555:19, 570:14
**Wilhoit** [4] - 490:17, 491:4, 528:24, 581:9
**Wilhoit's** [5] - 491:17, 492:10, 529:1, 529:12, 603:4
**WILLIAM** [3] - 483:3, 484:20, 484:25
**William** [2] - 484:11, 484:25
**Witness** [12] - 484:15, 514:17, 522:5, 526:4, 573:1, 582:3, 586:19, 589:24, 590:12, 592:15, 593:1, 595:23
**WITNESS** [7] - 483:2, 484:18, 562:14, 565:23, 575:19, 576:3, 609:6
**witness** [15] - 516:2, 544:15, 544:16, 549:2, 550:24, 554:7, 556:14, 562:17, 564:5, 568:8, 569:20, 576:6, 576:8, 595:20, 603:12
**witnessed** [1] - 537:16
**Witt** [11] - 549:4, 549:11, 554:9, 554:21, 556:16, 556:17, 557:13, 558:14, 558:20, 561:16, 562:7
**WITT** [3] - 483:6, 549:5
**wooden** [1] - 570:15
**words** [3] - 495:5, 537:4, 574:10
**workbench** [4] - 555:9, 556:11, 557:14, 557:21
**workbenches** [1] - 555:4
**worn** [39] - 490:12, 490:21, 491:5, 491:7, 491:17,

491:20, 491:23,
492:11, 492:13,
501:6, 509:15,
509:21, 521:12,
521:14, 525:5,
525:13, 527:7,
528:7, 528:9,
529:12, 530:15,
572:12, 574:15,
574:17, 577:19,
584:8, 584:10,
591:21, 595:5,
597:2, 598:20,
602:2, 602:8, 603:4,
603:8, 603:14,
604:9, 606:12,
607:17
**worried** [2] - 505:11,
505:14
**written** [2] - 566:13,
568:15

# Y

**yards** [2] - 515:21,
518:15
**year** [3] - 551:9,
551:19, 551:23
**years** [4] - 485:16,
576:23, 577:24,
579:4
**yell** [3] - 507:15,
507:18, 547:6
**yelled** [2] - 504:18,
547:10
**yelling** [8] - 504:12,
507:12, 510:1,
512:7, 513:20,
531:19, 538:17,
597:5
**yellow** [3] - 503:17,
526:23, 603:21
**yells** [1] - 547:15
**yield** [1] - 594:6
**yourself** [10] - 490:5,
495:20, 526:19,
526:22, 529:24,
532:2, 558:3,
562:18, 589:8,
602:12

# Z

**zero** [1] - 598:2
**zip** [1] - 602:17
**Zoom** [1] - 555:14
**zoom** [1] - 503:2