# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES

v.

Thomas Robertson

**CASE NO: 1:21-cr-00034-CRC**

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE OF AUGUST 4, 2022

Comes now the Defendant, Thomas Robertson, by and through counsel, and unopposed by the Assistant United States Attorneys for DC, and moves to continue the sentencing of this matter until any other date in August other than August 1 – 6, 2022, and states as follows:

1. Undersigned Counsel is unavailable for sentencing (in person) because of preplanned vacation plans.

2. The vacation plans with Undersigned's family were made over a year ago.

3. Undersigned has consulted with the Government, and they do not oppose continuing this matter until another date in August as long as it is before August 16, 2022.

4. Undersigned is available any other date in August other than August 1-6, 2022

Page **1** of **2**

Respectfully submitted,

ROLLINS AND CHAN

/s/
_____
Mark Rollins
DC Bar Number: 453638
Counsel for Thomas Robertson
419 7TH Street, NW
Suite 405
Washington, DC 20004
Telephone No. 202-455-5610
Direct No: 202-455-5002
mark@rollinsandchan.com

**Date Filed:** May 5, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, this motion was electronically filed pursuant to the rules of the Court.

/s/
_____
Mark Rollins