To the Honorable Judge Christopher Cooper,

My Attorney advised me that I had the right to write you a letter to be read and considered in sentencing. I've gone back and forth probably a dozen times, but finally decided to write you. I want to be clear and up front. I'm not providing excuses for any of my behavior or actions on 1/6/21. My actions are not really in debate. There is clear video of a large part of that day, and I don't dispute I'm the person in all of the videos shown in Court. I take full responsibility for my actions that day and any poor decisions I made. I only want to let you know some things that were not part of the case that may have contributed to my state of mind on and prior to 1/6/21, and update you on events that have taken place since my trial.

On 11/20/20 a older friend of mine suffered a fall in his home. It was eventually determined to have been caused by brain cancer and had already passed to stage 4. From that date I became his primary care taker and contact for health care and Hospice. All in addition to my full time job as a Police Sergeant and my running of my small farm. Also at this time my wife took a contract job in New York City, working as an Investigator for the Office of the Medical Examiner. The uptick in COVID-19 deaths caused a huge need for her skills in the City. So, I was also all alone at home. My ill friend was a vocal and enthusiastic Trump supporter and as a result of caring for him I was exposed to lots of pro Trump, anti Biden media.

The cumlative stress of all of this caused me to start drinking far more, and far harder alcohol, than I ever have. The combination of these things lead to all of the social media posts that were quoted in Court. None of my prior social media history contains anything like those posts. They were a product of stress, alcohol abuse, and submersion in deep "Rabbit holes" of election conspiricy theory. I sat around at night drinking too much and reacting to articles and sites given to me by Facebook algorythms. The result was shameful and not at all indicative of the Person I am, or have ever been. I graduated the Police academy in 1994 at age 21 and served as a police officer with a spotless service record until 2020. The only breaks in that service were for military or Department of Defense training and deployments from 2005 to 2011. These include service in Iraq and Afghanistan and being severely wounded in Afghanistan in 2001. Wounds requiring 13 surgeries and 3 years of Physical therapy to allow me to return to police work in 2014. I love the United States of America. I've seen up close the results of insurgencis and political violence and would never wish that on America. Social media statements made by me being a "Tough guy" are shameful and I'm shamed for having made them.

As to the events of 1/6/20 and my actions that day, another clarification statement is needed. I do not in any way dispute my actions that day. I have been convicted by a Jury of my peers of crimes associated with those actions.

I do want you to know that I did not go to DC on 1/6/21 with plans to do anything beyond protest and went with no malice in my heart. I've never been a huge Trump supporter, and in fact totally agreed with VP Pence that he had no Constitutional authority to delay the vote tally. My arrival at the Capitol after the rally was as much a function of crowd following as anything, and nobody was more surprised than me that I was able to walk unimpeded directly to the Capitol. The trial has been held, and the jury has spoken. I accept responsibility for the part I played in that days events. I do want to state a few things clearly regardless of that. First, I absolutely did not have any intention to disrupt Congress that day. I would never have gone inside the Capitol but to retrieve Fracker. I did not intentionally or with any knowledge obstruct MPDC officers in the performance of their duties. From my perspective on 1/6/21 I saw them coming towards me and they walked past. 5 second at most from start to stop. It was a "non-event" to me until the charge came out a month or so before trial. I did not carry my walking stick for use as a weapon, I very specifically made certain no weapons were brought by my group on 1/6/21. Finally, I absolutely did not destroy my and Fracker's cell phones. Fracker did and told me about doing it. He lied multiple times to the FBI and then perjured himself in Court. I was aware the phones "Took a swim" but I did not destroy them. Fracker did. I went inside the Capitol knowing I shouldn't, I protested on restricted grounds knowingly and willingly, and I was part of a crowd that took part in violence, destroyed property, and ultimately caused the

evacuation of Congress. All of that is unacceptable and is inconsistent with my upbringing.

Thank you for your consideration,

Thomas J. Robertson