(USPS-660-020) Vinton, VA          Thursday, June 18, 1998          50 Cents

# Council cites VPD officers for 'heroism'

**By TOM WILMOTH**
**Staff Writer**

Though there was one fatality from the April 27 fire at the Clearview Manor Apartment Complex, the tragedy could have been much worse had it not been for the action of three members of the Vinton Police Department.

Investigator Michael D. Crawley and officers Thomas J. Robertson and Joseph L. Day were recognized at Tuesday's Vinton Town Council meeting for "outstanding heroism" for the actions they took that April evening that kept the fire confined to one second floor apartment.

"Without your quick actions and response by placing your lives at risk to extinguish the fire and evacuate the complex (the fire) could have resulted in the loss of many lives," stated Vinton Town Council in its resolution recognizing their actions.

"Your contributions further serve to influence an unselfish dedication to the welfare of our citizens," the resolution added.

The call about the fire came into the police department at 7:22 p.m. on April 27 and the three responded to the call immediately.

The officers went straight to the second floor and smelled the smoke, observing it coming from under the door of Apartment 213.

Officer Robertson proceeded to the

**Continued on Page 2**

The Vinton Messenger

Roanoke Valley Convention and Visitor's Bureau Marketing Committee and the National Association of Women Business Owners (NAWBO).

...donations may be mailed to Leon P. Ferrance, Esquire at P.O. Box 34, Roanoke, Va. 24002, in the name of "Lin Chaff Scholarship for Creativity."

# Council

## Continued from Page 1

end of the corridor and into the stairwell and brought out a pre-connect firehose from the cabinet, but the hose would not pressurize. Officer Crawley went to the center of the building and advanced its pre-connect hose down the corridor.

The second hose would not reach to the apartment that was burning so Officer Day stood in the doorway of the apartment and instructed Officer Robertson to direct the hose stream onto his body, allowing him to redirect the water into the apartment and onto the fire.

This was done until the fire was extinguished.

The three officers then proceeded to help other emergency services personnel in evacuating the complex.

The officers "went way beyond what you would expect," stated Vinton Town Manager Clay Goodman, in presenting the resolution to council.

Vinton Police Chief Ricky Foutz added that the officers actions "was a very dangerous and deadly situation...A lot more lives could have been lost."

"We do appreciate what you do on a day to day basis," said Vinton Mayor Charles Hill. "We're very proud of you."

Officer Robertson said the three just worked together.

"I knew instantly what (Officer Day) was doing and he instantly knew what I was doing. We all knew what had to be done," he said.

"We didn't have time to think," added Officer Day.

# Tanks

## Continued from Page 1

Also the town will be upgrading its Third Street Pump Station underground storage tank, replacing it with...

...more than $200,000 removing its tanks and has recently added some $40,000 to its costs because of contamination found at its site at the Cave Spring

# Town of Vinton

## Certificate of Recognition

This Certificate of Recognition Is
Presented To

### OFFICER THOMAS J. ROBERTSON

With Sincere Appreciation For

*Your Courageous Actions and Unselfish Dedication*

*Displayed at the Clearview Manor Fire on April 27, 1998*

Presented This __16th__ Day of __June__, __1998__

**Vinton Town Council**
Mayor
Vice Mayor
Councilman
Councilman
Councilman



ATTEST _____
Clerk of Council

The Vinton Messenger, May 6, 1999

# Vinton officer is among ones honored by MADD

**By CHARLES STEBBINS**
Contributing Writer



About a dozen law enforcement agents in the Roanoke Valley were recognized last week for their efforts in keeping highways free of drivers who are under the influence of alcoholic beverages or other drugs.

They were among a group of 47 law enforcement officers throughout southwest Virginia recognized at the Sixth Annual Awards Dinner and Ceremony sponsored by the Smith Mountain Lake Regional Chapter of Mothers Against Drunk Driving (MADD).

Local officers recognized were:

•*Roanoke County:* Officer Mark Cromer of the Roanoke County Police Department; State Trooper Gary Dean Chaffin, assigned to Roanoke County; Corporal Walter Eanes of the Roanoke County Sheriff's Office;

•*Vinton:* Officer Thomas Robertson of the Vinton Police Department;

The ceremony was held last week at the Holiday Inn on Starkey Road in Roanoke County.

The main speaker was Jeff Levy of Alexandria, who has become a leader in the state organization of MADD.

Levy had a son who was killed in a traffic accident in Montgomery County in 1997 while a student at Virginia Tech. He was a passenger in a car being driven by another student who was under the influence of alcoholic beverages.

