

Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

THOMAS JARRETT ROBERTSON   SPC   USAR

was Honorably Discharged from the

United States Army

on the 27TH day of AUGUST 2009   This certificate is awarded
as a testimonial of Honest and Faithful Service

LOUIS B WINGATE
COL, FA
COMMANDING

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER | | |
|---|---|---|---|---|
| ROBERTSON, THOMAS JARRETT | ARMY/USAR | 225 | 06 | 0556 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| PFC | E03 | 19730228 | 20140307 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FLOYD, VIRGINIA | 1886 WALNUT KNOB RD<br>FLOYD          VIRGINIA 24091-0000 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| CO E 787TH MP BN TR TC | FORT LEONARD WOOD, MO 65473-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE          NONE |
|---|---|
| 304 MP CO CBT, 532 CUMBERLAND RD, BLUEFIELD WV 24701 | AMOUNT: $100,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 31B10 MILITARY POLICE - 0 YRS 0 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2006 | 03 | 22 |
| | b. SEPARATION DATE THIS PERIOD | 2006 | 08 | 10 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 04 | 19 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 01 | 12 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 14 |
| | f. FOREIGN SERVICE | 0000 | 00 | 00 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2006 | 03 | 23 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| ARMY SERVICE RIBBON//NOTHING FOLLOWS | MILITARY POLICE, 19 WEEKS, 2006//NOTHING FOLLOWS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | X | NO |
|---|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | YES | | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | NA | NA |

| 18. REMARKS |
|---|
| MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS<br><br><br><br><br>The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – include ZIP Code) |
|---|---|
| 1886 WALNUT KNOB RD<br>FLOYD VIRGINIA 24091-0000 | JULIEANN ROBERTSON<br>1886 WALNUT KNOB RD<br>FLOYD VIRGINIA 24091-0000 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | VA | DIRECTOR OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| *[signature]* | *Lea Ann Starmer*<br>LEA ANN STARMER, GS09, HR SPECIALIST |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
| RELEASE FROM ACTIVE DUTY TRAINING | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | MBK | NA |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|
| NONE | |

**DD FORM 214-AUTOMATED, FEB 2000**      PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC      **MEMBER - 4**

RM 4980-18, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO

PRIVATE FIRST CLASS THOMAS J. ROBERTSON

COMPANY E, 787TH MILITARY POLICE BATTALION



FOR OUTSTANDING ACHIEVEMENT ON BEING INDUCTED INTO THE 14TH MP BRIGADE WARRIOR HALL OF FAME. YOUR SELECTION WAS BASED ON EXCEEDING STANDARDS IN WEAPONS QUALIFICATION, PHYSICAL FITNESS, AND COMPLETING A 10K ROAD MARCH. YOUR PROFESSIONALISM REFLECTS GREAT CREDIT UPON YOURSELF, THE MILITARY POLICE CORPS REGIMENT, AND THE UNITED STATES ARMY.

FROM 31 MARCH 2006 TO 10 AUGUST 2006

THIS 10TH DAY OF AUGUST 2006

PO# 222-3 dtd 10 August 2006

Headquarters, 787th MP Battalion
USAMANSCEN & FLW
Fort Leonard Wood, Missouri



RAMONA D. PLEMMONS
LTC, MP
Commanding

# RECOMMENDATION FOR AWARD

For use of this form, see HQDA Letter 600-06-1; the proponent agency is DCS, G-1.

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE (YYYYMMDD) |
|---|---|---|
| Commander, 787th Military Police Battalion, Fort Leonard Wood, MO 65473 | Commander, Company E, 787th MP Battalion Fort Leonard Wood, MO 65473 | 2006 0810 |

### PART I - SOLDIER DATA

| 4. NAME (Last, First, Middle Initial) | 5. RANK | 6. SSN |
|---|---|---|
| Robertson, Thomas J. | PFC | 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 |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| Company E, 787th MP Battalion (W4K82F) Fort Leonard Wood, MO 65473 | None |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD | |
|---|---|---|---|
| Army Reserve | AAM | a. FROM (YYYYMMDD) | b. TO (YYYYMMDD) |
| | | 20060331 | 20060810 |

| 12. REASON FOR AWARD | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12a. INDICATE REASON | 12b. INTERIM AWARD | | 12c. POSTHUMOUS | | 13. PROPOSED PRESENTATION DATE (YYYYMMDD) |
| ACH | YES | NO X | YES | NO X | 20060810 |
| IF YES, STATE AWARD GIVEN | YES | NO X | | | |

### PART II - RECOMMENDER DATA

| 14. NAME (Last, First, Middle Initial) | 15. ADDRESS |
|---|---|
| Johnson, Steven R. | Company E Fort Leonard Wood, MO 65473 |

| 16. TITLE/POSITION | 17. RANK | 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|---|---|
| Company Commander | CPT | Company Commander | |
| 787th MP Battalion | | | |

### PART III - JUSTIFICATION AND CITATION DATA (Use specific bullet examples of meritorious acts or service)

**20. ACHIEVEMENTS**

**ACHIEVEMENT #1**

PFC Robertson was inducted into the 14th Military Police Brigade Warrior Hall of Fame. He exceeded the standard in weapons qualification, physical fitness and completed a 10K road march in under the 75 minutes allowable time. He has demonstrated dynamic leadership, initiative, and professionalism. He has met and exceeded all of the requirements of End of Cycle testing and End of Cycle Comprehensive Testing.

