09 May 2022

The Honorable Christopher R. Cooper
United States District Judge
United States District Court for the District of Columbia
333 Constitutional Avenue N.W.
Washington D.C. 20001

Re: Thomas Robertson

Your Honor,

I am writing to urge leniency in the sentencing of my friend Thomas Robertson, TJ.

My name is Gregory Jones "Greg". I was a police officer for over 22 years before retiring 8 years ago. At one point in my police career, I decided that I wanted to join the military and went into the Army as a military police officer for 5 years after working as a civilian officer for over 5 years. After that, I went back into law enforcement and that is when I met TJ. He was an instructor at the academy and an officer at the department that I was working for. During this time at this department, I decided to go back in the military but went into the reserves instead of active duty. I pulled 3 years as a construction engineer and decided to end my service. TJ wanted me to speak with his National Guard recruiter a few months later. I joined the VA National Guard as an infantryman and spent a while in VA before transferring to the North Carolina National Guard as a construction supervisor in 2011. I have deployed 3 times with the NC Guard, twice overseas and once for 15 months for COVID assistance. I have almost 22 years total military and will be retiring in October of this year from the National Guard.

I have known TJ for approximately 24 years now and have been his friend the entire time. He and I are aware of the seriousness of the crimes that he was convicted of, but it is difficult for me understand how the things that have been said can be true. The friend that I know would not be disruptive and would have never been disorderly at the Capital. He would have never thought about obstructing anyone, especially another law enforcement officer. I believe that he would treat the Capital as a sacred place, it's just the feeling that I get from him. I don't know if this carries any weight, he did tear up while watching the D-Day scene on Saving Private Ryan. He does love this Country and if asked to defend it, he would.

TJ has always been there for me and if I ever needed anything, I knew all I had to do was to ask. He even let me borrow his new truck several times when I really needed one. Not many guys would lend their new truck out to just anyone. I cannot think of any situation that he has ever let me or anyone else down. That's why I was bothered and surprised to hear about this case, I know him as a dependable and reliable person. We occasionally meet at the local breakfast spot for a biscuit. In fact, we were supposed to go there the day that he was charged with this offence. I texted him to see if he was going and his wife texted back about what was going on. I thought they were "messing" with me at first, then when I didn't get another response, I knew that they weren't.

When I worked with him, he was always fair to all the people we dealt with. I was lucky to have him as a partner, I wasn't worried about someone not covering my back. He very rarely missed any work, and

then it was for vacation days.  When he wasn't there during those days, I knew that I'd have to keep my back to a wall.

TJ is close to his family.  He enjoys spending time with them and doing things around his home.  He likes to grow vegetables in his garden and raise chickens for eggs.  He loves animals, he has dogs and of course his chickens.  Being an animal lover myself I can appreciate that.  During my deployments I knew what it was like to miss the "little" things.  I am not comparing a deployment with being incarcerated at all, it's just the idea that you can't be near your family or home to take care of them.  But I am positive that this must have opened his eyes to what can happen when someone is in the wrong place at the wrong time even if their intentions were not bad.  I truly believe that this has made him realize that not having those "little" things around anymore would be devastating and he would never risk losing them again.

It is my sincere hope that the court takes this letter in consideration at the time of his sentencing.  I still believe TJ to be an honorable individual, a loving husband and father, and a true friend.


Sincerely,

Gregory S. Jones