The Honorable Christopher R. Cooper

United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W. Washington D.C. 20001

Your Honor,

I am Dennis Deacon and am writing to you in reference to Mr. Thomas Robertson. Mr. Robertson has been convicted of several offenses in your court.

I am a retired police chief with thirty-four years of sworn experience and a veteran of the United States Army. I have had the opportunity to complete an exponential number of training and educational endeavors relating to my profession. I additionally served as a trainer at the regional criminal justice academy in Salem, Virginia for over 20 years.  In my time in law enforcement, I served on many public service advisory boards, including mental health, magistrate resources, academic curriculums, violent crimes, and counter terrorism.

I have known Mr. Robertson for more than thirty years in both a professional and personal relationship. After serving in his first enlistment in the U.S. military and entry into the civilian sector, I had the privilege of being his training officer prior to his attending the police academy.   I found him to be very intelligent, honest, trustworthy, dependable, and always evolving in both professional and personal ways.

As one of the trainers for Mr. Robertson's basic law enforcement academy I was impressed by his performance for the several months of learning, both academics and physical, hands on skills. Mr. Robertson or T.J., short for Thomas Jarrett, and I continued to train and work together on many occasions over the following years. We became close friends, and I was the best man at his wedding to his first wife Julie Ann. They named their son Hunter after my son, Hunter Deacon who is presently a Captain in the U.S. Army. His son Hunter Robertson also served in the United States Army and recently discharged with honors.

Over the years I have volunteered with T.J. on public service and community outreach projects such as the Police Explorers program (through the Boy Scouts of America and Rocky Mount Police Department) and many events involving interaction with the public to educate and build trust with communities that we serve.

As our country's involvement in the middle east continued, T.J. again volunteered to serve in the military both as a soldier and a trainer to special operations. His last overseas deployment was as an advisor to the Afghan military.   His patriotism, dedication, motivation, knowledge and understanding of our country on both a national, state, and local level are deeply ingrained in his personality.

I have witnessed his professionalism, tempered with compassion, when in the course of his work, dealing with emotionally disturbed, mentally challenged, the disadvantaged and those that ended up in bad situations by their own actions or the actions of others. He routinely greets others in a polite, professional, friendly manner that feels both comfortable and reassuring in times of need. His demeanor and interactions with our communities helped gain the trust of the public and ease tensions.

In the many years of my friendship with T.J., I have never been in doubt of his integrity, honesty, motivation, or his trustworthiness. I find this issue with his conviction to be completely out of character

for him and I can only imagine how much he regrets his involvement in the events that led to his conviction. I do think that his original intent was both patriotic and nonviolent as well as intending to remain within the law and thinking to serve the ideals our country holds dear.

I would ask that based on my knowledge and understanding of Mr. Thomas Robertson and a lifetime of service to country and community, Your Honor, as the tryer of fact and the one who weighs justice, you would consider leniency in this case. I truly feel that Mr. Robertson can continue to be of service to his community as a voice for involvement in service within the structure of our laws and with out violence.

Sincerely;

D Deacon   Chief of Police (retired)

Dennis M. Deacon

May 18, 2022