The Honorable Christopher R. Cooper

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Your Honor,

My name is Edward Lavado and before going to law school I worked with TJ for almost eight years as an officer. I am now studying to take the Virginia bar in July and hopefully become a prosecutor. I am not sure if you remember me, but I was one of the witnesses who appeared in your court for TJ. I mention this for two reasons. One, the trip up to D.C. was the first night I had spent away from my one-year-old son. Now, this is relevant because my son is more important to me than anyone, yet I felt the need to go up and appear for TJ. The reason I felt this way was due to the person TJ is. He is not your average cop or average military person. When I moved to Virginia from Connecticut in 2008, my goal was to become a law enforcement officer. I quickly realized people were very different in southwestern Virginia compared to Connecticut. I was called "a Yankee", "northerner" and many other things by the strong hearted southern officers. The fact that I am not a Republican only made it worse. This is where TJ shines. People respect him not because he is the toughest guy, or the biggest, they respect him because he is the first to put himself out for anyone and do the right thing.

I can remember the first time TJ heard an officer giving me grief from being from "up north". He immediately stepped in and asked how the officers stats compared to mine, then he asked if he thought it mattered where I came from. This was one of the first times I really understood TJ. We may have different views or different backgrounds, but we should be accepted for who we are as a person. This is one of many times over a course of several years that TJ made an impact on my life. The second reason I went to D.C., is his ability to just do what is right. He will always follow orders, but only if they are right. He was never a cop who would just mindlessly arrest someone. If I was putting handcuffs on someone, he wanted to know why, and if I believed it was needed. When I responded to calls in some of the worst areas, the people would ask if TJ was working. They would tell me how many times TJ had helped them during a domestic or with an unruly child. The community always thought the world of TJ even when he had to arrest them.

TJ would be the first person I would call if I needed someone to watch my child last minute. He would be the first person I would call if I needed advice. Overall, TJ is a person anyone would call when they want the best advice for almost any circumstance. He is just such a levelheaded person that anyone can depend on.

TJ will help anyone in need and never ask or expect anything in return. Even after this case, if he saw you on the street and you were in trouble, he would be the first person to help you. That is

the TJ that I know, that is the TJ that society needs. I believe he knows he made a mistake and now he feels horrible. He knows he let his emotions and devotion to this country lead him down the wrong path. There is no doubt in my mind, this has been the biggest mistake of his life and as he has sat in prison for a year thinking about it, he wishes it never happened. He has spent his life helping people and following the good path, I ask that you let him get back home and let him find his roots. He told me a long time ago "Integrity is doing the right thing, when no one is watching". If there is one word that I could use to describe TJ, "INTEGRITY".

Sincerely,

_____

Edward F. Lavado