The Honorable Christopher R. Cooper

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Dear Judge Cooper,

    My name is Kenna Robertson, a master's-prepared nurse practitioner within the state of Virginia, and perhaps the most important, the daughter to Thomas Jarrett Robertson. I am aware of the charges that my father has been convicted of including Obstruction of an official proceeding, Obstructing Officers During a Civil Disorder, Entering and/or Remaining in a Restricted Building or Grounds with a Dangerous Weapon, Entering and/or Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous Weapon, Disorderly Conduct in a Restricted Building, and Obstruction of an Official Proceeding.

    My father is quite simply my hero in life, showing me his dedication to serving others and pushing me to reach my goals and not settle for less, the main reason I decided to pursue a career in nursing and further that career to become a provider. My father has always been a thoughtful person, often giving the shirt off his back to help others and giving everything to help his family, with no questions asked. There is always one memory of my father I will keep forever, as it changed my life in more ways than one. When my father was injured while oversees, I remember the absolute dread that I would never see him again. Upon arrival back to

the United States, my father had significant muscle wasting and numerous wounds. Over the next several months, I was one of his primary caretakers while my mother worked, changing his wound dressings, driving him to his appointments, and working on strengthening exercises. I was amazed at how ambitious my father was and how determined he was to get back to work to help others. When he was well enough to return to duty, he never once griped about having to serve as the School Resource Officer, often calling it a blessing in disguise that he was able to mentor and protect children. It was in that period of time that I knew I wanted to help others the way my father did and to help others like my father. My father has always been and will continue to be a productive member of society; prior to the event on January 6th, he was a longstanding police officer and veteran of the United States Army, and he will continue to be a productive member of society, as he has already inquired about public service/first-responder roles that he may pursue once back home. That is one of the many attributes of my father, serving and helping others.

  While I cannot change the events of January 6th nor the convictions of my father, I can say with utmost certainty that his intentions were pure that day. My father has never had an intent to harm others, and surely did not condone the harmful actions that others partook in that day. I believe that this entire experience has provided my father a lifelong lesson, a lesson that no matter our personal or political beliefs, we must allow our elected officials to act on our behalf regarding decisions made on the government level.

  I am hopeful that my father will be able to find a reputable career once back home as he is, and always will be, a hard worker. My father is not one to sit around, instead, enjoys working and being a contributable member to society. He has served many years in the United States

Army, enlisting when others wouldn't as he believed that was his duty to his country, to serve and protect. As stated before, my father has shown interest in the medical field where he can help others, and while certain careers are not possible due to his convictions, I am hopeful that he will be able to start a new career with meaning and purpose.

      Finally, Judge Cooper, I would like to conclude this letter by stating that my father has been humbled by this experience. I miss my father more than anyone could imagine and I was deeply saddened when he could not attend my wedding due to his current incarceration. I am hopeful that his time served will be sufficient and that I can hug my father again soon. I am grateful that you will take time out of your busy schedule to read this letter and take it into consideration.

Thank you,

Kenna Robertson