The Honorable Christopher R. Cooper
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

May 2nd, 2022

Your Honor,

I am writing you on behalf of Thomas J. Robertson, husband of my eldest daughter.  I cannot begin to imagine the difficulty of the job you have before you, but from what I witnessed during the trial process you seem to be a very fair minded individual, which is exactly what our judicial system needs.  I appreciate the job you do.

Regarding TJ, he has made some mistakes.  And from what I have seen he acknowledges these mistakes.  While he in entitled to his opinions, hindsight shows it probably was not wise to express them publicly and in the manner which he chose.  But whether anyone agrees with the thoughts and opinions he expressed, they were merely that, his thought and opinions.

Personally, I have seen nothing indicating TJ to be a violent person.  And from what I saw presented during the trial there was no indication of violent acts committed by him either at the Capitol on January 6th, nor at any time prior to this.  I can say from my experience he is not a violent person.

Based on my knowledge of his work ethic, TJ is not afraid of arduous work or getting his hands dirty.  He is proud not only of his military service but also of his past law enforcement experience, where he not only served to protect his community but also worked to train others to further their careers. I do not believe he would see any job as being beneath him.  I also see him wanting to put this experience behind him and move forward providing for himself and his family and being a productive member of society, even more so than he was before.

You may say I am partial since TJ is my son-in law.  I assure you that this is not the reason for this letter.  However, I will say, the way he treats my daughter is a good indicator to me of the type of man he is.  And I have seen him show nothing but care and respect for my daughter.

The jury had a tough job before them.  I have never been called for jury service, but I appreciate the task they had before them and how well they performed it.  I feel the jury took this job seriously, if for no other reason than the length of time taken for them to come to a decision.  All I ask is, as I am sure you will, that you consider the evidence, or lack of evidence, when considering what you feel to be an appropriate sentence.  I would like to see TJ able to come back home so he and my daughter can start to put their lives back together.

Sincerely,


Barry D. Moran