May 10, 2022

The Honorable Christopher R. Cooper
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Your Honor,

 I am writing on behalf of Mr. Thomas J. Robertson. I am a retired senior citizen who lives in the same neighborhood as Mr. Robertson. When he learned that I live alone, Mr. Robertson immediately offered his assistance.

 He has helped with house and grounds maintenance tasks too difficult for me to complete on my own. He routinely inquired after my needs when he planned his trips to grocery and department stores. He monitored my home whenever I was called away for more than a day. He did these things without prompting or promise of remuneration, which reflects his upstanding character.

 Mr. Robertson understands that the elderly anticipate the loss of mobility and independence with some trepidation and I am grateful for that understanding. Finally, Mr. Robertson's wife, family, friends, and neighbors would like to see him return home soon. It is my hope that the sentencing phase of his trial will accomplish that end.

Respectfully submitted,

*[signature]*

Dr. William Stankard, Ph.D.