# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:21-cr-00034-CRC
)
Thomas Robertson )

## NOTICE OF APPEAL

Name and address of appellant:   Thomas Robertson
Cellblock C Cell 5
1201 James Madison Highway
Orange, Virginia 22960

Name and address of appellant's attorney:   Mark Rollins
Rollins and Chan Law Firm
419 7th Street, NW
Suite 405
Washington, DC 20004

Offense:   All Counts - Judgment and Sentence Entered on August 11, 2022

Concise statement of judgment or order, giving date, and any sentence:

Sentence imposed on August 11, 2022; 87 months as to Counts 1ss, 3ss, 4ss and 6ss. As to Count 2ss, the Defendant is sentenced to 60 months. As to Count 5ss, the Defendant is sentenced to 6 months. The Defendant shall receive credit for time served and further ordered to pay a special assessment of $510 and $2,000 in restitution.

Name and institution where now confined, if not on bail:   Central Virginia Regional Jail

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

08/22/2022

DATE

APPELLANT
Mark Rollins /s/  *Mark Rollins*
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [ ]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✔]
Has counsel ordered transcripts?   YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]

Rule 24. Proceeding in Forma Pauperis   ✓