### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES

v.

Thomas Robertson

**CASE NO: 1:21-cr-00034-CRC**

DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Defendant, Thomas Robertson, by and through counsel, pursuant to Fed.R.Crim.P.24(a)(1) request to proceed In Forma Pauperis for his appeal without prepaying or giving security for fees, attorney fees, and cost.

1. On April 22, 2022, Undersigned Counsel filed his notice of appeal in the above-captioned case and awaiting the affidavit from Defendant for this motion[1].

2. Undersigned will amend this motion upon receipt of the Affidavit from Mr. Robertson.

Respectfully submitted,
ROLLINS AND CHAN

/s/
_____
Mark Rollins
DC Bar Number: 453638
Counsel for Thomas Robertson
419 7TH Street, NW
Suite 405

---

[1] Undersigned mailed the Defendant affidavit forms but in an abundance of caution and so the Court of Appeals is aware of it - filed this motion before the return of said affidavit.

Page **1** of **2**

Washington, DC 20004
Telephone No. 202-455-5610
Direct No: 202-455-5002
mark@rollinsandchan.com

**Date Filed:** August 22, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, this motion was electronically filed pursuant to the rules of the Court.

/s/
_____
Mark Rollins