# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

_United States_                USCA No. _____

v.

_Thomas Robertson_             USDC No. _1:21-CR:00034_

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _[signature]_        Date: _8/29/22_

My issues on appeal are: _appealing sentence imposed on August 11, 2022._

-1-

USCA Form 31
Rev. December 2018

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0.00 | 2,000 | 0.00 | 2,000 |
| Self-employment | ∅ | ∅ | ∅ | ∅ |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | ∅ | ∅ | ∅ | ∅ |
| Interest and dividends | ∅ | ∅ | ∅ | ∅ |
| Gifts | ∅ | ∅ | ∅ | ∅ |
| Alimony | ∅ | ∅ | ∅ | ∅ |
| Child support | ∅ | ∅ | ∅ | ∅ |
| Retirement (such as social security, pensions, annuities, insurance | ∅ $~~15,000~~ k | ∅ | ∅ | ∅ |
| Disability (such as social security, insurance payments) | $12,000 | ∅ | ∅ | ∅ |
| Unemployment payments | ∅ | ∅ | ∅ | ∅ |
| Public-assistance (such as welfare) | ∅ | ∅ | ∅ | ∅ |
| Other (specify): N/A | ∅ | ∅ | ∅ | ∅ |
| Total monthly income: | ∅ | 2,000 | ∅ | 2,000 |

-2-

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Rocky Mount VA Police Dept | 1250 N. Main St, Rocky Mt, Va 24151 | 8/01 – 1/21 | $3400.00 |
| — | — | — | — |
| — | — | — | — |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| VA Health Dept | 124 Northside Dr | 1/18 – current | 2,000 |
| DFS | Roanoke, Va 24019 | — | (Part time) |
| — | — | — | — |

4. How much cash do you and your spouse have? 1000 ±

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| B+B+T | checking | $500.00 | $500.00 |
| Carter Bank | Savings | $250.00 | 0 |
| — | — | — | — |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 10,000 (Value) |
|---|---|---|
| $135,800 | — | Make & Year: Chev 2010 |
| — | — | Model: 1500 P/U |
| — | — | Registration #: unk |

| Motor Vehicle #2 $30,000 | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & Year: Toyota 2021 | — | — |
| Model: Highlander | — | — |
| Registration #: unk | — | — |

-3-

USCA Form 31
Rev. December 2018

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| — | — | — |
| — | — | — |
| — | — | — |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | Amount owed by spouse |
|---|---|---|---|
| BB+T | Mortgage | $68,000 | ∅ |
| Toyota motor | Car payment | ∅ | $10,000 |
| Fed student loans | Student debt | ∅ | $52,000 |
| Visa credit | Credit card | ∅ | $8,000 |
| Paypal inc. | line of credit | $2,000 | ∅ |
| US Government | Fines and costs | $2,500 | — |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| — | — | — |
| — | — | — |
| — | — | — |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $780 | ∅ |
| Are real-estate taxes included? | ✓ Yes   ◯ No | |
| Is property insurance included? | ✓ Yes   ◯ No | |
|  | You | Spouse |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $200 | — |
| Home maintenance (repairs and upkeep) | $100 | — |

-4-

|  | You | Spouse |
|---|---|---|
| Food | ∅ | $400 |
| Clothing | ∅ | $50 |
| Laundry and dry-cleaning | ∅ | $50 |
| Medical and dental expenses | ∅ | $150 |
| Transportation (not including motor vehicle payments) | ∅ | $250 |
| Recreation, entertainment, newspapers, magazines, etc. | ∅ | $75 |
| Insurance (not deducted from wages or included in mortgage payments) | ∅ | ∅ |
|    Homeowner's or renter's | ∅ | ∅ |
|    Life | ∅ | ∅ |
|    Health | ∅ | ∅ |
|    Motor Vehicle | $200 | ∅ |
|    Other: N/A | ∅ | ∅ |
| Taxes (not deducted from wages or included in mortgage payments) | $125 | $50 |
| (specify) Property taxes |  |  |
| Installment payments | ∅ | ∅ |
|    Motor Vehicle | ∅ | $490 |
|    Credit card (name): VISA | ∅ | $175 |
|    Department store | ∅ | ∅ |
|    (name): NA |  |  |
|    Other: NA | ∅ | ∅ |
| Alimony, maintenance, and support paid to others | ∅ | ∅ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | ∅ | ∅ |
| Other(specify): N/A | ∅ |  |
| Total monthly expenses: | $1405 | $1850 |

USCA Form 31  
Rev. December 2018

-5-

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?  ⊙ Yes  ○ No

If yes, describe on an attached sheet.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?  ⊙ Yes  ○ No

If yes, how much?   $15,000

If yes, state the attorney's name, address, and telephone number:

Mark Rollins

419 7th St NW, Washington, D.C. 20004

(202) 486-4420

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

If yes, how much?   N/A

If yes, state the person's name, address, and telephone number:

—

—

—

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Since conviction my VA disability has been suspended and I an incarcerated and unable to work. My spouse has to cover all debts during my incarceration.

14. State the city and state of your legal residence.

Ferrum, Virginia

Your daytime phone number: (___) N/A

Your age: 49     Your years of schooling: 14

-6-

USCA Form 31
Rev. December 2018