IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

v.

Thomas Robertson

CASE NO: **21-cr-34**

## DEFENDANT'S MOTION TO CORRECT JUDGMENT AND COMMITMENT ORDER

COMES NOW Defendant, Thomas Robertson, by and through undersigned counsel and pursuant to Rule 36 of the Federal Rules of Criminal Procedure ("Rule 36") respectively requests to correct a clerical error in the judgment and commitment order.

## BRIEF BACKGROUND

1. The Defendant was convicted of all counts in the indictment:

   **Count One** (Obstruction of an Official Proceeding and Aiding and Abetting, in violation of Title 18, United States Code, Section 1512(c)(2) and 2)

   **Count Two** (Civil Disorder and Aiding and Abetting, in violation of Title 18, United States Code, Section 231(a)(3) and 2)

   **Count Three** ((Entering and Remaining in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

   **Count Four:** (Disorderly and Disruptive Conduct in a Restricted Building

or Grounds, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

**Count Five:** (Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(D));

**Count Six:** ((Obstruction of an Official Proceeding, in violation of Title 18, United States Code, Section 1512(c)(1))

2. The Judgment and Commitment order (docket entry 140) indicates that Mr. Robertson was convicted of 18 USC 1751(a)(1) and (b)(1)(A). This is incorrect because he was convicted of 18 USC 1752(a)(1)(b)(1)(A).

3. This incorrect JNC has caused some issues while Mr. Robertson is currently serving his time with the Bureau of Prisons.

WHEREFORE the defendant prays that the court correct this clerical issue. Proposed orders are attached.

        Respectfully submitted,
        ROLLINS AND CHAN

        /s/
        _____
        Mark Rollins
        DC Bar Number: 453638
        Counsel for Thomas Robertson
        419 7TH Street, NW
        Suite 405
        Washington, DC 20004
        Telephone No. 202-455-5610
        Direct No: 202-455-5002
        mark@rollinsandchan.com

**Date Filed:** December 7, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023 this motion was electronically

filed pursuant to the rules of the Court.

/s/
_____
Mark Rollins