UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 21-cr-00034 (CRC)** |
| | : | |
| v. | : | |
| | : | |
| **THOMAS ROBERTSON,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO CORRECT JUDGMENT AND COMMITMENT ORDER**

Pursuant to the Court's January 5, 2024, Minute Order, the government respectfully submits this response to the defendant's Motion to Correct Judgment and Commitment Order (ECF 158). In that filing, the defendant asserted that the Judgment and Commitment Order ("JNC") in this case (ECF 140) contains a clerical error that mistakenly states that the defendant was convicted of violating 18 U.S.C. § 1751 (Presidential and Presidential Staff Assassination), when he was actually convicted of violating 18 U.S.C. § 1752 (Restricted Building or Grounds).  The defendant is correct.  The Second Superseding Indictment (ECF 74) on which he was tried and convicted of all counts, contains one charge under 18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Count 3) and one charge under 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Count 4).  The JNC incorrectly identifies Count 3 as a violation of 18 U.S.C. § 1751(a)(1) when there was no such charge in the indictment.  Accordingly, the government does not object to the Court correcting the JNC to reflect the fact that the defendant's conviction on Count 3 was for violating 18 U.S.C. § 1752(a)(1) and (b)(1)(A), not 18 U.S.C. § 1751(a)(1) and (b)(1)(A).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _/s/ Risa Berkower_____
Elizabeth Aloi
Assistant United States Attorney
NY Bar No. 4457651
Risa Berkower
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Phone: 202-695-0610 (Aloi)
          202-803-1576 (Berkower)
Email: elizabeth.aloi@usdoj.gov
          risa.berkower@usdoj.gov