LEAVE TO FILE GRANTED

*U. R. Cooper   U.S.D.J.*
*5/7/24*

Judge Cooper,

April, 1st 2024

I hope this letter finds you well.  On the advice of my appeals Attorney, Mr. Timothy Cone, I am writing you to ask that you consider releasing me in light of the Brock ruling and in anticipation of the Fischer case being heard soon in the Supreme Court.  In a report given to Mr. Cone by the US probation office my new guideline range post Brock is 30 to 37 months.  As of the time of this writing I have served 33 months.  With statutory earned time credits and my earned First Step Act credits the actual time computation is higher.  If Fischer is decided favorably for me, my guideline range would lower to 18 to 24 months, again based on the report by US probation.  Either of these situations have me already over the time I would have to serve to satisfy a sentence within the guideline range.

Since my case is currently at the Appeals court and Mr. Cone is not allowed to file motions in your court under the CJA, he recommended I send you this letter.  I am respectfully asking you to appoint an attorney who can represent me in your court, and for you to give consideration to my release pending a ruling on Fischer.

While in pretrial I never failed to report for any meetings with the FBI or Probation office.  When your court revoked my bond I turned myself in to the US Marshalls to be incarcerated.  I am not a danger to my community or in any way likely to flee. My actions on January 6th 2021, and the months after, were foolish.  I am ashamed of how I acted.  No snowflake believes it is responsible for the avalanche, and as such I failed to see how my actions on that day helped to contribute to some very bad things that happened.  I now understand they did.  I just want to put this all behind me and move on with my life. Thank you in advance for your consideration.

Thomas J. Robertson 31566-509

LSCI Allenwood

PO Box 1000

White Deer, PA  17887