TJ Robertson
31566-509
LSCI Allenwood
PO Box 1000
White Deer, PA
17887

Case 1:21-cr-00034-CRC   Document 162-1   Filed 05/07/24   Page 1 of 1

HARRISBURG PA 171

26 APR 2024 PM 3 L

Hon. Chris Cooper
District Court DC
Constitution Ave N.W.
Washington, D.C.
20001

20001-283700