IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

v.

Thomas Robertson

CASE NO: 1:21-cr-00034-CRC-1

### DEFENDANT'S MOTION TO SET A NEW RE-SENTENCING DATE

The Defendant, Thomas Robertson, by and through Counsel, Mark Rollins, respectfully moves this Court to set a re-sentencing hearing pursuant to the Court of Appeals May 28, 2024 order, and the Supreme Court of the United States decision in *Fischer v. United States.*

BRIEF BACKGROUND

1. On August 11, 2022 was sentenced to a concurrent sentence of 87 months.

    Count 1:   Obstruction of an Official Proceeding, in violation of 18 USC § 1512(c)(2). The applicable guideline is USSG §2J1.2;  The maximum term of imprisonment is 20 years for this Class C Felony

    Count 3:   Entering or Remaining in a Restricted Building or Grounds with a Dangerous Weapon, in violation of 18 USC §§ 1752(a)(1) and (b)(1)(A). The applicable guideline is USSG §2B2.3, 2X1.1 and 2J1.2.  The maximum term of imprisonment is 10 years for this Class C Felony.

    Count 4:   Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Dangerous Weapon, in violation of 18 USC §§ 1752(a)(2) and (b)(1)(A). The applicable guidelines are USSG §2B2.3.  The maximum term of imprisonment is 10 years for this Class C Felony.

Count 6:     Obstruction of Justice – Obstruction through Destruction of Evidence, in violation of 18 USC § 1512(c)(1). The applicable guideline is USSG §2J1.2.  The maximum term of imprisonment is 20 years for this Class C Felony.

The defendant was committed to the custody of the Bureau of Prisons for a concurrent term on 87 months as to Counts 1ss, 3ss, 4ss, and 6ss.

Count 2:     Civil Disorder, in violation of 18 USC §§ 231(a)(3). The applicable guidelines are USSG §§2X5.1 and 2A2.4.  The maximum term of imprisonment is five years for this Class D Felony. 1

Count 5:     Disorderly Conduct in a Capitol Building, in violation of 40 USC §5104(e)(2)(D). Pursuant to USSG §1B1.9, the US Sentencing Guidelines do not apply to any count of conviction that is a Class B misdemeanor.

As to Count 2ss, the Defendant is sentenced to 60 months.  As to Count 5ss, the Defendant is sentenced to 6 months.

2. On May 28, 2024, the United States Court of Appeals for the District of Columbia Circuit issued an order to vacate Mr. Robertson's sentence. This decision was made in light of the pivotal case *United States v. Brock*, 94 F.4th 39 (D.C. Cir. 2024), and as such, the individual is to be resentenced in accordance with the amended opinion.

3. On June 28, 2024, the United States Supreme Court in *Fischer v. United States*. it invalidated the charges under 18 U.S.C. § 1512(c)(2).

4. The Defendant has been held in custody since July 9, 2021, resulting in a total duration of 2 years, 11 months, and 22 days up to present.

5. Based on the information and belief, it appears that Defendant has

reached his maximum guideline exposure with the remaining counts. As such, the Defense respectfully requests an expedited re-sentencing date.

6. Furthermore, the Defense requests that probation submit and new presentence report to reflect current counts and maximum guideline score.

>Respectfully submitted,
>ROLLINS AND CHAN
>
>/s/
>_____
>Mark Rollins
>DC Bar Number: 453638
>Counsel for Thomas Robertson
>419 7TH Street, NW
>Suite 405
>Washington, DC 20004
>Telephone No. 202-455-5610
>Direct No: 202-455-5002
>mark@rollinsandchan.com

**Date Filed:** July 1, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024 this motion was electronically filed pursuant to the rules of the Court.

>/s/
>_____
>Mark Rollins