**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES

v.                                              **CASE NO: 1:21-cr-00034-CRC-1**

Thomas Robertson

**DEFENDANT'S MOTION FOR RELEASE PENDING RE-SENTENCING**

Comes now the Defendant, Thomas Robertson, by and through Counsel pursuant to 18 U.S.C. § 3143(b) and Rosales-Morales v. United States, 585 U.S. 129 (2018), hereby moves for his release pending re-sentencing.

**BRIEF BACKGROUND**

1. On July 1, 2024 the Defense requested resentencing (ECF 164) based on United States v. Brock, 94 F.4th 39 (D.C. Cir. 2024) and Fischer v. United States.

2. The Court set a resentencing hearing for September 4, 2024, and further ordered probation to prepare a revised sentencing guidelines calculation by July 25, 2024.

3. The Defense submits the following unofficial Offense Level Computation. (See Exhibit 1).

4. Accordingly, the Defense submits that Mr. Robertson's total offense level will be 15 with guideline range of 18 months to 24 months.

5. The Defendant has served 3 years and 2 days as of the filing of this

motion.

6.  On July 10, 2024,, the Defense requested the Government's consent to this motion, and accordingly, the Government opposes this motion.

**ARGUMENT**

The precedent set by *Rosales-Morales v. United States*, 585 U.S. 129 (2018), supports the contention that when a defendant has served the anticipated term of imprisonment, further detention is not only unnecessary but also unjust. The Supreme Court has recognized the principle that justice demands fairness to the defendant, which includes avoiding unnecessary detention.

Given the circumstances, it is both just and appropriate to release Mr. Robertson pending his re-sentencing. This Court has the authority under 18 U.S.C. § 3143(b) to order such release, provided it finds that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released.

Mr. Robertson has demonstrated a commitment to comply with judicial proceedings and poses no risk of flight or danger to the community. His release would not only serve the interests of justice but would also prevent prejudicial harm to him as he awaits re-sentencing.

Finally, the Government would face minimal, if any, harm or prejudice should the Defendant be released immediately pending re-sentencing. The Defendant has already been incarcerated for more than three years and has consistently adhered to all conditions imposed during his incarceration. Moreover, in the event that the Defense's calculation is found to be erroneous, Mr. Robertson will promptly comply with any order to return to custody.

WHEREFORE, Defendant Thomas Robertson respectfully requests this Court grant his motion for release pending re-sentencing.

>Respectfully submitted,
>
>ROLLINS AND CHAN
>
>/s/
>_____
>Mark Rollins
>DC Bar Number: 453638
>Counsel for Thomas Robertson
>419 7TH Street, NW
>Suite 405
>Washington, DC 20004
>Telephone No. 202-455-5610
>Direct No: 202-455-5002
>mark@rollinsandchan.com

**Date Filed:** July 11, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024 this motion was electronically filed pursuant to the rules of the Court.

>/s/
>_____
>Mark Rollins