# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 1:21-cr-0034 (CRC)** |
| : | |
| **THOMAS ROBERTSON,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States hereby files this supplement to bring to the Court's attention the attached transcript from *United States v. Michael Sparks*, 21-cr-87 (TJK). On August 27, 2024, Michael Sparks was sentenced following dismissal of an 18 U.S.C. § 1512(c)(2) count of conviction. Sparks was the first defendant convicted of a Section 1512 violation relating to the events of January 6, 2021, for which the government did not proceed to sentencing on that count following the Supreme Court's decision in *United States v. Fischer*, 144 S. Ct. 2176 (2024). Unlike defendant Robertson, Sparks was not previously sentenced on the Section 1512 charge. Judge Kelly, at page 91, 93 - 96, departed upward consistent with United States Sentencing Guidelines Section 5K2.7, and in the alternative applied an upward variance, because the applicable guidelines calculation did not account for Sparks' clear intent to disrupt a government function, among other things.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 415793

        By: */s/ Elizabeth Aloi*
           ELIZABETH ALOI
           Assistant United States Attorney
           D.C. Bar No. 1015864 (Aloi)
           U.S. Attorney's Office, District of Columbia
           601 D Street, N.W.
           Washington, DC  20530
           Phone: (202) 695-0610 (Aloi)
           Elizabeth.Aloi@usdoj.gov