# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:21-cr-00034-CRC
)
Thomas Robertson )

## NOTICE OF APPEAL

Name and address of appellant:

Thomas Robertson
315-66509
LSCI Allenwood
P.O Box 1000
White Deer, PA 17887

Name and address of appellant's attorney:

Mark Rollins
419 7th Street, Suite 405 Washington, DC 200004

Offense: All Counts - Judgment and Sentence Entered on August 11, 2022

Concise statement of judgment or order, giving date, and any sentence:

committed to the custody of the Bureau of Prisons for concurrent terms of 72 months as to Counts 3, 4 and 6. As to Count 2, the Defendant is sentenced to 60 months and 6 months on Count 5, to be served concurrently with the other term of imprisonment. The Defendant shall receive credit for time served. The Defendant is further sentenced to serve a concurrent term of 36 months as to Counts 2, 3, 4 and 6. The Defendant shall also pay $410 in special assessment and $2,000 in restitution.

Name and institution where now confined, if not on bail: Currently at District of Columbia Jail but should be transferred back to LSCI Allenwood

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

09/05/2024
DATE

Thomas Robertson
APPELLANT
Mark Rollins /s/
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | |
| CJA, NO FEE | X |
| PAID USDC FEE | |
| PAID USCA FEE | |

Does counsel wish to appear on appeal?   YES ☐   NO ✔
Has counsel ordered transcripts?   YES ☐   NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✔   NO ☐