Law enforcement officers recognized were selected on the basis of the number of driving under the influence arrests they made in the previous year.

Among the officers honored this year, Officer Fuller of the City of Roanoke Police Department had the highest number of arrests — about 100.

Among the state police troopers, W. Mike Bowen of Franklin County held the highest, with 38.

The Smith Mountain Lake Regional Chapter of MADD covers the counties of Roanoke, Botetourt, Bedford, Franklin and Montgomery and the cities within them. The president is Tom Altman.

Even though the MADD chapter officially covers only five counties it reaches into a wider area of southwest Virginia to recognize law enforcement officers.

The MADD ceremony came in the same week, April 25-30, that has been proclaimed by Gov. Jim Gilmore to be National Crime Victims Rights Week in Virginia.

The program also came at a time when the National Highway Traffic Safety Administration announced that traffic deaths blamed on alcohol use have fallen from 57 percent to 39 percent since the early 1980s.

This was a period when laws relating to driving under the influence have grown more strict in most states.

# Family Center dedication

r

harter
usiness
ted Jo
ear at
is the
en an

**Blue**
duate
**North**

y was

s will
in the
meets
at the

The Franklin Newspost   March 5, 2004

Serving The Land Between The Lakes — Philpott and Smith Mountain

Rocky Mount, Virginia

# Cops offer gun locks for kids

**By MITCHELL BUPP**
Staff Writer

A national safety program called "Project ChildSafe (PCS)" has distributed free firearm safety kits (cable-style gun locks) to law enforcement agencies in Franklin County to be distributed to local residents.

The National Shooting Sports Foundation (NSSF) has received a $50 million grant from the Department of Justice (DOJ) and is teaming up with local law enforcement agencies to raise awareness about the responsibility of firearm ownership and storage.

Rocky Mount Police Chief R.B. (Butch) Jenkins said, "We are fortunate enough to provide these gun locks to the public free of charge and encourage everyone who owns a firearm to come by and get one."

Jenkins said it is important for everyone to take responsibility for gun safety and to make sure their firearms are stored safely.

Capt. Robert Strickler of the Franklin County Sheriff's Department said, "there have been some mishaps with guns here (in (Continued on Page 8))

(Continued on Page 8)



Lt. Billie Wayne Stockton of the Franklin County Sheriff's Department (left) and Officer T.J. Robertson of the Rocky Mount Police Department display the free gun locks provided to local law enforcement agencies by project ChildSafe, a component of President Bush's Project Safe Neighborhoods initiative to reduce gun-related crime and violence in America.

Staff Photo by Mitchell Bupp

Homecoming

Graveyard

WE ARE HAVING A RADA CUTLERY SHOW
WEDNESDAY - MARCH 10TH

## Gun locks

(Continued from Page 1)

Franklin County," that were not acted properly."

Strickler pointed out people always think of an accident as happening to someone else.

"I will never forget my dad teaching me about gun safety," said Strickler.

Strickler said the sheriff's department assists any civic group that wants to provide its members or the public with the gun safety kits.

Chris Stemp, Franklin County director of public safety, said Project ChildSafe "is a great program to prevent tragic accidents when a child gets hold of a gun."

Residents and civic organizations can get information and free gun safety kits at three locations in Rocky Mount by contacting the Rocky Mount Police Department at 483-9275; Franklin County Sheriff's Department at 483-3006; and the Franklin County Department of Public Safety at 483-3091.

The local police and sheriff's departments will provide the gun safety kits and cable-style gun lock devices to any county citizen that requests them.

The lock, which works like a bicycle cable lock, is threaded through the firearm's bolt action area rendering the firearm inoperable.

The locks, in combination with accompanying educational materials, are intended to promote safe handling and secure storage practices among all firearms owners.

PCS advises adults to make sure that young people in their homes understand the following safety guidelines.

First, says PCS, don't go looking for guns in your house or a friend's house and don't let other kids look for guns in your house.

Secondly, if you find a gun in your house, or anywhere else stop, leave it alone, do not touch it or let anyone else touch it. Leave the area and tell an adult about the gun at once.

And even if a gun looks like a toy, don't touch it. Some real guns may look like toy guns, so don't take a chance. Leave the area and immediately tell an adult.

The Franklin County Sheriff's Department received 1,000 of the gun locks and the Rocky Mount Police Department received 700 cable-style gun locks from PCS, for a total of 451,300 guns Virginia residents.

According to the PCS "web site, the organization is using 15 education vehicles to visit thousands of communities across America to distribute the free gun locks and safety education materials.