**ACHIEVEMENT #2**

**ACHIEVEMENT #3**

**ACHIEVEMENT #4**

**21. PROPOSED CITATION**

FOR OUTSTANDING ACHIEVEMENT IN BEING INDUCTED INTO THE 14TH MILITARY POLICE BRIGADE WARRIOR HALL OF FAME. YOUR SELECTION WAS BASED ON EXCEEDING STANDARDS IN WEAPONS QUALIFICATION, PHYSICAL FITNESS AND COMPLETING A VIGOROUS 10K ROAD MARCH. YOUR PROFESSIONALISM REFLECT GREAT CREDIT UPON YOURSELF, THE 787TH MILITARY POLICE BATTALION, THE MILITARY POLICE CORPS, AND THE UNITED STATES ARMY.

PREVIOUS EDITIONS OF DA FORM 638 ARE OBSOLETE.

| PART IV - RECOMMENDATIONS/APPROVAL/DISAPPROVAL | | |
|---|---|---|
| 22. I certify that this individual is eligible for an award in accordance with AR 600-8-22; and that the information contained in Part I is correct. | 22a. SIGNATURE *Diana M. Rose* | 22b. DATE *(YYYYMMDD)* 20060810 |

| 23. INTERMEDIATE AUTHORITY | a. TO Commander, 787th MP BN | b. FROM Commander, Co. E, 787th MP BN. | c. DATE *(YYYYMMDD)* |
|---|---|---|---|
| d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL | | ☐ UPGRADE | ☐ DOWNGRADE TO: |
| e. NAME *(Last, First, Middle Initial)* Johnson, Steven R. | | f. RANK CPT | |
| g. TITLE/POSITION Company Commander | | h. SIGNATURE | |
| i. COMMENTS | | | |

| 24. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE *(YYYYMMDD)* |
|---|---|---|---|
| d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL | | ☐ UPGRADE TO: | ☐ DOWNGRADE TO: |
| e. NAME *(Last, First, Middle Initial)* | | f. RANK | |
| g. TITLE/POSITION | | h. SIGNATURE | |
| i. COMMENTS | | | |

| 25. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE *(YYYYMMDD)* |
|---|---|---|---|
| d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL | | ☐ UPGRADE TO: | ☐ DOWNGRADE TO: |
| e. NAME *(Last, First, Middle Initial)* | | f. RANK | |
| g. TITLE/POSITION | | h. SIGNATURE | |
| i. COMMENTS | | | |

| 26. APPROVAL AUTHORITY | a. TO Orders Issuing Authority, FLW, MO 65473 | b. FROM Commander, 787th MP BN, FLW, MO | c. DATE *(YYYYMMDD)* |
|---|---|---|---|
| d. ☐ APPROVED ☐ DISAPPROVED | | ☐ RECOMMEND UPGRADE TO: | ☐ DOWNGRADE TO: |
| e. NAME *(Last, First, Middle Initial)* Plemmons, Ramona D. | | f. RANK LTC | |
| g. TITLE/POSITION Battalion Commander | | h. SIGNATURE *Ramona D. Plemmons* | |
| i. COMMENTS | | | |

| PART V - ORDERS DATA | | | |
|---|---|---|---|
| 27a. ORDERS ISSUING HQ HHD, 787th MP BN Ft. Leonard Wood, MO 65473 FTC | FTC | 27b. PERMANENT ORDER NO. 222-3 | 31. DISTRIBUTION 1-INDIVIDUAL 1-ENLISTED RECORDS 1-UNIT 1-ORDERS SET |
| 28a. NAME OF ORDERS APPROVAL AUTHORITY *(Last, First, Middle Initial)* Harris, Mark K. | | 28b. RANK SFC | |
| 28c. TITLE/POSITION Adjutant | | 29. APPROVED AWARD AAM | |
| 28d. SIGNATURE *Mark Harris* | | 30. DATE *(YYYYMMDD)* 20060810 | |

DA FORM 638, APR 2006

DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

THE ARMY ACHIEVEMENT MEDAL



TO

PRIVATE FIRST CLASS THOMAS J. ROBERTSON

COMPANY E, 787TH MILITARY POLICE BATTALION

FOR OUTSTANDING ACHIEVEMENT IN BEING SELECTED AS THE 14ᵀᴴ M P BRIGADE LEADERSHIP AWARD RECIPIENT FOR CLASS #12-06. YOUR SELECTION WAS BASED ON MILITARY APPEARANCE, BEARING AND KNOWLEDGE OF MILITARY SUBJECTS. YOUR PROFESSIONALISM REFLECTS GREAT CREDIT UPON YOURSELF, THE MILITARY POLICE CORPS REGIMENT, AND THE UNITED STATES ARMY.