PCS is a component of President Bush's Project Safe Neighborhoods initiative to reduce gun-related crime and violence in America.

The NSSF has over 2,500 firearm industry members and was founded in 1991. It plans to distribute 20 million firearm safety kits nationwide.

"Because of NSSF's experience and expertise in the area of firearms safety education, we are able to couple our lock giveaway efforts with firearm safety education so that parents can understand the importance of keeping guns secure in the home," said Richard R. Nedelkoff, former director of the Bureau of Justice Assistance, the DOJ division overseeing the $50 million grant in support of Project Childsafe.

More information about PCS can be found at its web site www.projectchildsafe.org

## Author

(Continued from Page 1)

Williams previously wrote for over 20 years for The Washington Post. He also received an Emmy for documentary writing.

Williams also has authored several books, including "Eyes on the Prize" and his latest, "This Far by Faith: Stories of the African American Religion Experience."

The President's Commission selected Williams to be the keynote speaker at the Smithsonian...

**T. J. Robertson of the Rocky Mount Police Department (from left), display the free gun locks and safety information available at the Rocky Mount Police station on North Main street, Franklin County Sheriff's Department behind the courthouse and the Department of Public Safety on Franklin Street in Rocky Mount.**

# MEMORANDUM

## ROCKY MOUNT POLICE DEPARTMENT

**TO:**      **Chief R.B.Jenkins**

**FROM:**   **Sgt. E.L.Mollin**

**DATE:**   **March 24, 2005**                    FILE COPY

**RE:**      **Sexual Assault Investigation**

On March 23rd, 2005  Officer T.J.Robertson responded to the FMH in reference to a sexual assault.  Officer Robertson assisted forensic nurses and Department of Social Services personnel in an interview of the victim (3 YOA) at the hospital and retrieved follow-up and suspect information.  Family members and witnesses where also interviewed at that time.

Officer Robertson compiled the information and Investigative Sgt. Bill Engel was contacted.  The suspect, Jeremy McDarmont, was located and taken to the RMPD for an interview.  Sgt Engel and Officer Robertson conducted the interview which was recorded from the observation room.  As the interview progressed Mr. McDarmont confessed to Officer Robertson about the sexual penetration with the 3 YO child.  The interview was completed and Mr. McDarmont was delivered to The FCSO Jail.

This type of incident like many others are commonly not reported or believed.  It is a great satisfaction to those involved when an intricate case such as this is completed in a thorough and quick manner.

I wish to commend Officer Robertson on his commitment and dedication to the citizens of Rocky Mount.  Without the efforts of Officer Robertson and the assistance of Sgt. Engel, Forensic Nurse Robin Wood and DSS worker Nikki Abner the outcome may not have occurred in this timely and efficient manner.

Cc:     T.J.Robertson
         W.A. Engel

FILE COPY

# MEMORANDUM

# ROCKY MOUNT POLICE DEPARTMENT

**TO:**      Sgt. W. A. Engel, Patrolman T. J. Robertson

**FROM:**   Chief R. B. Jenkins *RBJ.*

**DATE:**    4/1/05

**RE:**       Sexual Assault Investigation

Sgt E. L. Mollin briefed me by memorandum in reference to the sexual assault case that both of you investigated regarding a 3 year old child who was molested. These cases are very difficult to confront for everyone involved in the investigation. We all know what trauma it places on the victim. I commend you for your perseverance in obtaining a confession from the suspect.

RBJ/jhs

cc: Keith Holland, Town Manager
    File

# MEMORANDUM

# ROCKY MOUNT POLICE DEPARTMENT

**TO:**      Patrolman T. J. Robertson

**FROM:**   Chief R. B. Jenkins *RBJ*

**DATE:**    4/1/05

**RE:**      MADD award

I have selected you as the award recipient from the R.M.P.D for the Mothers Against Drunk Driving award for your efforts in combating drunk & drugged driving in 2004.  Your 19 DUI arrests are an indication of your dedication to public safety.  I have arranged for you, your wife, & your Sergeant to attend the awards ceremony at the Holiday Inn, Tanglewood in Roanoke, Va. on Tuesday, May 10, 2005 beginning at 6:00 p.m.

RBJ/jhs

cc:  Keith Holland, Town Manager
     E. L. Mollin, Sergeant
     File

S AND ADVERTISING: WWW.THEFRANKLINNEWSPOST.COM

# Area man charged in drug bust

By MORRIS STEPHENSON
Staff Writer

Rocky Mount police arrested a Martinsville man Thursday afternoon on Diamond Avenue and charged him with possession of cocaine with intent to distribute, possession of a firearm while in possession of cocaine and resisting arrest.