FROM 31 MARCH 2006 TO 10 AUGUST 2006

THIS 10ᵀᴴ DAY OF AUGUST 2006

Ramona D. Plemmons
LTC, MP
Commanding

PO # 222-1 dtd 10 August 2006
Headquarters, 787th MP Battalion
USAMANSCEN & FLW
Fort Leonard Wood, Missouri

# RECOMMENDATION FOR AWARD

For use of this form, see HQDA Letter 600-06-1; the proponent agency is DCS, G-1.

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE (YYYYMMDD) |
|---|---|---|
| Commander, 787th Military Police Battalion<br>Fort Leonard Wood, MO 65473 | Commander, Company E, 787th MP BN<br>Fort Leonard Wood, MO 65473 | 20060810 |

## PART I - SOLDIER DATA

| 4. NAME (Last, First, Middle Initial) | 5. RANK | 6. SSN |
|---|---|---|
| Robertson, Thomas J. | PFC | 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 |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| Company E, 787th Military Police Battalion<br>Fort Leonard Wood, MO 65473 | AAM |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD | |
|---|---|---|---|
| | | a. FROM (YYYYMMDD) | b. TO (YYYYMMDD) |
| Army Reserves | AAM   (1OLC) | 20060331 | 20060810 |

| 12. REASON FOR AWARD | | | | |
|---|---|---|---|---|
| 12a. INDICATE REASON | 12b. INTERIM AWARD | YES [ ] NO [X] | 12c. POSTHUMOUS | 13. PROPOSED PRESENTATION DATE (YYYYMMDD) |
| ACH | IF YES, STATE AWARD GIVEN | | YES [ ] NO [X] | 20060810 |

## PART II - RECOMMENDER DATA

| 14. NAME (Last, First, Middle Initial) | 15. ADDRESS |
|---|---|
| Sirois, Bruce A. | Company E, 787th Military Police Battalion<br>Fort Leonard Wood, MO 65473 |

| 16. TITLE/POSITION | 17. RANK | |
|---|---|---|
| Company First Sergeant | MSG | |

| 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|
| First Sergeant | |

## PART III - JUSTIFICATION AND CITATION DATA (Use specific bullet examples of meritorious acts or service)

### 20. ACHIEVEMENTS

ACHIEVEMENT #1

PFC Robertson was selected by senior leaders as the 14th Military Police Brigade Leadership Graduate for Company E, 787th Military Police Battalion. PFC Robertson has demonstrated dynamic leadership, initiative and overall performance which set him apart from his peers. He is a top performer with unlimited potential, always contributing 110% to team effort. Within a brief period of time PFC Robertson demonstrated superior performance and attention to duty.

ACHIEVEMENT #2

ACHIEVEMENT #3

ACHIEVEMENT #4

### 21. PROPOSED CITATION

**FOR OUTSTANDING ACHIEVEMENT IN BEING SELECTED AS THE 14TH MILITARY POLICE BRIGADE LEADERSHIP GRADUATE OF COMPANY E, 787TH MILITARY POLICE BATTALION. YOUR SELECTION WAS BASED ON YOUR OUTSTANDING QUALITIES OF LEADERSHIP BEST EXPRESSING THE AMERICAN SPIRIT, HONOR, INITIATIVE, AND HIGH STANDARDS. YOUR PROFESSIONALISM REFLECTS GREAT CREDIT UPON YOURSELF, THE MILITARY POLICE CORPS REGIMENT AND THE UNITED STATES ARMY.**

**DA FORM 638, APR 2006**       REPLACES DA FORM 638-1.<br>PREVIOUS EDITIONS OF DA FORM 638 ARE OBSOLETE.

Page 1 of 3<br>APD v1.02.

Page 2 of 3

Case 1:21-cr-00034-CRC   Document 121-3   Filed 07/28/22   Page 12 of 38   DA FORM 638, APR...

APD v1.02

**PART IV - RECOMMENDATIONS/APPROVAL/DISAPPROVAL**

| NAME (Last, First, Middle Initial) | SSN |
|---|---|
| Robertson, Thomas J. | 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 |

22. I certify that this individual is eligible for an award in accordance with AR 600-8-22, and that the information contained in Part I is correct.

| 22a. SIGNATURE | 22b. DATE (YYYYMMDD) |
|---|---|
| Thomas M. Roar | 20060822 |

| 23. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|
| | Commander, 787th MP BN, FLW, MO | Commander, Co. E, 787th MP BN, FLW | |

d. RECOMMEND: APPROVAL ☐ DISAPPROVAL ☐ UPGRADE ☐ DOWNGRADE TO: ☐

| e. NAME (Last, First, Middle Initial) | f. RANK | g. TITLE/POSITION | h. SIGNATURE |
|---|---|---|---|
| Johnson, Steven R. | CPT | Company Commander | |

i. COMMENTS

| 24. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|
| | | | |

d. RECOMMEND: APPROVAL ☐ DISAPPROVAL ☐ UPGRADE TO: ☐ DOWNGRADE TO: ☐

| e. NAME (Last, First, Middle Initial) | f. RANK | g. TITLE/POSITION | h. SIGNATURE |
|---|---|---|---|
| | | | |