Rocky Mount Police Chief Butch Jenkins said Patrolmen C.E. Hatman and T.J. Robertson arrested Terry Preston, 36, at approximately 2:30 p.m. Thursday.

Officers reported they found

(Continued on Page 7)



Staff Photo by Morris Stephenson

Rocky Mount Patrolmen C.E. Hatman and T.J. Robertson talk with Franklin County Sheriff's Department Lt. Ewell Hunt (from left) about a drug arrest Thursday afternoon on Diamond Avenue in Rocky Mount.

The Franklin Newspost December 5, 2005

Bedford City, 4.2 percent, unchanged from the 4.2 percent rate in September; Bedford County, 3.1 percent, down from 3.2 percent; Henry County, 6.0 percent, down from 6.6 percent; Martinsville, 8.3 percent, down from 9.3 percent; Patrick County, 5.2 percent, down from 6.0 percent; Pittsylvania County, 6.4 percent, down from 7.0 percent; Roanoke City, 3.8 percent, down from 4.0 percent; Roanoke County, 2.7 percent, down from 2.8 percent; and Salem, 2.9 percent, down from 3.1 percent.

Franklin County's unemployment rate includes the towns of Boones Mill and Rocky Mount.

# Area man charged in drug bust

**(Continued from Page 1)**

cocaine with a street value of "several thousand dollars" in Preston's possession.

When officers attempted to arrest Preston, they found a firearm. Preston was taken to the Franklin County jail where he is being held without bond.

Members of the Franklin County Sheriff's Department and the Virginia State Police assisted.

Jenkins said Friday that the investigation continues.

## Read The Franklin News-Post For All Of Your Real Estate Needs

**AUGUST 28, 2009**

**FRIDAY**

**Franklin County**
opens its 2009 football season with a trip to Lynchburg to play former Western Valley District rival E.C. Glass tonight. See game preview on Page 1-C.



**Revelers**
at the annual Beach Bash at Parkway Marina danced to music by the Part Time Party Time Band. See Page 1-B.



**SMITH MOUNTAIN LAKE**

Fra
High
cor
Sh
D

Se



# The Franklin New

Philpott
Lake

Volume 104, Number 103

Serving The Land Between The Lakes — Philpott and Smith Mounta

# Judge Jones in 'critical condition' after crash

M
h

By
St

pr
bu
sh
ic

th
g

h
n
t

c

By K.A. WAGONER
Staff Writer

Franklin County General District Court Judge George Jones was airlifted to Carilion Roanoke Memorial Hospital after a traffic accident on North Main Street Thursday afternoon.

Dr. Charles Lane, the medical director for the Franklin County Department of Public Safety who treated Jones at the scene, said Jones was in critical condition.

Jones was traveling south on North Main in a 2006 Chevrolet Impala when he had a medical emergency and lost control of the vehicle, according to Cpl. T.J. Robertson with the Rocky Mount Police Department.

The Impala struck a parked vehicle, pushing it into two more vehicles, Robertson said. Then the Impala rolled back down the hill and struck two additional vehicles parked at the restaurant.

Robertson and Stephanie Hodges, a nurse at Carilion Franklin Memorial Hos-



Staff Photo by K.A. Wagoner
Public safety officials examine the scene where a Franklin County judge was involved in a traffic accident in front of the Hub Restaurant in Rocky Mount.

pital, performed CPR until paramedics and Lane arrived at the scene.

Jones was transported to Franklin

Memorial and airlifted to Roanoke Memorial.

The accident is under investigation.

# County tourism grants available

By KEN BRADLEY
Staff Writer

Applications for tourism grants are now available to community groups, non-profit organizations and others from the



A full copy of the grant application and guidelines are available at the Franklin County Tourism Office at the

sionals, and approval of recommended projects is expected to be Sept. 30.

"Tourism in Franklin County is becoming an increasingly important component of the county's overall economy, and expansion of this industry is vital to the com-

**SEPTEMBER 16, 2009**   WEDNESDAY

**50 CENTS**

**Franklin County's**
varsity volleyball team
claims its first and second vic-
tories of the season
and finishes third in Saturday's
Albemarle Invitational
in Charlottesville.
See story on Page 1-B.



**Junior Sisk**
and Ramblers Choice
performed a concert at
Mary Elizabeth's park last
weekend. the site where
an amphitheater may be
built.
See story on Page 8-A.