i. COMMENTS

| 25. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|
| | | | |

d. RECOMMEND: APPROVAL ☐ DISAPPROVAL ☐ UPGRADE TO: ☐ DOWNGRADE TO: ☐

| e. NAME (Last, First, Middle Initial) | f. RANK | g. TITLE/POSITION | h. SIGNATURE |
|---|---|---|---|
| | | | |

i. COMMENTS

| 26. APPROVAL AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|
| | Orders Issuing Authority, FLW, MO 65473 | Commander, 787th MP BN, FLW, MO | |

d. APPROVED ☒ DISAPPROVED ☐ RECOMMEND UPGRADE TO: ☐ DOWNGRADE TO: ☐

| e. NAME (Last, First, Middle Initial) | f. RANK | g. TITLE/POSITION | h. SIGNATURE |
|---|---|---|---|
| Plemmons, Ramona D. | LTC | Battalion Commander | |

i. COMMENTS

**PART V - ORDERS DATA**

| 27a. ORDERS ISSUING HQ | 27b. PERMANENT ORDER NO. | 31. DISTRIBUTION |
|---|---|---|
| HHD, 787th Military Police Battalion, Fort Leonard Wood, MO 65473 | 222-1 | 1-OMPF  1-File  1-Unit  3-Individual |

| 28a. NAME OF ORDERS APPROVAL AUTHORITY (Last, First, Middle Initial) | 28b. RANK | 29. APPROVED AWARD | 30. DATE (YYYYMMDD) |
|---|---|---|---|
| Harris, Mark K.   FTC | SFC | AAM | 20060816 |

| 28c. TITLE/POSITION | 28d. SIGNATURE |
|---|---|
| Adjutant | Mark Harris |



FLW Form 1761-1 (Nov 99)

# Certificate of Achievement

**787**

*is presented to*

**PRIVATE THOMAS ROBERTSON**
**COMPANY E, 787th MILITARY POLICE BATTALION**

FOR OUTSTANDING ACHIEVEMENT DURING MILITARY POLICE ONE STATION UNIT TRAINING. ACHIEVING A SCORE OF 50 OUT OF 50 ON THE 9MM MILITARY POLICE PISTOL QUALIFICATION COURSE DEMONSTRATES MOTIVATION AND PROFESSIONALISM OF THE HIGHEST ORDER, AND REFLECTS GREAT CREDIT UPON YOU, YOUR UNIT AND THE UNITED STATES ARMY.

GIVEN THIS 9TH DAY OF AUGUST 2006

*787th Military Police Battalion*
*Fort Leonard Wood, Missouri*

**MELANIE S. MAPUOLETULI**
**CSM, USA**
**Battalion CSM**

**RAMONA D. PLEMMONS**
**LTC, MP**
**Commanding**

THIS WE'LL DEFEND

EXCELLENCE ALWAYS

FLW Form 1761-1 (Nov 99)



# Certificate of Achievement

## is presented to

### PRIVATE THOMAS J. ROBERTSON
### COMPANY E, 787ᵗʰ MILITARY POLICE BATTALION

FOR OUTSTANDING ACHIEVEMENT DURING MILITARY POLICE ONE STATION UNIT TRAINING. ACHIEVING A SCORE OF 36 OUT OF 40 ON THE M16A2 RIFLE QUALIFICATION COURSE REFLECTS MOTIVATION AND PROFESSIONALISM OF THE HIGHEST ORDER, AND BRINGS GREAT CREDIT TO YOU, YOUR UNIT AND THE UNITED STATES ARMY.

GIVEN THIS 9th DAY OF AUGUST 2006

787th Military Police Battalion
Fort Leonard Wood, Missouri

MELANI S. MAPUOLETULI
CSM, USA
Battalion CSM

RAMONA D. PLEMMONS
LTC, MP
Commanding



FLW Form 1450 (June 99)

DEPARTMENT OF THE ARMY

UNITED STATES ARMY MILITARY POLICE SCHOOL

Fort Leonard Wood, Missouri

Certificate Of Achievement

is awarded to

**PFC THOMAS J. ROBERTSON**

IN RECOGNITION OF

HIS LEADERSHIP ABILITIES DISPLAYED DURING EACH PHASE OF TRAINING WHICH HAS SET HIM APART FROM HIS PEERS AND DISTINGUISHED HIM AS THE LEADERSHIP AWARD WINNER FOR CLASS 12-06, COMPANY E, 787TH MILITARY POLICE BATTALION, 14TH MP BRIGADE. HIS EXEMPLARY PERFORMANCE REFLECTS DISTINCT CREDIT UPON HIM, THE MILITARY POLICE CORPS REGIMENT, AND THE US ARMY.