**The BFMS Choir**
has received a set of
instruments to start a new
drumming course, learning
music from several different
cultures.
See Page 3-A for details.



# The Franklin News-Post

Volume 104, Number 111

Serving The Land Between The Lakes — Philpott and Smith Mountain

Rocky Mount, Virginia

## Contract for new statue OK'd



Courtesy Photo by Dwight Hayes, Elegant Portraits

### Vermont company expected to finish project in 8 months

BY MORRIS STEPHENSON
Staff Writer

Work may soon begin on a new monument and Confederate soldier statue at the front lawn of the Franklin County Court-house.

The Franklin County Board of Supervisors Tuesday accepted a bid from a Vermont company to totally replace the original statue of a Confederate soldier and the monument that stood on the lawn.

Total cost of the project will be $162,949. The contract was awarded to Rock of Ages in Graniteville, Vt. and calls for total re-placement of the statue and monument from the ground up, ac-cording to Mike Thurman, the county's director of facilities.

The nearly 100-year-old county landmark was destroyed on June 7, 2007 when hit by a pickup truck.

Thurman said that the truck driver's insurance company has agreed to pay the maximum insurance coverage amount of $109,000.

The county's insurance paid the balance, less $1,000 de-ductible, according to Thurman.

The replacement monument will be made of Seabmark blue gray granite while the statue will be made from Danby white marble, he added.
(See Statue on Page 5-A)

## Theft, credit card fraud, among grand jury indictments

By KEN BRADLEY
Staff Writer

Breaking and entering, theft, drug possession and distribu-tion, credit card fraud and uttering bad checks were among the indictments returned by a Franklin County grand jury Monday.

An indictment is not a finding of guilty, but is a determina-tion by jurors that enough evidence exists to hold a trial.

Indictments returned by the grand jury:

• Roger Dale Anderson, two counts of uttering a check hav-ing a value of less than $200 knowing at the time there were insufficient funds in the account to pay, Nov. 15, 2008.

• Jannet Louise Angle, five counts of receiving a credit card knowing that the card was delivered under a mistake as to the identity of the cardholder with the intent to use, between Dec. 10, 2008 and Jan. 24, 2009; six counts of obtaining goods or services through the unlawful use of identifying information from a credit card, between Dec. 10, 2008 and May 7, 2009; and two counts of unlawful use of a credit card to obtain mon-
(See Indictments on Page 6-A)

## Robertson honored for action at scene of traffic accident

By JOEL TURNER
Staff Writer

Rocky Mount Police Cpl. T.J. Robertson has been recognized for his outstanding response to a recent motor vehicle accident involving Franklin County General District Court Judge George Jones.

Robertson was the first responder to the accident on Aug. 27 on North Main Street, according to Police Chief Erik Mollin.


Robertson

With the assistance of bystander Stephanie Hodges, an ER nurse at Car-ilion Franklin Memorial Hospital, they started CPR on Jones, who had suffered cardiac arrest, Mollin said.

They performed CPR until paramedics arrived with advanced life-saving equipment, he said.

Robertson also called for additional assistance through the communications center, Mollin said.

In a memorandum to town council, which was on the agenda for Monday night's council meeting, Mollin said that Jones was initially found without any pulse or respiration.

"The actions of Cpl. Robertson provided the services to assist and stabilize (Jones) for the helicopter transport to Carilion Roanoke Memorial Hospital," Mollin said.

"Without respiration and a pulse, the body has only a short window before permanent damage occurs," the police chief said.

Jones is currently doing well and expected "to make a com-plete recovery that I can attribute to Robertson's efforts that af-ternoon," Mollin said.

The fast response and quick actions by Robertson and Hodges may have made a difference in the outcome of the accident, he

## FCHS stiffens policy for athletics

*New rules will prohibit participation in extracurricular activities for certain offenses*

By JOEL TURNER
Staff Writer

The Franklin County School Board has approved a more restrictive policy for par-ticipation in athletics and other extracur-ricular activities for Franklin County High students who have been suspended for using drugs, alcohol, weapons and other of-fenses.


Decker

Under the old policy, any FCHS student could participate in ex-tracurricular activities unless he or she were suspended on the day the activity was sched-uled.

Athletes and band members are also re-quired to sign the "Par-ticipation Agreement," which states that they will not use alcohol, tobacco or drugs, nor will they participate

in any hazing activities.

Under the new policy, students who have been suspended for alcohol, drugs, tobacco, sexual offenses, weapons or fights resulting in a 10-day suspension will not be allowed to participate in or attend ex-tracurricular activities.