ASSIST – PROTECT - DEFEND

**10 August 2006**

*David E. Quantock*
Colonel, US Army
Commandant



W Form 1442 (May '99)

DEPARTMENT OF THE ARMY

14th MILITARY POLICE BRIGADE

Certificate Of Achievement

Fort Leonard Wood, Missouri

is awarded to

PRIVATE FIRST CLASS THOMAS J. ROBERTSON
COMPANY E, 787TH MILITARY POLICE BATTALION

IN RECOGNITION OF

Exceptional achievement demonstrated during Military Police One Station Unit Training resulting in his induction into the 14th Military Police Brigade Warrior Hall of Fame. His leadership ability, physical fitness, warrior spirit, and overall performance in all phases of training reflect distinct credit upon him, the Military Police Corps, and the United States Army.

10 August 2006

CHARLES A. TENNISON
COL, MP
Commanding

FLW Form 1761-1 (Nov 99)



# Certificate of Achievement

THIS WE'LL DEFEND

**787**

EXCELLENCE ALWAYS

*is presented to*

PRIVATE FIRST CLASS THOMAS J. ROBERTSON
COMPANY E, 787TH MILITARY POLICE BATTALION

FOR EXCEPTIONAL ACHIEVEMENT IN OBTAINING A SCORE OF 285 ON THE ARMY PHYSICAL FITNESS TEST. THIS ACHIEVEMENT DEMONSTRATES COMMITMENT TO DUTY, SELF-SACRIFICE AND DISCIPLINE, AND MAKES YOU AN EXAMPLE FOR OTHERS TO EMULATE. YOUR OUTSTANDING PERFORMANCE REFLECTS GREAT CREDIT UPON YOU, THE UNIT AND THE UNITED STATES ARMY.

GIVEN THIS 9th DAY OF August 2006

MELANIE S. MAPUOLETULI
CSM, USA
Battalion CSM

787th Military Police Battalion
Fort Leonard Wood, Missouri

RAMONA D. PLEMMONS
LTC, MP
Commanding



Certificate of Appreciation

We Hereby Express Our Sincere Appreciation to

SPC THOMAS ROBERTSON

In Recognition of Your Outstanding Support to the Security Force

of the

820th Expeditionary RED HORSE Squadron

NEW HORIZONS 2007 NICARAGUA

AARON YOUNG, Col, USAF
Commander, 820 ERHS, Nicaragua

RICARDA R. McCRARY, CMSgt, USAF
Command Chief, 820 ERHS, Nicaragua

# 2-183d CAVALRY



## CERTIFICATE OF ACHIEVEMENT

### LET IT BE KNOWN

### SPC THOMAS ROBERTSON

Served as a member of TASK FORCE SABER
deployed in support of Operation Iraqi Freedom
September 2007– May 2008

*Walter L. Mercer*

Walter L. Mercer
LTC, IN
Commander

FORM 4980-14, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL



TO

**SPECIALIST THOMAS J. ROBERTSON**
**2-183D CAVALRY SQUADRON**

FOR MERITORIOUS ACHIEVEMENT AS A SNIPER IN SUPPORT OF OPERATION IRAQI FREEDOM. HIS DEDICATION TO DUTY, SELFLESS SERVICE AND KNOWLEDGE WERE INSTRUMENTAL IN THE TRAINING OF KUWAITI COMMANDOS ON SNIPER TECHNIQUES. SPECIALIST ROBERTSON'S PERFORMANCE OF DUTY IS IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HIM, HIS UNIT, AREA SUPPORT GROUP-KUWAIT AND THE UNITED STATES ARMY.

FROM: 27 JANUARY 2008          TO: 4 MARCH 2008

THIS 28TH DAY OF APRIL 2008



PO 119-5, 28 April 08
Commander, Area Support Group-Kuwait
APO AE 09366

**JOHN S. ALEXANDER**
COL, SF
Commanding

# RECOMMENDATION FOR AWARD

For use of this form, see AR 600-8-22; the proponent agency is DCS, G-1

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO<br>CDR, ASG-KU<br>APO, AE 09366 | 2. FROM<br>CDR, 2-183D CAV<br>APO, AE 09330 | 3. DATE *(YYYYMMDD)*<br>20080131 |
|---|---|---|

## PART I - SOLDIER DATA

| 4. NAME *(Last, First, Middle Initial)*<br>ROBERTSON, THOMAS J | 5. RANK<br>SPC | 6. SSN<br>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 |
|---|---|---|

| 7. ORGANIZATION<br>C-TROOP 2-183D CAV<br>APO, AE 09330 | 8. PREVIOUS AWARDS<br>AAM-2 | |
|---|---|---|

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD<br>ARCOM | 11. PERIOD OF AWARD |
|---|---|---|
| | | a. FROM 20080127 — b. TO 20080304 |

| 12. REASON FOR AWARD | | | |
|---|---|---|---|
| 12a. INDICATE REASON<br>ACH | 12b. INTERIM AWARD ☐ YES ☒ NO<br>IF YES, STATE AWARD GIVEN | 12c. POSTHUMOUS<br>YES ☐  NO ☒ | 13. PROPOSED PRESENTATION DATE *(YYYYMMDD)*<br>20080501 |

## PART II - RECOMMENDER DATA

| 14. NAME *(Last, First, Middle Initial)*<br>MERCER, WALTER L | 15. ADDRESS<br>HQ 2-183D CAV<br>APO, AE 09330 |
|---|---|
| 16. TITLE/POSITION<br>SCO | 17. RANK<br>LTC |
| 18. RELATIONSHIP TO AWARDEE<br>COMMANDER | 19. SIGNATURE |

## PART III - JUSTIFICATION AND CITATION DATA  *(Use specific bullet examples of meritorious acts or service)*

**20. ACHIEVEMENTS**

**ACHIEVEMENT #1**

SPC Robertson served as an instructor for two Sniper training courses for the Kuwaiti Commando Brigade, resulting in 12 Kuwaiti Commandos being trained on Sniper operations and able to engage targets out to 1200 meters. His contributions to the course were instrumental to the successful completion of the course.