These activities include athletic teams and contests, homecoming, prom, co-cur-ricular clubs, club meetings, pep rallies, talent shows, parking on campus, senior trip and senior banquet.

The ban on participation in extracurric-
(See Athletics on Page 8-A)

## Town gives revitalization project the green light

By JOEL TURNER
Staff Writer

Rocky Mount Town Council voted Monday night to award a construction contract for the long-delayed uptown revital-ization project that will change the appearance and landscape of uptown.

Council award of the long-

ny has done revitalization work in other communities and is experienced in this type of project.

Town council members agreed earlier to eliminate some items from the $1.3 mil-lion bid and to modify other items to reduce the overall costs and the town's share.

# Robertson honored for action at scene of traffic accident

By JOEL TURNER
Staff Writer

Rocky Mount Police Cpl. T.J. Robertson has been recognized for his outstanding response to a recent motor vehicle accident involving Franklin County General District Court Judge George Jones.

Robertson was the first responder to the accident on Aug. 27 on North Main Street, according to Police Chief Erik Mollin.



Robertson

With the assistance of bystander Stephanie Hodges, an ER nurse at Carilion Franklin Memorial Hospital, they started CPR on Jones, who had suffered cardiac arrest, Mollin said.

They performed CPR until paramedics arrived with advanced life-saving equipment, he said.

Robertson also called for additional assistance through the communications center, Mollin said.

In a memorandum to town council, which was on the agenda for Monday night's council meeting, Mollin said that Jones was initially found without any pulse or respiration.

"The actions of Cpl. Robertson provided the services to assist and stabilize (Jones) for the helicopter transport to Carilion Roanoke Memorial Hospital," Mollin said.

"Without respiration and a pulse, the body has only a short window before permanent damage occurs," the police chief said. Jones is currently doing well and expected "to make a complete recovery that I can attribute to Robertson's efforts that afternoon," Mollin said.

The fast response and quick actions by Robertson and Hodges may have made a difference in the outcome of the accident, he said.

The accident at North Main Street and Franklin Street involved six vehicles, but there were no injuries, Mollin said.

Jones was traveling south on North Main Street when he had the cardiac arrest, lost control of his vehicle, and struck parked vehicles.



sister and several friends and

... that you are a coworkers said Bennett's involve-

... Circuit Court, her parents, time as Nolen's rage toward Strick-
ler evolved.
(See Bennett on Page 8-A)

... wounding, possession of a firearm after having
(See Davis on Page 8)

# Veteran develops trauma course for teachers

## Training based on Robertson's military expertise

### By MORRIS STEPHENSON
Special to the News-Post

When T.J. Robertson wa...
selected in August as a re...
source officer for Benjami...
Franklin Middle School an...
the Gereau Center, his fir...
concern was the safety of th...
students.

After conducting a school s...
curity survey, he determine...
that law enforcement's r...
sponse to a lockdown at th...
school was pretty darn good,...
Robertson said.

In the case of a lockdown...
teachers gather students in...
side the classrooms and lo...
the doors, Robertson sai...
Then it takes about 30 t...
minutes for police to clea...
(See Trauma Course on Page 8-A)

Teachers who completed a 3-hour trauma course, led by Resource Officer T.J. Robertson (center), Monday at BFMS received a medical kit containing bandages, tourniquets and other special items.

Photo by Morris Stephenson

# candidates discuss funding, priorities

The Franklin NewsPost October 18, 2013

The Franklin News-Post

Friday, October 18, 2013





Resource Officer T.J. Robertson, left, uses Robert Ashwell, a teacher and veteran, to demonstrate how to apply a combat tourniquet.

quick clot combat gauze.

"I've had this used on me," Robertson said of the tourniquet. "It's the most painful thing I've ever had done to me, but I know it saved my life."

Robertson and Ashwell demonstrated each item contained in a specialized medical kit, one of which was provided to 20 teachers who completed

After the session, Rocky Mount Police Chief David Cundiff said he would like to see all elementary and high school teachers trained and equipped with trauma kits.

"You always think nothing like this will ever happen here and I hope it never does," Cundiff said. "Police are always

Robert Ashwell, left, a teacher and wounded combat veteran, supervises as teachers pack gauze into a gunshot hole made in a piece of pork roast.

Photos by Morris Stephenson

trained for an active shooter scenario, but never for handling or administering first aid to a trauma victim in a shoot-

ing situation. But it's good to know, now, we have teachers who are trained to deal with this type of situation."