**ACHIEVEMENT #2**

SPC Robertson's knowledge of ballistics and shooting allowed him to train the technical subject of ballistics to the Commando Brigade, even though all classes had to be taught through an interpreter. His ability to interact with Soldiers that did not speak English directly contributed to the success of each day of training which allowed contribution toward promoting opportunities for U.S. and Kuwaiti Forces to work together and share experiences and information.

**ACHIEVEMENT #3**

SPC Robertson was instrumental in developing the POI for the 7.62mm Sniper training. The formula for range estimation, wind computation and scope adjustments had to be converted from an imperial measurement system to metric measurement system. He spent several off duty hours researching and developing formulas and charts for the Kuwaiti trainees.

**ACHIEVEMENT #4**

SPC Robertson's in-depth knowledge of firearms and long range shooting allowed him to train soldiers on weapon systems he had never seen until the first day of class. During the classroom set-up, he studied the manuals for the rifle and scope and completed the POI prior to the class beginning.

**21. PROPOSED CITATION**

MERITORIOUS ACHIEVEMENT AS A SNIPER DEPLOYED WITH THE 2-183D CAVALRY SQUADRON IN SUPPORT OF OPERATION IRAQI FREEDOM. HIS DEDICATION TO DUTY, SELFLESS SERVICE, AND KNOWLEDGE WERE INSTRUMENTAL TO TRAINING 12 KUWAITI COMMANDOS ON SNIPER TECHNIQUES. HIS ABILITY TO PLAN AND EXECUTE TRAINING ABOVE HIS LEVEL OF EXPERIENCE ARE IN KEEPING WITH THE FINEST TRADITIONS OF THE MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HIM, 2-183D CAVALRY, AREA SUPPORT GROUP KUWAIT, THE VIRGINIA ARMY NATIONAL GUARD, AND THE UNITED STATES ARMY.

**PART IV - RECOMMENDATIONS/APPROVAL/DISAPPROVAL**

| NAME (Last, First, Middle Initial) | | | | SSN |
|---|---|---|---|---|
| ROBERTSON, THOMAS J | | | | 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 |

22. I certify that this individual is eligible for an award in accordance with AR 600-8-22, and that the information contained in Part I is correct.

22a. SIGNATURE: *(signature)*    22b. DATE (YYYYMMDD): 20080131

| 23. INTERMEDIATE AUTHORITY | a. TO CDR, ASG-KU APO, AE 09366 | b. FROM CDR, 2-183D CAV APO, AE 09330 | c. DATE (YYYYMMDD) 20080131 |
|---|---|---|---|

d. RECOMMEND: ☒ APPROVAL ☐ DISAPPROVAL ☐ UPGRADE TO: ☐ DOWNGRADE TO:

e. NAME (Last, First, Middle Initial) MERCER, WALTER L
f. RANK LTC
g. TITLE/POSITION COMMANDER
h. SIGNATURE *(signature)*
i. COMMENTS

| 24. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|

d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL ☐ UPGRADE TO: ☐ DOWNGRADE TO:

e. NAME (Last, First, Middle Initial)
f. RANK
g. TITLE/POSITION
h. SIGNATURE
i. COMMENTS

| 25. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|

d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL ☐ UPGRADE TO: ☐ DOWNGRADE TO:

e. NAME (Last, First, Middle Initial)
f. RANK
g. TITLE/POSITION
h. SIGNATURE
i. COMMENTS

| 26. APPROVAL AUTHORITY | a. TO ORDERS ISSUING AUTHORITY | b. FROM CDR, ASG-KU APO, AE 09366 | c. DATE (YYYYMMDD) 20080427 |
|---|---|---|---|

d. ☒ APPROVED ☐ DISAPPROVED ☐ RECOMMEND UPGRADE TO: ☐ DOWNGRADE TO:

e. NAME (Last, First, Middle Initial) ALEXANDER, JOHN S.
f. RANK COL
g. TITLE/POSITION COMMANDER
h. SIGNATURE *(signature)*
i. COMMENTS

**PART V - ORDERS DATA**

| 27a. ORDERS ISSUING HQ HQ, ASG-KU, S-1 | 27b. PERMANENT/ORDER NO. 114-5 | 31. DISTRIBUTION 1-File 1-OMPF 1-Unit 3-Individual |
|---|---|---|