Case 1:21-cr-00034-CRC   Document 121-2   Filed 07/28/22   Page 23 of 32

# Trauma Course

**(Continued from Page 1-A)**

buildings the size of the middle school, Robertson said.

But what if a student were injured and needed medical attention?

"Without immediate treatment, a seriously wounded student is going to die, pure and simple," said Robertson, a combat veteran who was seriously wounded in Afghanistan.

While in the military, a 40-hour medical combat training course had prepared Robertson and all other combat soldiers to treat wounds suffered in battle.

"Soldiers are taught that a person with a damaged femoral artery will lose consciousness in 30 seconds, with death coming within 3 minutes by bleeding out," Robertson said.

The same concept could apply to lockdown situations in schools, Robertson thought. Specialized training could also be used to prepare teachers, who are in the classrooms with students during a lockdown situation, to administer treatment to wounded students.

"The idea was well accepted (by the school administration)," Robertson said, so he began developing a condensed three-hour trauma care course for teachers with assistance from the Franklin County Department of Public Safety.

Robertson enlisted the help of Robert Ashwell, a biology teacher at the Gereau Center and a combat veteran, who was also wounded in Afghanistan.

Finally, the first course was conducted Monday afternoon at the middle school with 47 teachers completing the course. Robertson was assisted by other law enforcement officers and EMTs.

"Ditch medicine is not pretty and it's not sterile...it's packing actual wounds," Robertson said as he began the class. "We'll be showing you video of treating real wounds. And you'll be packing real flesh with gauze, using your fingers."

Part of the training was to pack a bullet wound in a large pork rump roast. Teachers lined up to take a turn at finding the bullet wound then inserting the gauze into the hole, using two fingers.

"If you can't handle what you see, feel free to step outside the room until you're ready to return," he added. "We're trying to make this as real as possible. We want you to take advantage of our (his and Ashwell's) experiences."

Robertson and Ashwell demonstrated how to use special items for different types of wounds, with emphasis on the importance of stopping a bleed. After the demonstrations, teachers practiced using a combat application tourniquet and



Resource Officer T.-
a teacher and vetera
bat tourniquet.

quick clot combat gau

"I've had this use
Robertson said of th
quet. "It's the mos
thing I've ever had d
but I know it saved r

Robertson and
demonstrated each
tained in a specialize
kit, one of which wa
to 20 teachers who
the course for their c

The kits cost a
each and more will b
to teachers as soon a
ey is raised to purc
tional kits, Robertso
nations to purchase
can be made to t
Mount Police Depar

## Candidates



**FRANKLIN COUNTY PUBLIC SCHOOLS**

**BENJAMIN FRANKLIN MIDDLE SCHOOL**

WEST HALL                      EAST HALL
225 MIDDLE SCHOOL ROAD          375 MIDDLE SCHOOL ROAD
ROCKY MOUNT, VA 24151          ROCKY MOUNT, VA 24151
TELEPHONE 540-483-5105

October 16, 2013

Dear Chief Cundiff,

I would like to take this opportunity to extend my highest praise, both as a co-worker and Rocky Mount Town Council member, to Officer T.J. Robertson.  He is, in my opinion, one of the finest School Resource Officers Benjamin Franklin Middle School has ever had the pleasure of having represent the Town of Rocky Mount.

Officer Robertson goes above and beyond his duties when dealing with our students.  He is constantly monitoring and assessing the needs of our school, as a whole, and of the individual students.  Officer Robertson spends two hours each day in the school cafeteria getting to know the students and their personalities.  Students often call him over to discuss issues and ask for his advice.  I have seen him sitting with students who eat alone, and it appears to make them happy for him to be sharing conversation.  Officer Robertson monitors the hallways during class change, assists by standing by and participating in parent conferences of potentially hostile parents, and is available for administrators, as potential criminal and civil charges are assessed.

On one occasion, Officer Robertson bought two of our very needy students clothing with money out of his own pocket.  He noticed that the students had been wearing the same clothing for a couple of days. This same family had a serious child abuse incident, and Officer Robertson was available to attend the bond hearing to verify that the children would be safe, should their parent make bail.

I had the pleasure of participating in a Gunshot Wound training headed by Officer Robertson on Monday, October 14, 2013.  He was knowledgeable of the material and very effectively got the necessary information across in a manner that the participants could understand.  In a life and death situation, I do believe that I could help save the life of a gunshot victim because of this training.