28a. NAME OF ORDERS APPROVAL AUTHORITY
STEVENSON, KIMBERLY E.
28b. RANK MAJ
28c. TITLE/POSITION ADJUTANT, AREA SUPPORT GROUP-KUWAIT
28d. SIGNATURE *(signature)*

29. APPROVED AWARD ARCOM
30. DATE (YYYYMMDD) 20080428

FORM 4980-18, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL



**TO**

SPECIALIST THOMAS J. ROBERTSON
C-TROOP 2-183D CAVALRY

**FOR** MERITORIOUS SERVICE AS DRIVER AND GUNNER DEPLOYED WITH THE 2-183D CAVALRY SQUADRON IN SUPPORT OF OPERATION IRAQI FREEDOM. HIS DEDICATION TO DUTY, SELFLESS SERVICE, AND LEADERSHIP WERE TANTAMOUNT TO SECURING THE MAIN SUPPLY ROUTE IN TO AND OUT OF IRAQ FROM HOSTILE FORCES ACTION AND CONTRIBUTING TO 2-183D CAVALRY'S SUCCESSFUL MISSION. HIS ABILITY TO PLAN AND EXECUTE MISSIONS ABOVE HIS SKILL LEVEL ARE IN KEEPING WITH THE FINEST TRADITIONS OF THE MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HIM, 2-183D CAVALRY, AREA SUPPORT GROUP KUWAIT, THE VIRGINIA ARMY NATIONAL GUARD, AND THE UNITED STATES ARMY.

**FROM: 15 SEPTEMBER 2007**          **TO: 1 MAY 2008**

THIS 1ST DAY OF MAY 2008



Permanent Order 074-142
HQ, 2-183D CAVALRY
APO, AE 09330

_____
Walter L. Mercer
LTC, IN
Commanding

# RECOMMENDATION FOR AWARD

For use of this form, see AR 600-8-22; the proponent agency is DCS, G-1.

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE *(YYYYMMDD)* |
|---|---|---|
| CDR, 2-183D CAV<br>APO AE 09330 | CDR TRP C, 2-183D CAV<br>APO AE 09330 | 20080308 |

## PART I - SOLDIER DATA

| 4. NAME *(Last, First, Middle Initial)* | | 5. RANK | 6. SSN |
|---|---|---|---|
| ROBERTSON, THOMAS J | | SPC | 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 |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| C TRP 2-183D CAV<br>APO AE 09330 | AAM-2 |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD | |
|---|---|---|---|
| | AAM      2OLC | a. FROM<br>20070919 | b. TO<br>20080516 |

**12. REASON FOR AWARD**

| 12a. INDICATE REASON | 12b. INTERIM AWARD   [ ] YES  [X] NO<br>IF YES, STATE AWARD GIVEN | 12c. POSTHUMOUS<br>YES [ ]   NO [X] | 13. PROPOSED PRESENTATION DATE *(YYYYMMDD)* |
|---|---|---|---|
| SVC | | | 20080607 |

## PART II - RECOMMENDER DATA

| 14. NAME *(Last, First, Middle Initial)* | | 15. ADDRESS |
|---|---|---|
| JONES, DANIEL | | C TRP 2-183D CAV<br>APO AE 09330 |
| 16. TITLE/POSITION<br>TROOP COMMANDER | 17. RANK<br>CPT | |

| 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|
| COMMANDER | JONES.DANIEL.STUART.1063699167 |

## PART III - JUSTIFICATION AND CITATION DATA   *(Use specific bullet examples of meritorious acts or service)*

**20. ACHIEVEMENTS**

ACHIEVEMENT #1

SPC Robertson operated an M1151 gun truck on over 120 combat patrols in Iraq totaling over 25,000 miles of travel without any accidents or injuries occurring.  This was done through attentive and safe driving practices utilized while operating the M1151 gun truck.

ACHIEVEMENT #2

SPC Robertson strongly contributed to his route security element's finding of over 60 pieces of Unexploded Ordinance.  He also contributed to his route security element's creation of safe passage for all convoys that travel through 2-183d CAV's AO, In Iraq, without receiving any hostile action.

ACHIEVEMENT #3

SPC Robertson serves as the Platoon's internal firearms and weapons expert.  His vast knowledge of firearms has been utilized extensively in trouble shooting weapons malfunctions, issues, and use.

ACHIEVEMENT #4

Selected onto the Troop sniper team for his shooting abilities and tactical knowledge. Additionally, SPC Robertson volunteered his knowledge of sniper and shooting tactics that he uses as a Police Officer on the SWAT sniper team to train the Kuwaiti military.

**21. PROPOSED CITATION**

MERITORIOUS SERVICE AS DRIVER AND GUNNER DEPLOYED WITH THE 2-183D CAVALRY SQUADRON IN SUPPORT OF OPERATION IRAQI FREEDOM.  HIS DEDICATION TO DUTY, SELFLESS SERVICE, AND LEADERSHIP WERE TANTAMOUNT TO SECURING THE MAIN SUPPLY ROUTE IN TO AND OUT OF IRAQ FROM HOSTILE FORCES ACTION AND CONTRIBUTING TO 2-183D CAVALRY'S SUCCESSFUL MISSION.   HIS ABILITY TO PLAN AND EXECUTE MISSIONS ABOVE HIS SKILL LEVEL ARE IN KEEPING WITH THE FINEST TRADITIONS OF THE MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HIM, 2-183D CAVALRY, AREA SUPPORT GROUP KUWAIT, THE VIRGINIA ARMY NATIONAL GUARD, AND THE UNITED STATES ARMY.