Professional, courteous, and well-respected would all be accurate in describing Officer Robertson.  I so admire his commitment to the students, faculty, and staff of Benjamin Franklin Middle School and the Town of Rocky Mount.  We are indeed fortunate to have such a fine officer in our midst.

Thank you,

*Ann Love*

Ann Love
7th Grade Guidance and Rocky Mount Town Council



# ROCKY MOUNT POLICE DEPARTMENT



This is to certify that the Chief of Police has presented this

# LETTER OF COMMENDATION

TO

## SERGEANT THOMAS J. ROBERTSON

This letter of commendation is presented to Sergeant Robertson in recognition of his exceptional service on February 18th 2015 while serving as Sergeant of Delta Platoon with the Rocky Mount Police Department.

On this date Sergeant Robertson, while reviewing security camera footage of car windows being shot with a BB gun in the Wal-Mart parking lot, recognized the suspects as persons with whom he'd made contact with on a traffic stop earlier that morning. Sergeant Robertson then located the suspects and obtained admissions of guilt for damaging property at multiple locations throughout the Town of Rocky Mount and Franklin County with BB guns they had stolen from Wal-Mart. Sergeant Robertson's initiative and outstanding investigative skills resulted in the successful apprehension and admissions of guilt from suspects who caused the loss of over five thousand dollars in property damage involving twelve victims in less than six hours from the time of incident.

Sergeant Robertson's exemplary performance reflects great credit upon himself, Patrol Division, and The Rocky Mount Police Department.

Given this 6th day of March 2015

_Chief Kenneth E. Criner_

Kenneth E. Criner
Chief of Police
Rocky Mount Police Department



**Franklin County**
*A Natural Setting for Opportunity*

March 19, 2015

Officer T.J. Robertson
Town of Rocky Mount Police Department
1250 North Main Street
Rocky Mount, VA 24151

Dear Officer Robertson,

      Last week, the County Administration Office received a call from a representative of the new company locating in downtown Rocky Mount, Edelmann Technology. Their location manager had found a note from you regarding a small hole in their front glass, presumable made by a BB gun. While that hole has been there for some time, the Edelmann executive was very impressed that local law enforcement was so observant and caring for local businesses. In fact, they were so impressed that they called our office just to thank us and to commend you personally. I want you to know that Franklin County shares in that commendation. We are continuing to work with the company on further job creation and investment in the community and your work has certainly assisted us in impressing them. I want to thank you on behalf of the Board of Supervisors and the citizens of Franklin County for your hard work and for further putting our community in the most favorable light for economic development. Please let me know if our office can ever be of assistance to you.

Sincerely,

*Richard E Huff*

Richard E. Huff, II
County Administrator

Cc:    James Ervin, Town Manager
        Chief Ken Criner, Rocky Mount Chief of Police

RICHARD E. HUFF II
COUNTY ADMINISTRATOR
1255 FRANKLIN STREET, SUITE 112
ROCKY MOUNT, VIRGINIA 24151
(540) 483-3030
www.franklincountyva.gov



*The Office of the*
*Commonwealth's Attorney*

Franklin County Courthouse
275 South Main Street
Rocky Mount, Virginia  24151
t: 540.483.3092  ◊  f: 540.483.3094



**Franklin County**
VIRGINIA

November 7, 2016

Ken Criner
Chief, Rocky Mount Police Department
North Main Street
Rocky Mount, VA  24151

      Re:    *Investigation into Officer-Involved Shooting on September 10, 2016*

Dear Chief Criner:

On September 10, 2016, numerous law enforcement officers responded to the McDonald's located in Rocky Mount in regards to person wanted from another jurisdiction, Gary Ray Turner. One such officer was RMPD Sergeant Thomas Jarrett ("T.J.") Robertson.   Because Officer Robertson fired his service weapon once, and the projectile struck Mr. Turner in his arm, the Virginia State Police has investigated this matter.   Their findings have been provided to me.

Earlier today, after being presented with evidence from the Virginia State Police, the Grand Jury for the Circuit Court of Franklin County indicted Mr. Turner one five felonies:  attempted malicious wounding of Officer Robertson, attempted malicious wounding of Franklin County Sheriff's Deputy James E. Mason, two indictments for felony destruction of property (the vehicles Officer Robertson and Deputy Mason were operating), and one indictment for felony eluding.

After my review of findings by the State Police, and with due regard to charges returned today by the Grand Jury against Mr. Turner, our office is not pursuing charges against Officer Robertson relating to his use of his service weapon.

Thank you for your attention to this matter.

               Very truly yours,

               Allen (A.J.) Dudley, Jr.
               Commonwealth's Attorney