DA FORM 638, APR 2006
Page 2 of 3
APD PE v3.00ES

**PART IV - RECOMMENDATIONS/APPROVAL/DISAPPROVAL**

| NAME (Last, First, Middle Initial) | SSN |
|---|---|
| ROBERTSON, THOMAS J | 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 |

22. I certify that this individual is eligible for an award in accordance with AR 600-8-22, and that the information contained in Part I is correct.

| 22a. SIGNATURE | 22b. DATE (yyyymmdd) |
|---|---|
| REED NORMAN JOHN JR.1112812172 | 20080308 |

| 23. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (yyyymmdd) |
|---|---|---|---|
| d. RECOMMEND: | APPROVAL | DISAPPROVAL | UPGRADE TO: | DOWNGRADE TO: |
| e. NAME (Last, First, Middle Initial) | f. RANK |
| g. TITLE/POSITION | h. SIGNATURE |
| i. COMMENTS |

| 24. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (yyyymmdd) |
|---|---|---|---|
| d. RECOMMEND: | APPROVAL | DISAPPROVAL | UPGRADE TO: | DOWNGRADE TO: |
| e. NAME (Last, First, Middle Initial) | f. RANK |
| g. TITLE/POSITION | h. SIGNATURE |
| i. COMMENTS |

| 25. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (yyyymmdd) |
|---|---|---|---|
| d. RECOMMEND: | APPROVAL | DISAPPROVAL | UPGRADE TO: | DOWNGRADE TO: |
| e. NAME (Last, First, Middle Initial) | f. RANK |
| g. TITLE/POSITION | h. SIGNATURE |
| i. COMMENTS |

| 26. APPROVAL AUTHORITY | a. TO  ORDERS ISSUING AUTHORITY | b. FROM CDR, 2-183D CAV, APO AE 09330 | c. DATE (yyyymmdd) 20080310 |
|---|---|---|---|
| d. [X] APPROVED | DISAPPROVED | RECOMMEND UPGRADE TO: | DOWNGRADE TO: |
| e. NAME (Last, First, Middle Initial)  MERCER, WALTER L. | f. RANK  LTC |
| g. TITLE/POSITION COMMANDER | h. SIGNATURE  MERCER.WALTER.LEE.1048883288 |
| i. COMMENTS |

**PART V - ORDERS DATA**

| 27a. ORDERS ISSUING HQ  2-183D CAV, APO AE 09330 | 27b. PERMANENT ORDER NO  074-142 | 31. DISTRIBUTION  1-File  1-OMPF  1-Unit  3-Individual |
|---|---|---|
| 28a. NAME OF ORDERS APPROVAL AUTHORITY  WHEELER, DAVID M | 28b. RANK  CPT | |
| 28c. TITLE/POSITION  ADJUTANT | 29. APPROVED AWARD  AAM   2OLC | 30. DATE (yyyymmdd)  20080326 |
| 28d. SIGNATURE  WHEELER.DAVID.MARCEL.1051071732 | | |







# TASK FORCE PATRIOT
## OPERATION ENDURING FREEDOM

### THIS CERTIFICATE
#### IS PRESENTED TO

## TJ. ROBERTSON

### 15 SEPTEMBER 2011



FOR EXCEPTIONAL SUPPORT DURING OPERATION ENDURING FREEDOM XII. YOUR EXPERTISE AND GUIDANCE WAS INSTRUMENTAL IN THE TRAINING AND MENTORSHIP OF THE AFGHAN UNIFORM POLICE AND SIGNIFICANTLY IMPACTED THEIR ABILITY TO DEVELOP INTO A PROFESSIONAL AND EFFECTIVE SECURITY FORCE. YOUR DEDICATION AND PROFESSIONALISM REFLECTS GREAT CREDIT UPON YOU, YOUR ORGANIZATION, 4TH BRIGADE, 10TH MTN DIV (LI), AND THE UNITED STATES ARMY.

STEVEN L. WOMACK
CSM, US ARMY
4TH BRIGADE 10TH MTN DIV (LI)




BRUCE P. ANTONIA
COLONOL, US ARMY
COMMANDING





# CERTIFICATE OF APPRECIATION



SPC. THOMAS ROBERTSON

شكرًا وتقدير

THANK YOU FOR YOUR HARD WORK AND DEDICATION TO DUTY.

YOUR PROFESSIONALISM AND SUPPORT OF THE 25TH COMMANDO BRIGADE OF THE KUWAITI ARMY HAS GREATLY INCREASED OUR COMBAT CAPABILITY.



Khaled Al-Obaidi
Lieutenant Colonel
68th Battalion Commander

Ahmad Al-Menaiffy
Brigadier Commander
25th Commando Brigade